Hillsborough North

## Case Summary

### Case No. 216-2025-CV-00529

| | | | |
|---|---|---|---|
| **Andre Bisasor v Craig Donais, et al** | § § | Location: Filed on: | **Hillsborough North** **06/03/2025** |

### Case Information

Case Type: Tort-Libel/Slander/Defamation
Case Status: **06/03/2025  Pending**

### Assignment Information

**Current Case Assignment**
Case Number    216-2025-CV-00529
Court          Hillsborough North
Date Assigned  06/03/2025

### Party Information

**Plaintiff**   **Bisasor, Andre**          Pro Se
                                            (781)492-5675(H)

**Defendant**   Donais, Craig

                Donais, Mary

                Donais Law Offices PLLC

                Hilliard, Russell

### Events and Orders of the Court

| | | |
|---|---|---|
| 06/03/2025 | Complaint - Civil *Jury* | Index # 1 |
| 06/03/2025 | Appearance *of Pro Se Plt* | Index # 2 |
| 06/03/2025 | Other *Complaint Cont* | Index # 3 |
| 06/09/2025 | **Service** Donais, Craig Unserved Donais, Mary Unserved Hilliard, Russell Unserved Donais Law Offices PLLC Unserved | |
| 06/09/2025 | Summons on Complaint *Env 4325418* | Index # 4 |