THE STATE OF NEW HAMPSHIRE

| | |
|---|---|
| HILLSBOROUGH, ss. | SUPERIOR COURT |
| NORTHERN DISTRICT | |

Docket No. 216-2025-CV-00529

ANDRE BISASOR,

Plaintiff,

v.

CRAIG DONAIS, LAW OFFICES OF DONAIS, RUSSELL HILLIARD AND MARY DONAIS,

Defendants.

## DEFENDANTS' NOTICE TO STATE COURT FOR REMOVAL OF ACTION

Defendants, Craig Donais, Law Offices of Donais, PLLC and Mary Donais, a corporation authorized to do business in the State of New Hampshire, hereby files this Notice to State Court of Removal of Action, stating as follows:

To: **Clerk of the Hillsborough County Superior Court, Northern District, State of New Hampshire:**

You are hereby notified that Defendants, Craig Donais, Law Offices of Donais, PLLC (a corporation authorized to do business in the State of New Hampshire) and Mary Donais, on July 2, 2025, filed with the Clerk of the United States District Court for the District of New Hampshire, its Notice of Removal of the above-captioned action from this State Court to the Federal Court. A copy of the Notice of Removal is attached as "Exhibit A." By filing this Notice, Defendants Craig Donais, Law Offices of Donais, PLLC and Mary Donais have effected a removal of this action to the United States District Court for the District of New Hampshire.

Pursuant to 28 U.S.C. § 1446(d), this Court is prohibited from proceeding further in the above-captioned action unless and until the action is remanded.

2

                                      Respectfully submitted,

                                      Craig Donais, Law Offices of Donais, Mary Donais

Dated: July 2, 2025                   MORRISON MAHONEY LLP

                                      */s/ Linda M. Smith*

By: _____

                                      Linda M. Smith, #265038
                                      lsmith@morrisonmahoney.com
                                      Edwin F. Landers, Jr., #17297
                                      elanders@morrisonmahoney.com
                                      Center of New Hampshire Office Tower
                                      650 Elm Street, Suite 201
                                      Manchester, NH 03101
                                      Phone:   603-622-3400
                                      Fax:      603-622-3466

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day forwarded to all counsel via the Court's ECF system.

                                         */s/ Linda M. Smith*
                                           Linda M. Smith