UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR,

    Plaintiff,

v.

CRAIG S. DONAIS, DONAIS LAW OFFICES, PLLC, RUSSELL F. HILLIARD AND MARY K. DONAIS,

    Defendants.

Docket No.

## **CONSENT TO REMOVAL**

Defendant Russell F. Hilliard hereby consents to removal of the above-captioned action by defendants, Craig S. Donais, Donais Law Offices, PLLC and Mary K. Donais from Hillsborough Superior Court, Northern District to United States District Court, District of New Hampshire, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1446, and 28 U.S.C. 1441.

| Russell F. Hilliard,<br>PRETI FLAHERTY | Craig S. Donais, Donais Law Offices, PLLC and Mary Donais<br>MORRISON MAHONEY LLP |
|---|---|
| */s/ Daniel R. Sonneborn*<br>_____<br>William C. Saturley, NH Bar #2256<br>wsaturley@preti.com<br>Daniel R. Sonneborn, NH Bar #20947<br>dsonneborn@preti.com<br>Preti Flaherty<br>P. O. Box 1318<br>57 North Main Street<br>Concord, NH 03302-1318<br>Phone: (603) 410-1500 | */s/ Linda M. Smith*<br>_____<br>Edwin F. Landers, Jr. #17297<br>elanders@morrisonmahoney.com<br>Linda M. Smith, #265038<br>lsmith@morrisonmahoney.co<br>Center of New Hampshire Office Tower<br>650 Elm Street, Suite 201<br>Manchester, NH 03101<br>Phone: 603-622-3400 |

104402363.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Electronically Served:

| | |
|---|---|
| Andre Bisasor, Pro Se<br>679 Washington Street, Suite #8-206<br>Attleboro, MA 02703<br>quickquantum@aol.com | Daniel R. Sonneborn, Esq.<br>Preti Flaherty<br>P. O. Box 1318<br>57 North Main Street<br>Concord, NH 03302-1318<br>dsonneborn@preti.com |

/s/ *Linda M. Smith*
Linda M. Smith, #265038
Edwin F. Landers, Jr., #17297

2

104402363.v1