UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

ANDRE BISASOR,
    Plaintiff

Vs.                                                CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
And MARY K. DONAIS,
    Defendants

_____

## DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND DONAIS LAW OFFICES PLLC'S MOTION TO DISMISS

NOW COME Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC (the "Donais Defendants"), by their attorneys, and hereby request that this Honorable Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 8 on the grounds that (a) Plaintiff's claims are entirely time-barred, (b) all statements by or on behalf of Donais are absolutely privileged, (c) Plaintiff has entirely failed to allege sufficient facts to state a cause of action against Mary Donais, (d) each count separately fails to state a cause of action, as outlined below, and (e) the complaint fails to comply with Rule 8, inasmuch as it is not a short and concise pleading.

In support of this motion, the Donais Defendants rely upon their Memorandum in Support of this Motion to Dismiss, filed herewith, and the following two exhibits:

Exhibit A:    June 3, 2024 Plaintiff's Notice of Voluntary Dismissal without Prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i) in 1:23-CV-00374-JL-TSM, Doc. 234.

Exhibit B:    December 9, 2021 order in the matter of Stewart v. Ang et al, Docket No. 216-2019-CV-00305

104404760.v1

WHEREFORE, Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC request that this Honorable Court dismiss all claims against them.

        Respectfully submitted,

        FOR THE DEFENDANTS,
        CRAIG DONAIS, DONAIS LAW OFFICES
        PLLC and MARY K. DONAIS

        */s/ Linda M. Smith*

        Edwin F. Landers, Jr., #17297
        elanders@morrisonmahoney.com
        Linda M. Smith, #265038
        lsmith@morrisonmahoney.com
        Center of New Hampshire Office Tower
        650 Elm Street, Suite 201
        Manchester, NH 03101
        (603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing to all parties in this action by serving same via electronic mail to:

Andre Bisasor, Pro Se
679 Washington Street, Suite #8-206
Attleboro, MA 02703
quickquantum@aol.com

William Saturley, Esq.
Daniel R. Sonneborn, Esq.
Preti Flaherty
60 State Street, Suite 1100
Boston, MA 02109
wsaturley@preti.com
dsonneborn@preti.com

Date: July 8, 2025        */s/ Linda M. Smith*
        Linda M. Smith

104404760.v1