**Civil Form 4, Nongovernmental Corporate Disclosure Statement**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

ANDRE BISASOR,
    Plaintiff

Vs.                                       Docket No. 1:25-CV-00251-SE-AJ
CRAIG DONAIS, DONAIS LAW
OFFICES PLLC, RUSSELL
HILLIARD and MARY K. DONAIS,
    Defendants

_____

**NONGOVERNMENTAL CORPORATE PART DISCLOSURE STATEMENT**
**LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, Defendant Donais Law Offices PLLC submits the following

Disclosure Statement:

[This form is to be completed and filed only by parties and intervenors that are nongovernmental corporations, partnerships, or limited liability companies. Check the appropriate box(es).]

❒ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock: - O R –

❒ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock: - O R –

❒ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC: - AND/O R –

❒ The filing party identifies the following publicly held corporations with which a merger agreement exists: - O R –

✓ The filing party has none of the above

104415871.v1

Respectfully submitted,

DONAIS LAW OFFICES PLLC

By Its Attorneys,

*/s/ Linda M. Smith*

_____

Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **DISCLOSURE STATEMENT LOCAL RULE 7.1.1.** to all parties in this action by serving same via First Class U.S. mail, postage prepaid and/or electronically to:

| | |
|---|---|
| Andre Bisasor, Pro Se<br>679 Washington Street, Suite #8-206<br>Attleboro, MA 02703 | William Saturley, Esq.<br>Daniel R. Sonneborn, Esq.<br>Preti Flaherty<br>60 State Street, Suite 1100<br>Boston, MA 02109<br>wsaturley@preti.com<br>dsonneborn@preti.com |

Date:   July 10, 2025                                    */s/ Linda M. Smith*
                                                                          Linda M. Smith

104415871.v1