UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 |ANDRE BISASOR v. CRAIG DONAIS, et. al.

## PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the Plaintiff Andre Bisasor, appearing pro se (hereafter "Pro Se Litigant"), and respectfully request that the court permit said Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.
2. Pro Se Litigant is not presently incarcerated.
3. Pro Se Litigant represents that he has the appropriate computer system requirements to participate in electronic filing.
4. Pro Se Litigant requires electronic access in order to participate fully in the case and in a timely manner.
5. Pro Se Litigant does not reside in the state of NH and is located in another state, at a far physical distance from the court.
6. Please grant the relief requested.

Respectfully submitted,<br>
/s/ Andre Bisasor<br>
Andre Bisasor<br>
679 Washington Street, Suite # 8-206<br>
Attleboro, MA 02703<br>
T: 781-492-5675<br>
Email: quickquantum@aol.com

July 10, 2025

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was/will be served to the defendants in this case.

/s/ Andre Bisasor<br>
Andre Bisasor