UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 |ANDRE BISASOR v. CRAIG DONAIS, et. al.

## NOTICE OF FILING OF
## ASSENTED-TO EMERGENCY MOTION TO EXTEND DEADLINE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS

1. I the plaintiff hereby submit this notice of filing of an assented to motion to extend the deadline, until August 22, 2025, for plaintiff to file oppositions to Defendants' motions to dismiss, which is due today, July 22, 2025, for the Donais Defendants Motion to Dismiss, and due on July 24, 2025, for Defendant Russell Hilliard's Motion to Dismiss. See attached.
2. This assented-to motion was first filed on 7-22-25 via email to the clerk notice under applicable administrative rule AP 3.5 (as attendant to and as applied to confidential filing).
3. This was done under this administrative rule because the court had not yet ruled on my motion for efiling access (which efiling access motion was also filed by email on 7-10-25 via administrative rule AP 3.5, and had been docketed but pending for two weeks without ruling.
4. Thus, I did not have efiling access for those two weeks since the start of the case in federal court via removal, and I did not receive e-notices from the court for any filing by defendants or court orders, for those two weeks either.
5. Also, I did not receive prompt notice that the motion to dismiss was filed on 7-8-25, as it was not served the motions to dismiss by email to me.
6. And I was not able to come to the court to physically file the motion on 7-22-25 (which date was the deadline to file opposition to the 7-8-25 motion to dismiss), due to confidential reasons already previously presented to the court.
7. With all of that said, prior to expiration of the deadline, I reached out to the defendants and they agreed to the extension of time requested in the motion.
8. I have sought to confirm with the clerk office that the motion was processed and passed onto the judge for ruling but I have not received an answer confirming that. It also appears that it has not yet been docketed.
9. As of 7-24-25, I received efiling access from the court. I am now able to efile documents to the court.
10. Therefore, in the abundance of caution, I am filing assented-to motion again here via this notice of filing to ensure that this assented to motion is docketed and brought to the attention of the judge for ruling (though I assume that the assented-to motion may already be received by the judge).
11. I ask the Court to take note of this notice of filing, and to act on the attached motion to extend time, and grant this motion to extend time, as soon as possible.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

July 28, 2025

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor