UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 |ANDRE BISASOR v. CRAIG DONAIS, et. al.

## ASSENTED-TO EMERGENCY MOTION TO EXTEND DEADLINE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS

The Plaintiff, with the agreement of the Defendants, moves this Court, on emergency[1] basis, for an extension of the deadline, until August 22, 2025, for plaintiff to file oppositions to Defendants' motions to dismiss, which is due today, July 22, 2025, for the Donais Defendants Motion to Dismiss, and due on July 24, 2025, for Defendant Russell Hilliard's Motion to Dismiss. The Plaintiff asks the Court to grant this motion and/or such other and further relief as this Court deems just and proper.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

July 22, 2025

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor

---

[1] This is an emergency because one of the applicable deadlines expire today and because plaintiff's motion for e-filing access has not yet been granted [though pending for 12 days] which has impeded the ability to file this motion sooner.

1