UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 | ANDRE BISASOR v. CRAIG DONAIS, et. al.

## NOTICE OF ERRATA TO FIRST AMENDED COMPLAINT

1. Plaintiffs respectfully submit this Errata to their First Amended Complaint filed on July 29, 2025, to correct certain scrivener's errors that do not affect the substance of the pleading.
   a. In **Paragraph 290** of the First Amended Complaint, the date of the public hearing was listed as November 9, 2023. This reference is a scrivener's error. The correct date was June 2, 2023.
      i. Original text: "November 9, 2023."
      ii. Corrected text: "June 2, 2023."
   b. In **Paragraph 1011(c)** of the Prayer for Relief section of the First Amended Complaint:
      i. The original text states: "Attorney Fees and Costs: Pursuant to RSA 358-A:10 and 42 U.S.C. § 1988." This reference is a scrivener's error.
      ii. Corrected text: Attorney Fees and Costs: Pursuant to RSA 358-A:10.
2. This Errata[1] is submitted solely to correct clerical and typographical errors and does not alter any substantive claims, or allegations contained in the original First Amended Complaint.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

August 1, 2025

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor

---

[1] In the context of pleadings, it is the plaintiffs' understanding that the general rule is that courts will permit a party to correct clerical errors or typographical mistakes in pleadings or filings without the need for formal motion or leave, especially where the correction is minimal, unambiguous, and does not alter the substantive foundation or legal claims of the complaint. Courts have also made clear that amendments intended to correct mere clerical mistakes are distinguished from substantive amendments requiring court approval or leave under Rule 15. U.S. District Courts have held that a party may correct clerical or typographical errors in pleadings by filing a simple notice or errata without seeking formal leave, provided the correction does not materially change claims. Courts emphasize that the policy is to allow correction of honest mistakes to avoid unnecessary formalities that could create confusion or hinder justice. Plaintiff reached out to the case clerk/clerk office to confirm that this is applicable to this particular federal court but plaintiff has not heard back as yet. Consequently, this notice of errata is filed in good faith assuming that this is acceptable.