# Exhibit D

CLOSED

# U.S. District Court
## District of New Hampshire (Concord)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00374-JL-TSM

Bisasor v. Donais et al
Assigned to: Judge Joseph N. Laplante
Referred to: US Magistrate Judge Talesha L. Saint-Marc
Case in other court: Massachusetts, 1:23-cv-11313
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 07/28/2023
Date Terminated: 06/03/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**Andre C. Bisasor**                    represented by   **Andre C. Bisasor**
                                                         679 Washington Street
                                                         Suite # 8-206
                                                         Attleboro, MA 02703
                                                         781 492-5675
                                                         Email: quickquantum@aol.com
                                                         PRO SE

V.

**Defendant**

**Craig Donais**                        represented by   **Edwin F. Landers , Jr.**
                                                         Morrison Mahoney LLP
                                                         650 Elm St, Ste 201
                                                         Manchester, NH 03101
                                                         617 439-7583
                                                         Email: elanders@morrisonmahoney.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Linda M. Smith**
                                                         Morrison Mahoney LLP
                                                         650 Elm St, Ste 201
                                                         Manchester, NH 03101
                                                         603-518-1971
                                                         Fax: 603-622-3466
                                                         Email: lsmith@morrisonmahoney.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ian Donovan**
                                                         Morrison Mahoney
                                                         250 Summer St.
                                                         Boston, MA 02210
                                                         617-737-8834
                                                         *TERMINATED: 08/14/2023*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Donais**                                    represented by **Edwin F. Landers , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Linda M. Smith**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Ian Donovan**
                                                    (See above for address)
                                                    *TERMINATED: 08/14/2023*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Donais Law Offices, PLLC**                       represented by **Edwin F. Landers , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Linda M. Smith**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Ian Donovan**
                                                    (See above for address)
                                                    *TERMINATED: 08/14/2023*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Russell Hilliard**                               represented by **Daniel R. Sonneborn**
                                                    Preti Flaherty Beliveau & Pachios
                                                    60 State Street
                                                    Suite 1100
                                                    Boston, MA 02109
                                                    617 226-3852
                                                    Email: dsonneborn@preti.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Upton & Hatfield LLP**                           represented by **Daniel R. Sonneborn**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 06/09/2023 | 1 | NOTICE OF REMOVAL by Upton & Hatfield, LLP ( Filing fee: $ 402, receipt number AMADC-9898752 Fee Status: Filing Fee paid) (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Category Form Category Form, # 3 Exhibit 1 - Amended Complaint, # 4 Exhibit 2 - State Court Docket, # 5 Exhibit 3 - Previously filed Plaintiffs Affidavit Concerning Damages Amount for Craig Donais Case, Middlesex Superior Court Civil Action No. 2081CV00087, paper no. 11, filed November 12, 2020)(Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 06/09/2023) |
|---|---|---|
| 06/12/2023 | 2 | Certified Copy of Notice of Removal Provided to Defense Counsel by mail (Geraldino-Karasek, Clarilde) [Transferred from mad on 7/28/2023.] (Entered: 06/12/2023) |
| 06/12/2023 | 3 | ELECTRONIC NOTICE TO COUNSEL: The Category form filed with the Notice of Removal indicates there are pending motions that need this court's attention. Please re-file any pending motions from State Court into this District Court Record.(Geraldino-Karasek, Clarilde) [Transferred from mad on 7/28/2023.] (Entered: 06/12/2023) |
| 06/12/2023 | 4 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Finn, Mary) [Transferred from mad on 7/28/2023.] (Entered: 06/12/2023) |
| 06/12/2023 | 5 | MOTION for Leave to file electronically Pro Se by Andre Bisasor.(Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/12/2023) |
| 06/13/2023 | 6 | Judge William G. Young: ELECTRONIC ORDER entered granting 5 Motion for leave to electronically file Pro Se.<br><br>Pro se litigants must have an individual PACER account to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account.<br><br>Pro se e-filing account Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-se.htm.<br><br>If you already have a PACER account with E-Filing access as a pro se litigant, you do not need to register again. Please email tracy_mclaughlin@mad.uscourts.gov.<br><br>(Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | 7 | MOTION to Dismiss or, in the Alternative, to Transfer to District of New Hampshire by Craig Donais, Mary Donais, Donais Law Offices, PLLC.(Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss or, in the Alternative, to Transfer to District of New Hampshire filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | 9 | EMERGENCY MOTION to Stay Case Due to Pendency of Another Related Proceeding and Appeal in State Court, by Andre Bisasor.(Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | 10 | EMERGENCY MOTION for Leave to File Amended Complaint by Andre Bisasor. (Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | 11 | MOTION to Remand to State Court by Andre Bisasor.(Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/13/2023) |

| 06/13/2023 | 12 | Renewed MOTION for Entry of Default Against Defendant Craig Donais and Affidavit, by Andre Bisasor. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/13/2023) |
|---|---|---|
| 06/15/2023 | 13 | MOTION for Entry of Default *[Re-Filed]*. (Attachments: # 1 Exhibit Renewed Motion to Enter Default Against Defendant Russell Hilliard [filed in state court])(, ) (Main Document 13 replaced on 6/24/2023) (Paine, Matthew). [Transferred from mad on 7/28/2023.] (Entered: 06/15/2023) |
| 06/16/2023 | 14 | Amended MOTION for Entry of Default *AMENDED [RE-FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM]* by Andre Bisasor. (Attachments: # 1 Exhibit A - Emergency Renewed Motion to Enter Default or Emergency Motion to Reconsider Motion for Default Against Defendant Donais (filed first in state court before removal))(, ) (Main Document 14 replaced on 6/24/2023) (Paine, Matthew). [Transferred from mad on 7/28/2023.] (Entered: 06/16/2023) |
| 06/16/2023 | 15 | MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire* by Russell Hilliard.(Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 06/16/2023) |
| 06/16/2023 | 16 | MEMORANDUM in Support re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire* filed by Russell Hilliard, Upton & Hatfield, LLP. (Attachments: # 1 Exhibit Affidavit of Russell Hilliard)(Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 06/16/2023) |
| 06/20/2023 | 17 | ELECTRONIC NOTICE Setting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* : Motion Hearing set for 7/27/2023 at 11:00 AM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 06/20/2023) |
| 06/20/2023 | 18 | STATE COURT Record Russell Hilliard summons served on 5/8/2023, answer due 5/30/2023; Upton & Hatfield, LLP summons served on 5/11/2023, answer due 6/1/2023.. (Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 06/20/2023) |
| 06/21/2023 | 19 | Emergency MOTION for Extension of Time to 8/30/23 to Partially Assented To Emergency Motion toFile Oppositions to Defendants' Motions to Dismiss and to Continue 7/27/27 Hearing *[Partially Assented to]* by Andre Bisasor. (Attachments: # 1 Exhibit 1 - Email exchange with federal court clerks, # 2 Exhibit 2 - Email exchange with Attorney Dan Sonneborn, # 3 Exhibit 3 - Email exchange with Attorney Ed Landers)(, ) (Main Document 19 replaced on 6/24/2023) (Paine, Matthew). [Transferred from mad on 7/28/2023.] (Entered: 06/21/2023) |
| 06/22/2023 | 20 | NOTICE of Appearance by Ian Donovan on behalf of Craig Donais, Mary Donais, Donais Law Offices, PLLC (Donovan, Ian) [Transferred from mad on 7/28/2023.] (Entered: 06/22/2023) |
| 06/22/2023 | 21 | NOTICE of Appearance by Ian Donovan on behalf of Craig Donais, Mary Donais, Donais Law Offices, PLLC (Donovan, Ian) [Transferred from mad on 7/28/2023.] (Entered: 06/22/2023) |
| 06/22/2023 | 22 | Judge William G. Young: ENDORSED ORDER entered granting in part and denying in part 19 Motion for Extension of Time<br><br>The motions to extend the hearing dates set by the Court are denied. The request that the hearings be conducted via ZOOM is allowed. |

| | | (Sonnenberg, Elizabeth) [Transferred from mad on 7/28/2023.] (Entered: 06/22/2023) |
|---|---|---|
| 06/23/2023 | 23 | Opposition re 10 MOTION for Leave to File filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/23/2023 | 24 | Opposition re 14 Amended MOTION for Entry of Default *AMENDED [RE-FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM]* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/23/2023 | 25 | MOTION Notice of Withdrawal of Filing *of Notice of Intent To File Motion to Remand to Re-file Within 30 days allotted by statute* by Andre Bisasor.(, ) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/23/2023 | 26 | Opposition re 11 MOTION to Remand to State Court filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A - Notice of Removal) (Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/23/2023 | 27 | Opposition re 10 MOTION for Leave to File filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A -MA State Court Docket Bristol 6-22-2023)(Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/23/2023 | 28 | Opposition re 14 Amended MOTION for Entry of Default *AMENDED [RE-FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM]* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A -MA State Court Docket Bristol 6-22-2023)(Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/23/2023 | 29 | Opposition re 9 MOTION to Stay filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A -MA State Court Docket Bristol 6-22-2023, # 2 Exhibit B - MA State Court Docket Middlesex 6-22-2023, # 3 Exhibit C- MA State Court Docket Appeal 6-22-2023, # 4 Exhibit D - NH State Court Docket 6-22-2023)(Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/23/2023 | 30 | Amended Opposition re 14 Amended MOTION for Entry of Default *AMENDED [RE-FILED] RENEWED MOTION TO ENTER DEFAULT AGAINST DEFENDANT CRAIG DONAIS AND AFFIDAVIT [WITH INCORPORATED MEMORANDUM] amended transposed a date incorrectly and submit corrected document stating "appeal" to "notice of appeal"* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Attachments: # 1 Exhibit A -MA State Court Docket Bristol 6-22-2023)(Landers, Edwin) [Transferred from mad on 7/28/2023.] (Entered: 06/23/2023) |
| 06/26/2023 | 31 | Judge William G. Young: ELECTRONIC ORDER entered. The plaintiff's responses to the motions to dismiss, ECF Nos. 7 and 15 , are due July 17, 2023. (Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/26/2023) |
| 06/26/2023 | 32 | Reset Deadlines as to 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire*. Responses due by 7/17/2023 (Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/26/2023) |
| 06/26/2023 | 33 | Judge William G. Young: ELECTRONIC ORDER entered denying 9 EMERGENCY MOTION to Stay Case Due to Pendency of Another Related Proceeding and Appeal in State Court. (Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/26/2023) |

| 06/26/2023 | 34 | Judge William G. Young: ELECTRONIC ORDER entered denying 14 Motion for Entry of Default (Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 06/26/2023) |
|---|---|---|
| 06/27/2023 | 35 | Opposition re 10 MOTION for Leave to File *Amended Complaint* filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 06/27/2023) |
| 06/27/2023 | 36 | Opposition re 11 MOTION to Remand to State Court filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 06/27/2023) |
| 06/27/2023 | 37 | Opposition re 13 MOTION for Entry of Default *[Re-Filed]* filed by Russell Hilliard. (Attachments: # 1 Exhibit 1 - State Court Docket)(Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 06/27/2023) |
| 07/06/2023 | 38 | ELECTRONIC NOTICE Resetting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* : Motion Hearing reset for 7/27/2023 at 10:00 AM in Courtroom 18 (In person only) before Judge William G. Young. **Time change only.** (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/06/2023) |
| 07/07/2023 | 39 | Emergency MOTION for Extension of Time to July 17, 2023 to File *Motion to Remand* by Andre Bisasor.(, ) [Transferred from mad on 7/28/2023.] (Entered: 07/07/2023) |
| 07/10/2023 | 40 | Judge William G. Young: ELECTRONIC ORDER entered granting 39 Motion for Extension of Time to July 17, 2023 to File Motion to Remand by Andre Bisasor. (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/10/2023) |
| 07/14/2023 | 41 | Emergency MOTION for Extension of Time to July 21, 2023 to File *Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense* by Andre Bisasor.(, ) [Transferred from mad on 7/28/2023.] (Entered: 07/14/2023) |
| 07/14/2023 | 42 | Opposition re 41 Emergency MOTION for Extension of Time to July 21, 2023 to File *Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense* filed by Craig Donais. (Donovan, Ian)[Transferred from mad on 7/28/2023.] (Entered: 07/14/2023) |
| 07/16/2023 | 43 | Opposition re 41 Emergency MOTION for Extension of Time to July 21, 2023 to File *Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense and Notice of Joinder to Donais Defendants' Opposition (doc. no. 42)* filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 07/16/2023) |
| 07/17/2023 | 44 | Emergency MOTION for Extension of Time to July 19, 2023 at 11.59pm to File *Modify Motion to Extend time File Oppositions to Motions to Dismiss - Expedited* by Andre Bisasor.(, ) [Transferred from mad on 7/28/2023.] (Entered: 07/17/2023) |
| 07/17/2023 | 45 | Judge William G. Young: ELECTRONIC ORDER entered finding as moot 41 Emergency MOTION for Extension of Time to July 21, 2023 to File Oppositions to Motions to Dismiss or in the Alternative to Allow Separate Opposition to Antislapp Defense by Andre Bisasor. **Modified motion filed on 7/17/2023.** (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/17/2023) |
| 07/17/2023 | 46 | Opposition re 44 Emergency MOTION for Extension of Time to July 19, 2023 at 11.59pm to File *Modify Motion to Extend time File Oppositions to Motions to Dismiss -* |

| | | |
|---|---|---|
| | | *Expedited* filed by Craig Donais. (Donovan, Ian) [Transferred from mad on 7/28/2023.] (Entered: 07/17/2023) |
| 07/17/2023 | 47 | Opposition re 44 Emergency MOTION for Extension of Time to July 19, 2023 at 11.59pm to File *Modify Motion to Extend time File Oppositions to Motions to Dismiss - Expedited and Notice of Joinder* filed by Russell Hilliard, Upton & Hatfield, LLP. (Sonneborn, Daniel) [Transferred from mad on 7/28/2023.] (Entered: 07/17/2023) |
| 07/17/2023 | 48 | Judge William G. Young: ELECTRONIC ORDER entered granting 44 MOTION for Extension of Time to July 19, 2023 at 11:59pm to File Oppositions to Motions to Dismiss - Expedited by Andre Bisasor. (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/17/2023) |
| 07/17/2023 | 49 | MOTION to Remand *and affidavit with memorandum incorporated* by Andre Bisasor.(, ) [Transferred from mad on 7/28/2023.] (Entered: 07/17/2023) |
| 07/19/2023 | 50 | Opposition re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire Combine Opposition* filed by Andre C. Bisasor. (, ) [Transferred from mad on 7/28/2023.] (Entered: 07/19/2023) |
| 07/19/2023 | 51 | Opposition re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire Combined Opposition to AntiSlapp Motions* filed by Andre C. Bisasor. (, ) [Transferred from mad on 7/28/2023.] (Entered: 07/19/2023) |
| 07/20/2023 | 52 | ELECTRONIC NOTICE Resetting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire*, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire*: Motion Hearing reset for 7/27/2023 at 12:00 PM in Remote Proceeding : Boston before Judge William G. Young. **Time change only. Hearing converted to video (zoom).** <br><br> This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible. <br><br> Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. <br><br> (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/20/2023) |
| 07/25/2023 | 53 | Emergency MOTION for Extension of Time to Allot 1 Hour For Hearing on 7/27/23 to to Allot 1 Hour for Hearing on 7/27/23 *Expedited/Emergency Motion* by Andre C. Bisasor.(, ) [Transferred from mad on 7/28/2023.] (Entered: 07/25/2023) |
| 07/25/2023 | 54 | Judge William G. Young: ELECTRONIC ORDER entered denying 53 Expedited/Emergency Motion to Allot 1 Hour for the July 27, 2023 Hearing. **Motion denied. The parties will have ten (10) minutes per side to argue.** (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/25/2023) |
| 07/26/2023 | 55 | Emergency MOTION for Clarification *EXPEDITED/EMERGENCY MOTION TO CLARIFY CONTENT TO BE COVERED FOR THE JULY 27, 2023 HEARING OR IN* |

| | | |
|---|---|---|
| | | *THE ALTERNATIVE TO SCHEDULE A SEPARATE HEARING FOR REMAND* by Andre C. Bisasor.(, ) [Transferred from mad on 7/28/2023.] (Entered: 07/26/2023) |
| 07/27/2023 | 56 | ADDENDUM re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire,* 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire SUPPLEMENT TO PLAINTIFFS OPPOSITIONS TO DEFENDANTS MOTIONS TO DISMISS* filed by Andre C. Bisasor. (, ) [Transferred from mad on 7/28/2023.] (Entered: 07/27/2023) |
| 07/27/2023 | 57 | Judge William G. Young: ELECTRONIC ORDER entered denying 55 Emergency MOTION for Clarification *EXPEDITED/EMERGENCY MOTION TO CLARIFY CONTENT TO BE COVERED FOR THE JULY 27, 2023 HEARING OR IN THE ALTERNATIVE TO SCHEDULE A SEPARATE HEARING FOR REMAND* filed by Andre C. Bisasor. (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/27/2023) |
| 07/27/2023 | 58 | ELECTRONIC NOTICE Resetting Hearing on Motion 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire,* 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* : Motion Hearing set for 7/27/2023 04:00 PM in Remote Proceeding : Boston before Judge William G. Young. Time change only. |
| | | This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible. |
| | | Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |
| | | For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |
| | | (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/27/2023) |
| 07/27/2023 | 59 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 7/27/2023 (by video) re 15 MOTION to Dismiss *Or, in the Alternative, to Transfer to the District of New Hampshire* filed by Russell Hilliard, 7 MOTION to Dismiss *or, in the Alternative, to Transfer to District of New Hampshire* filed by Craig Donais, Donais Law Offices, PLLC, Mary Donais. The Court enters an order transferring the case to the United States District Court for the District of New Hampshire in accordance with 28 U.S.C. §1404(a). No action is taken on any pending motion. (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Plaintiff appears pro se; Attorneys Landers and Donovan for defendants Craig Donais, Mary Donais and Donais Law Offices, PLLC; Attorney Sonneborn for defendants Hilliard and Upton & Hatfield, LLP) (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/27/2023) |
| 07/27/2023 | 60 | Judge William G. Young: ORDER of Transfer to the District of New Hampshire entered. (Gaudet, Jennifer) [Transferred from mad on 7/28/2023.] (Entered: 07/27/2023) |
| 07/28/2023 | 61 | Case transferred to the District of New Hampshire. Case File Electronically Sent to the Clerk in that District on July 28, 2023. (Paine, Matthew) [Transferred from mad on 7/28/2023.] (Entered: 07/28/2023) |

| 07/28/2023 | 62 | Case transferred in from District of Massachusetts; Case Number: 1:23-cv-11313. Original file certified copy of transfer order and docket sheet received (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | | Case assigned to Judge Joseph N. Laplante. The case designation is: 1:23-cv-374-JL. Please show this number with the judge designation on all future pleadings. (ed) (Entered: 07/28/2023) |
| 07/28/2023 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (ed) (Entered: 07/28/2023) |
| 07/28/2023 | 63 | **PROCEDURAL ORDER IN TRANSFERRED CASE. ORDER Signed by Daniel J. Lynch, Clerk of Court. Compliance Deadline set for 8/28/2023.(ed) (Entered: 07/28/2023)** |
| 07/28/2023 | | **ORDER REGARDING VISITING ATTORNEY: The Local Rules for the District of New Hampshire provide that an attorney may, at the discretion of the court, on motion by a member of our bar, be permitted to practice before this court in a particular action. Any attorney so admitted shall at all times be associated with a member of the bar of this court. Our records indicate that no motion for pro hac vice admission of Ian Donovan, Esq., Esq. has been received. Unless said motion with the required fee is filed within thirty (30) days, the case may be referred to a judicial officer for appropriate action. ORDER Signed by Daniel J. Lynch, Clerk of Court. Compliance Deadline set for 8/28/2023.(ed) (Entered: 07/28/2023)** |
| 08/04/2023 | 64 | WAIVER OF SERVICE Returned Executed as to Upton & Hatfield LLP by Upton & Hatfield LLP. Served/Mailed on 8/4/2023. Answer Follow Up on 10/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Sonneborn, Daniel) (Entered: 08/04/2023) |
| 08/14/2023 | 65 | Notice to Substitute Attorney. Attorney Ian Donovan terminated. Attorney Linda M. Smith added to party Craig Donais(pty:dft), Attorney Linda M. Smith added to party Mary Donais(pty:dft), Attorney Linda M. Smith added to party Donais Law Offices, PLLC(pty:dft).(Smith, Linda) (Entered: 08/14/2023) |
| 08/21/2023 | 66 | Assented to Motion to Participate in Electronic Filing filed by Andre C. Bisasor. (Attachments: # 1 Email Correspondence)(ko) (Entered: 08/21/2023) |
| 08/21/2023 | | **ENDORSED ORDER granting re 66 Motion to Participate in Electronic Filing. *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante.(ko) (Entered: 08/22/2023)** |
| 08/23/2023 | 67 | Joint Assented to MOTION to Extend Time to September 27, 2023 *to File Motions Previously Filed in United States District Court for the District of Massachusetts* filed by Russell Hilliard, Upton & Hatfield LLP.(Sonneborn, Daniel) (Entered: 08/23/2023) |
| 08/23/2023 | | **ENDORSED ORDER granting re 67 Joint Assented to MOTION to Extend Time to September 27, 2023 to File Motions Previously Filed in United States District Court for the District of Massachusetts. *Text of Order: Granted.* So Ordered by US Magistrate Judge Talesha Leah Saint-Marc.Compliance Deadline set for 9/27/2023. (ko) (Entered: 08/23/2023)** |
| 09/11/2023 | 68 | Docketed in error. NOTICE of Mail Returned- Returned to Sender, Not deliverable as addressed, unable to forward re Order on Motion to Extend Time.(ko) Modified on |

| | | |
|---|---|---|
| | | 9/15/2023 to add: Docketed in error, wrong mailing(ko). (Entered: 09/11/2023) |
| 09/22/2023 | 69 | Emergency MOTION to Extend Time to EMERGENCY/EXPEDITED FINAL MOTION TO EXTEND DEADLINE TO FILE MOTIONS PREVIOUSLY FILED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS BY AN ADDITIONAL THIRTY DAYS filed by Andre C. Bisasor.Follow up on Objection on 10/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 09/22/2023) |
| 09/26/2023 | | **ENDORSED ORDER granting re 69 Emergency Motion to Extend Time to Emergency/Expedited Final Motion to Extend Deadline to File Motions Previously Filed in the United States District Court for the District of Massachusetts by an Additional Thirty Days. *Text of Order: Granted.* So Ordered by US Magistrate Judge Talesha Leah Saint-Marc. Compliance Deadline set for 10/27/2023.(ko)** (Entered: 09/26/2023) |
| 09/26/2023 | 70 | MOTION to Dismiss for Failure to State a Claim filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC.Follow up on Objection on 10/10/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law)(Smith, Linda) (Entered: 09/26/2023) |
| 09/28/2023 | | **Clerk's Notice - No Diversity Disclosure Statement Filed. The parties are directed to file their statement within 24 hours of this notice.** Diversity Disclosure Statement due by 9/29/2023.(ko) (Entered: 09/28/2023) |
| 09/28/2023 | 71 | Diversity of Citizenship Disclosure Statement by Russell Hilliard, Upton & Hatfield LLP identifying the citizenship of every individual or entity whose citizenship is attributed to them. (Sonneborn, Daniel) (Entered: 09/28/2023) |
| 09/28/2023 | 72 | Diversity Disclosure Statement by Craig Donais, Mary Donais, Donais Law Offices, PLLC disclosing no parent company, no publicly traded company, and no merger agreement. (Smith, Linda) Modified on 9/29/2023 to add: Diversity to docket text(ko). (Entered: 09/28/2023) |
| 10/10/2023 | 73 | EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE DONAIS DEFENDANTS filed by Andre C. Bisasor.Follow up on Objection on 10/24/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/18/2024 to remove duplicative docket text "Emergency MOTION to Extend Time": (ko). (Entered: 10/10/2023) |
| 10/11/2023 | 74 | OBJECTION to 73 EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE DONAIS DEFENDANTS filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 10/18/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) Modified on 4/18/2024 to remove duplicative docket text "Emergency MOTION to Extend Time" (ko). Modified on 4/18/2024 to removed duplicative docket text "Emergency MOTION to Extend Time" (ko). (Entered: 10/11/2023) |
| 10/11/2023 | 75 | **ORDER granting re 73 Emergency/Expedited Motion to Extend Time to File Objection to the Motion to Dismiss. Plaintiff shall file his response to the motion to dismiss on or before October 25, 2023. So Ordered by US Magistrate Judge Talesha Leah Saint-Marc. Follow up on Objection on 10/25/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko)** (Entered: 10/12/2023) |

| 10/24/2023 | 76 | NOTICE of PLAINTIFFS NOTICE OF INTENT TO FILE A RENEWED BUT MODIFIED MOTION TO EXTEND TIME TO FILE OPPOSITION TO DONAIS DEFENDANTS MOTION TO DISMISS BASED ON NEW OR ADDITIONAL GROUNDS/FACTORS THAT THE COURT MAY NOT HAVE BEEN AWARE OF by Andre C. Bisasor.(Bisasor, Andre) (Entered: 10/24/2023) |
|---|---|---|
| 10/24/2023 | 77 | RENEWED AND MODIFIED EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE DONAIS DEFENDANTS OR MOTION TO RECONSIDER EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE DONAIS DEFENDANTS filed by Andre C. Bisasor.Follow up on Objection on 11/7/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "MOTION to Extend Time" (ko). (Entered: 10/24/2023) |
| 10/25/2023 | 78 | OBJECTION to 77 RENEWED AND MODIFIED EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE DONAIS DEFENDANTS OR MOTION TO RECONSIDER EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO T filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 11/1/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit A - Hearing Transcript)(Smith, Linda) Modified on 4/19/2024 to remove duplicative docket text "MOTION to Extend Time" (ko). (Entered: 10/25/2023) |
| 10/25/2023 | 79 | REPLY to Objection to Motion re 77 RENEWED AND MODIFIED EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE DONAIS DEFENDANTS OR MOTION TO RECONSIDER EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE OBJECTION TO T filed by Andre C. Bisasor. Surreply due by 10/30/2023. (Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "MOTION to Extend Time" (ko). (Entered: 10/25/2023) |
| 10/25/2023 | 80 | **ORDER granting as outlined therein re 77 Motion to Extend Time. So Ordered by US Magistrate Judge Talesha Leah Saint-Marc. Follow up on Objection on 11/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko) (Entered: 10/25/2023)** |
| 10/26/2023 | 81 | MOTION to Dismiss for Failure to State a Claim filed by Russell Hilliard, Upton & Hatfield LLP.Follow up on Objection on 11/9/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Memorandum in Support of Motion to Dismiss) (Sonneborn, Daniel) (Entered: 10/26/2023) |
| 10/27/2023 |  | **ENDORSED ORDER:** *No pretrial conference will be scheduled until after resolution of the pending Motions to Dismiss (doc. nos. 70 & 81). Given the issues raised in the motion, the court finds good cause to extend the deadline for issuing the scheduling order pursuant to Fed. R. Civ. P. 16(b) to after the rescheduled pretrial conference.* **So Ordered by US Magistrate Judge Talesha Leah Saint-Marc.(ko)** (Entered: 10/27/2023) |
| 10/27/2023 | 82 | *[EXPEDITED] MOTION TO CLARIFY COURTS 10/27/23 ORDER* filed by Andre C. Bisasor.Follow up on Objection on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, |

| | | Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Clarify" (ko). (Entered: 10/27/2023) |
|---|---|---|
| 10/27/2023 | 83 | MOTION to Amend *Complaint Re-Filed/Renewed* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 10/27/2023) |
| 10/27/2023 | 84 | MOTION to Remand to State Court *Refiled/Renewed* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 10/27/2023) |
| 10/28/2023 | 85 | MOTION for Default as to Defendant Russell Hilliard*Re-filed/Renewed* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 10/28/2023) |
| 10/28/2023 | 86 | NOTICE of Notice of E-Filing System Problem/Error for Moton to Remand by Andre C. Bisasor.(Bisasor, Andre) (Entered: 10/28/2023) |
| 10/30/2023 | 87 | MOTION to Remand *First Motion to Remand with Memorandum Incorporated and Affidavit [Previously Filed on 7-17-23] that goes with Ref-Filed Renewed Motion to Remand Filed on 10-27-23* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 10/30/2023) |
| 10/30/2023 | 88 | Exhibit *EXHIBITS FOR PLAINTIFFS MOTION FOR REMAND FILED ON 10-27-23 [RE-FILED AGAIN DUE TO FILE SIZE ERROR/PROBLEMS]* to 84 MOTION to Remand to State Court *Refiled/Renewed* by Andre C. Bisasor. (Attachments: # 1 Exhibit Printout of Case Law of Marotta Gund Budd & Dzera LLC v. Costa, 340 B.R. 661 (2006), # 2 Exhibit Motion to Remand with Memorandum Incorporated and Affidavit [Previously Filed on 7-17-23], # 3 Exhibit Motion to Stay Case [Previously Filed on 6-13-23], # 4 Exhibit Motion to Amend Complaint [Previously Filed on 6-13-23], # 5 Exhibit Plaintiffs Combined Opposition to Donais Defendants and Hilliard Defendants Motions to Dismiss [Previously Filed on 7-19-23], # 6 Exhibit Plaintiffs Combined Opposition to Hilliard Defendants [Antislapp] Motions to Dismiss Pursuant to G.L. c. 231, §59H [Previously Filed on 7-19-23], # 7 Exhibit Supplement to Opposition to Motions to Dismiss [Previously Filed on 7-27-23])(Bisasor, Andre) (Entered: 10/30/2023) |
| 10/30/2023 | | NOTICE of ECF Filing Error Pursuant to LR 5.1(a). Filings shall be double spaced except for quoted material re: 83 MOTION to Amend *Complaint Re-Filed/Renewed* filed by Andre C. Bisasor, 85 MOTION for Default as to Defendant Russell Hilliard*Re-filed/Renewed* filed by Andre C. Bisasor, 87 MOTION to Remand *First Motion to Remand with Memorandum Incorporated and Affidavit [Previously Filed on 7-17-23] that goes with Ref-Filed Renewed Motion to Remand Filed on 10-27-23* filed by Andre C. Bisasor. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 10/30/2023) |
| 11/03/2023 | 89 | Emergency Assented to MOTION to Extend Time to [ASSENTED TO] MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE HILLIARD DEFENDANTS filed by Andre C. Bisasor.(Bisasor, Andre) (Entered: 11/03/2023) |

| 11/03/2023 | 90 | OBJECTION to 84 MOTION to Remand to State Court *Refiled/Renewed* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Upton & Hatfield Notice of Removal)(Smith, Linda) (Entered: 11/03/2023) |
|---|---|---|
| 11/03/2023 | 91 | OBJECTION to 83 MOTION to Amend *Complaint Re-Filed/Renewed* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/03/2023) |
| 11/03/2023 | | **ENDORSED ORDER granting 89 Emergency Assented to MOTION to Extend Time to [ASSENTED TO] MOTION TO EXTEND TIME TO FILE OBJECTION TO THE MOTION TO DISMISS FILED BY THE HILLIARD DEFENDANTS.** *Text of Order: Granted. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.* (jb) (Entered: 11/03/2023) |
| 11/03/2023 | 92 | NOTICE of PLAINTIFFS NOTICE OF INTENT TO FILE A FURTHER AND FINAL MOTION TO EXTEND TIME TO FILE OPPOSITION TO DONAIS DEFENDANTS MOTION TO DISMISS BASED ON NEW INFORMATION by Andre C. Bisasor. (Bisasor, Andre) (Entered: 11/03/2023) |
| 11/06/2023 | 93 | [EXPEDITED] MOTION TO CONSOLIDATE DEADLINES FOR OPPOSITION TO MOTIONS TO DISMISS AND/OR IN THE ALTERNATIVE FINAL MOTION TO EXTEND TIME TO FILE OPPOSITION TO DONAIS DEFENDANTS MOTION TO DISMISS BASED ON NEW INFORMATION filed by Andre C. Bisasor.Follow up on Objection on 11/20/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Extend Time" (ko). (Entered: 11/06/2023) |
| 11/06/2023 | 94 | NOTICE of PLAINTIFFS NOTICE OF INTENT TO FILE A MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS OBJECTION TO PLAINTIFFS MOTION TO AMEND THE COMPLAINT by Andre C. Bisasor.(Bisasor, Andre) (Entered: 11/06/2023) |
| 11/06/2023 | 95 | NOTICE of PLAINTIFFS NOTICE OF INTENT TO FILE A REPLY OR TO FILE MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS OBJECTION TO PLAINTIFFS MOTION TO REMAND TO STATE COURT by Andre C. Bisasor.(Bisasor, Andre) (Entered: 11/06/2023) |
| 11/06/2023 | 96 | OBJECTION to 93 Emergency MOTION to Extend Time to [EXPEDITED] MOTION TO CONSOLIDATE DEADLINES FOR OPPOSITION TO MOTIONS TO DISMISS AND/OR IN THE ALTERNATIVE FINAL MOTION TO EXTEND TIME TO FILE OPPOSITION TO DONAIS DEFENDANTS MOTION TO DISMISS BASED ON NEW INFORMATIO filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/06/2023) |
| 11/06/2023 | 97 | OBJECTION to 70 MOTION to Dismiss for Failure to State a Claim *PLAINTIFFS INITIAL OPPOSITION TO DONAIS DEFENDANTS MOTION TO DISMISS WITH INCORPORATED MEMORANDUM AND AFFIDAVIT* filed by Andre C. Bisasor. Follow up on Reply on 11/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Cover and Table of Contents, # 2 Exhibit 1 Plaintiffs Combined Opposition to Donais Defendants and Hilliard Defendants Motions to Dismiss [Previously Filed on 7- |

| | | |
|---|---|---|
| | | 19-23], # <u>3</u> Exhibit 2 Plaintiffs Combined Opposition to Hilliard Defendants [Antislapp] Motions to Dismiss Pursuant to G.L. c. 231, §59H [Previously Filed on 7-19-23], # <u>4</u> Exhibit 3 Supplement to Opposition to Motions to Dismiss [Previously Filed on 7-27-23], # <u>5</u> Exhibit 4 Motion to Amend Complaint [Previously Filed on 6-13-23], # <u>6</u> Exhibit 5 Motion to Remand with Memorandum Incorporated and Affidavit [Previously Filed on 7-17-23](Bisasor, Andre) Modified on 11/7/2023 to remove duplicative "Exhibit" text from the docket (ko). (Entered: 11/06/2023) |
| 11/06/2023 | <u>98</u> | NOTICE of PLAINTIFFS NOTICE TO THE COURT OF PLAINTIFFS REQUEST FOR ORAL ARGUMENT AND HEARING ON THE OPPOSITION TO THE DONAIS DEFENDANTS MOTION TO DISMISS by Andre C. Bisasor.(Bisasor, Andre) (Entered: 11/06/2023) |
| 11/08/2023 | <u>99</u> | **ORDER re <u>93</u> Emergency MOTION to Extend Time to [EXPEDITED] MOTION TO CONSOLIDATE DEADLINES FOR OPPOSITION TO MOTIONS TO DISMISS AND/OR IN THE ALTERNATIVE FINAL MOTION TO EXTEND TIME TO FILE OPPOSITION TO DONAIS DEFENDANTS MOTION TO DISMISS BASED ON NEW INFORMATION: For good cause and in the interest of justice, the court will provide Bisasor a brief extension of time to supplement his placeholder objection (doc. no. 97). <u>See</u> Fed. R. Civ. P. 6(b)(1). This is the final extension the court will grant on this issue. Bisasor's response shall be filed on or before November 10, 2023. In this response, Bisasor shall include all arguments that he wishes the court to consider in evaluating the Donais defendants' motion to dismiss. So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 11/08/2023)** |
| 11/09/2023 | <u>100</u> | EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE REPLY OR MOTION TO REPLY TO OBJECTION TO THE MOTION TO REMAND FILED BY THE DONAIS DEFENDANTS AND MOTION FOR CLARIFICATION filed by Andre C. Bisasor.Follow up on Objection on 11/27/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Extend Time" (ko). (Entered: 11/09/2023) |
| 11/09/2023 | <u>101</u> | EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE REPLY OR MOTION TO REPLY TO OBJECTION TO THE MOTION TO AMEND THE COMPLAINT FILED BY THE DONAIS DEFENDANTS filed by Andre C. Bisasor.Follow up on Objection on 11/27/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Extend Time" (ko). (Entered: 11/09/2023) |
| 11/09/2023 | <u>102</u> | OBJECTION to <u>85</u> MOTION for Default as to Defendant Russell Hilliard*Re-filed/Renewed* filed by Russell Hilliard, Upton & Hatfield LLP. Follow up on Reply on 11/16/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Exhibit 1 - State Court Docket) (Sonneborn, Daniel) (Entered: 11/09/2023) |
| 11/09/2023 | <u>103</u> | OBJECTION to <u>83</u> MOTION to Amend *Complaint Re-Filed/Renewed* filed by Russell Hilliard, Upton & Hatfield LLP. Follow up on Reply on 11/16/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sonneborn, Daniel) (Entered: 11/09/2023) |

| 11/09/2023 | 104 | OBJECTION to 84 MOTION to Remand to State Court *Refiled/Renewed* filed by Russell Hilliard, Upton & Hatfield LLP. Follow up on Reply on 11/16/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sonneborn, Daniel) (Entered: 11/09/2023) |
|---|---|---|
| 11/13/2023 | | **ENDORSED ORDER granting in part and denying in part 100 Emergency MOTION to Extend Time to EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE REPLY OR MOTION TO REPLY TO OBJECTION TO THE MOTION TO REMAND FILED BY THE DONAIS DEFENDANTS AND MOTION FOR CLARIFICATION; 101 Emergency MOTION to Extend Time to EMERGENCY/EXPEDITED MOTION TO EXTEND TIME TO FILE REPLY OR MOTION TO REPLY TO OBJECTION TO THE MOTION TO AMEND THE COMPLAINT FILED BY THE DONAIS DEFENDANTS.** *Text of Order: Plaintiff Andre Bisasor filed two motions requesting "clarification" about the deadlines to file replies to defendants" objections to his motions to remand and to amend the complaint. In the alternative, Bisasor asks for an extension of the time to file the same. Doc. nos. 100 , 101 . Because the motions undergoing briefing are "nondispositive," the court construes Bisasor's motions for "clarification" as motions for leave to file reply briefs and they are granted to that extent. See LR 7.1(e)(2) (requiring leave of court to file a reply to a nondispositive motion). In light of the other upcoming briefing deadlines, the court waives the requirement that Bisasor's proposed reply brief be attached to the motions and grants Bisasor until December 11, 2023, to file replies to any objections to the referenced motions. Bisasor also poses other questions to the court about its rules and notes problems using the electronic filing system. On these matters, the court's rules speak for themselves and Bisasor's motions for clarification are denied.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(jb) (Entered: 11/13/2023)** |
| 11/13/2023 | 105 | SUPPLEMETAL MEMORANDUM in Opposition re 70 MOTION to Dismiss for Failure to State a Claim *PLAINTIFFS SUPPLEMENTAL OPPOSITION TO DONAIS DEFENDANTS MOTION TO DISMISS AND PLAINTIFFS SUPPLEMENTAL OPPOSITION TO DONAIS DEFENDANTS INCORPORATED ANTISLAPP MOTION [ALL COMBINED] WITH MEMORANDUM AND AFFIDAVIT INCORPORATED* filed by Andre C. Bisasor. Follow up on Reply on 11/20/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) Modified on 5/14/2024 to add: Supplemental to docket text(ko). (Entered: 11/13/2023) |
| 11/15/2023 | | NOTICE of ECF Filing Error re: 105 Memorandum in Opposition to Motion filed by Andre C. Bisasor. Document does not comply with LR 7.1. Filer should refile and add to docket text: *Replaces document no.* 105. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423. Compliance Deadline set for 11/17/2023.(ko) (Entered: 11/15/2023) |
| 11/16/2023 | 106 | *EXPEDITED/EMERGENCY MOTION TO EXTEND THE DEADLINE TO COMPLY WITH THE CLERKS 11/15/23 NOTICE AND ALLOW UNTIL 11/27/23 TO REFILE THE OPPOSITION TO THE DONAIS DEFENDANTS MOTION TO DISMISS* filed by Andre C. Bisasor.Follow up on Objection on 11/30/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Extend Time to 11/27/23" (ko). (Entered: 11/16/2023) |
| 11/17/2023 | | **ENDORSED ORDER granting in part and denying in part re 106 Emergency MOTION to Extend Time to 11/27/23 EXPEDITED/EMERGENCY MOTION TO EXTEND THE DEADLINE TO COMPLY WITH THE CLERKS 11/15/23 NOTICE AND ALLOW UNTIL 11/27/23 TO REFILE THE OPPOSITION TO THE DONAIS DEFENDANTS MOTION TO DISMISS.** *Text of Order: Plaintiff Andre Bisasor* |

| | | |
|---|---|---|
| | | *moves the court for another extension of time. Doc. no. 106. This time, Bisasor requests more time to correct Local Rules violations in his recently filed objection (doc. no. 105) to the Donais defendants' motion to dismiss. The motion is granted in part and denied in part. Bisasor shall file a new objection that complies with the court's Local Rules on or before November 20, 2023 . No further extensions will be granted. Bisasor's numerous excuses for his failure to comply with the court's rules and consequent need for more time are unpersuasive. Most notably, Bisasor contends that he has only had two days to learn the court's rules. This is untrue. This matter has been pending in this court since the end of July 2023. And in the first order this court issued upon transfer, it wrote: "The parties and counsel are advised that all future pleadings shall be filed in compliance with this District's Local Rules and Administrative Procedures for Electronic Case Filing.... Please note that all motions filed in this District must comply with Local Rule 7, which outlines the court's motion practice regarding briefs and objections." Doc. no. 63 at 1. If that were not enough, the court has several times since directed Bisasor to Local Rule 5.1(a) and Local Rule 7, both of which his objection violates. Doc. no. 80 at 2; doc. no. 99 at 2; October 30, 2023 Notice of ECF Filing Error; November 13, 2023 Endorsed Order. Bisasor also claims that the court gave him leave to file an objection of unlimited length, but the court said no such thing. Finally, Bisasor contends that a "supplemental" memorandum is not subject to LR 7.1s page limit; this is incorrect. Regardless of whether Bisasor's memorandum is supplemental, it is still "in opposition to" the Donais defendants' dispositive motion and therefore shall not exceed 25 pages. LR 7.1(a)(3).* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc. Compliance Deadline set for 11/20/2023.**(ko) (Entered: 11/17/2023) |
| 11/20/2023 | 107 | NO CONSENT to Jurisdiction by U.S. Magistrate Judge. Because not all parties to the case consent to the assignment of a United States Magistrate Judge for all purposes including trial, pursuant to Fed. R. Civ. P. 73, 28 U.S.C. sec. 636(c), and Local Rule 73.1(b)(2), the case will be assigned to a United States District Judge. Clerk Daniel J. Lynch. (Bisasor, Andre) (Entered: 11/20/2023) |
| 11/20/2023 | 108 | NOTICE of NOTICE OF PLAINTIFFS REFUSAL TO CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE AND PREFERENCE FOR MOTIONS TO BE HEARD BY THE ASSIGNED DISTRICT COURT JUDGE by Andre C. Bisasor. (Bisasor, Andre) (Entered: 11/20/2023) |
| 11/20/2023 | 109 | Emergency MOTION *EMERGENCY/EXPEDITED PLAINTIFFS MOTION FOR REASONABLE ACCOMMODATION AND IN CAMERA REVIEW PERTAINING TO THESE PROCEEDINGS AND TO STAY THE PROCEEDINGS UNTIL THE MOTION IS RESOLVED* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 11/20/2023) |
| 11/20/2023 | 110 | Emergency MOTION *PLAINTIFFS MOTION FOR APPOINTMENT OF PRO BONO COUNSEL PURSUANT TO 28 U.S.C. § 1915(E)(1) AND BASED ON PRIOR STATE COURT APPROVAL OF INDIGENCY* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 11/20/2023) |
| 11/20/2023 | 111 | *EMERGENCY/EXPEDITED PLAINTIFFS MOTION TO STAY THE DEADLINE FOR REFILING THE SUPPLEMENTAL OPPOSITION TO THE DONAIS DEFENDANTS MOTION TO DISMISS UNTIL THE ACCOMPANYING PENDING MOTIONS FILED TODAY ARE RESOLVED* filed by Andre C. Bisasor.Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may |

| | | |
|---|---|---|
| | | apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/19/2024 to remove ducplicative docket text "Emergency MOTION to Stay" (ko). (Entered: 11/20/2023) |
| 11/20/2023 | 112 | MOTION *PLAINTIFF'S MOTION TO DECLARE CHOICE OF LAW AND TO INSTRUCT THE PARTIES TO SEPARATELY BRIEF THIS MATTER* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 11/20/2023) |
| 11/20/2023 | 113 | *EMERGENCY/EXPEDITED PLAINTIFFS MOTION TO STRIKE THE NEW UNPERMITTED DEFENSES IN THE DONAIS DEFENDANTS SECOND PRE-ANSWER MOTION TO DISMISS WITH ATTACHED MEMORANDUM OF LAW* filed by Andre C. Bisasor.Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law, # 2 Exhibit MA Federal Court Transcript (uncorrected version), # 3 Exhibit Minnesota Federal Court ruling relevant to this case)(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Strike" (ko). (Entered: 11/20/2023) |
| 11/20/2023 | 114 | *PLAINTIFFS EMERGENCY/EXPEDITED MOTION TO EXCEED PAGE LIMIT FOR SUPPLEMENTAL OPPOSITION TO THE DONAIS DEFENDANTS SECOND MOTION TO DISMISS* filed by Andre C. Bisasor.Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Exceed Page Limits" (ko). (Entered: 11/20/2023) |
| 11/20/2023 | 115 | MOTION *PLAINTIFFS MOTION FOR HEARING ON THE PLAINTIFFS MOTION FOR LIMITED DISCOVERY ON THE DONAIS DEFENDANTS ANTISLAPP MOTION AS REQUIRED BY THE ANTISLAPP STATUTE* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 11/20/2023) |
| 11/20/2023 | 116 | MOTION *PLAINTIFFS MOTION FOR HEARING ON THE DEFENDANTS MOTIONS TO DISMISS* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 11/20/2023) |
| 11/20/2023 | 117 | *EMERGENCY/EXPEDITED PLAINTIFFS MOTION TO STRIKE THE DONAIS DEFENDANTS ANSTISLAPP MOTION WITH MEMORANDUM OF LAW ATTACHED* filed by Andre C. Bisasor.Follow up on Objection on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Memorandum of Law In Support of Motion to Strike AntiSlapp Motion)(Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "Emergency MOTION to Strike" (ko). (Entered: 11/20/2023) |
| 11/20/2023 | 118 | MEMORANDUM in Opposition re 70 MOTION to Dismiss for Failure to State a Claim *[REFILED] PLAINTIFFS [PARTIAL] SUPPLEMENTAL OPPOSITION TO DONAIS DEFENDANTS SECOND PRE-ANSWER MOTION TO DISMISS* filed by Andre C. Bisasor. Follow up on Reply on 11/27/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Memorandum of Law In Opposing to Donais Defendants' Second Motion to DismissSupport of Motion to Strike AntiSlapp Motion, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Bisasor, Andre) (Entered: 11/20/2023) |

| 11/21/2023 | | NOTICE of ECF Filing Error re: 118 Memorandum in Opposition to Motion filed by Andre C. Bisasor. No description of exhibit or attachment was included. See Properly Attach Exhibits to Pleadings in ECF. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 11/21/2023) |
|---|---|---|
| 11/21/2023 | | NOTICE of Conference. Case Management Conference via VIDEO set for 11/30/2023 11:30 AM before US Magistrate Judge Talesha L. Saint-Marc.(kad) (Entered: 11/21/2023) |
| 11/21/2023 | | **ENDORSED ORDER reviewing 107 NO CONSENT to Jurisdiction by U.S. Magistrate Judge. Because not all parties to the case consent to the assignment of a United States Magistrate Judge for all purposes including trial, pursuant to Fed. R. Civ. P. 73, 28 U.S.C. sec. 636(c), and Local Rule 73.1(b)(2), the case will be assigned to a United States District Judge and 108 NOTICE of NOTICE OF PLAINTIFFS REFUSAL TO CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE AND PREFERENCE FOR MOTIONS TO BE HEARD BY THE ASSIGNED DISTRICT COURT JUDGE. *Text of Order: Reviewed. The magistrate judge is designated to consider all pending matters and, if necessary, conduct a hearing on the matters. So Ordered by Judge Joseph N. Laplante.(jb) (Entered: 11/21/2023)*** |
| 11/22/2023 | 119 | Objection to Magistrate Judge's Decision (Rule 72(a)) re 99 Order on Motion to Extend Time,,,, *PLAINTIFFS OBJECTION TO THE MAGISTRATE JUDGES RULING ON 11/8/23* filed by Andre C. Bisasor.Follow up on Objection on 12/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) Modified on 12/29/2023 to term as a motion(ko). (Entered: 11/22/2023) |
| 11/27/2023 | 120 | OBJECTION to 113 Emergency MOTION to Strike *EMERGENCY/EXPEDITED PLAINTIFFS MOTION TO STRIKE THE NEW UNPERMITTED DEFENSES IN THE DONAIS DEFENDANTS SECOND PRE-ANSWER MOTION TO DISMISS WITH ATTACHED MEMORANDUM OF LAW* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/27/2023) |
| 11/27/2023 | 121 | OBJECTION to 117 Emergency MOTION to Strike *EMERGENCY/EXPEDITED PLAINTIFFS MOTION TO STRIKE THE DONAIS DEFENDANTS ANSTISLAPP MOTION WITH MEMORANDUM OF LAW ATTACHED* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/27/2023) |
| 11/27/2023 | 122 | OBJECTION to 111 Emergency MOTION to Stay *EMERGENCY/EXPEDITED PLAINTIFFS MOTION TO STAY THE DEADLINE FOR REFILING THE SUPPLEMENTAL OPPOSITION TO THE DONAIS DEFENDANTS MOTION TO DISMISS UNTIL THE ACCOMPANYING PENDING MOTIONS FILED TODAY ARE RESOLVED* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/27/2023) |
| 11/27/2023 | 123 | OBJECTION to 109 Emergency MOTION *EMERGENCY/EXPEDITED PLAINTIFFS MOTION FOR REASONABLE ACCOMMODATION AND IN CAMERA REVIEW PERTAINING TO THESE PROCEEDINGS AND TO STAY THE PROCEEDINGS UNTIL* |

| | | |
|---|---|---|
| | | *THE MOTION IS RESOLVED* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 12/4/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/27/2023) |
| 11/27/2023 | 124 | REPLY to 118 Memorandum in Opposition to Motion,, filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Smith, Linda) . Surreply due by 12/4/2023. Modified on 11/27/2023 to correct document from response to Reply and add surreply deadline for ECF. (jb). (Entered: 11/27/2023) |
| 11/28/2023 | 125 | Corrected Version Refiled, See Doc. No. 126 . NOTICE of Intent to Reply *PLAINTIFFS NOTICE OF INTENT TO FILE A REPLY OR TO FILE MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS OBJECTION TO PLAINTIFFS MOTION TO STRIKE THE NEW UNPERMITTED DEFENSES* by Andre C. Bisasor.(Bisasor, Andre) Modified on 11/29/2023 to add: Corrected version docket text (ko). (Entered: 11/28/2023) |
| 11/28/2023 | 126 | NOTICE of Intent to Reply *[CORRECTED] PLAINTIFFS NOTICE OF INTENT TO FILE A REPLY OR TO FILE MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS OBJECTION TO PLAINTIFFS MOTION TO STRIKE THE NEW UNPERMITTED DEFENSES* by Andre C. Bisasor.(Bisasor, Andre) (Entered: 11/28/2023) |
| 11/28/2023 | 127 | Courtesy Copy of Filing Pending In The Massachusetts Federal Court Pertaining To Transcript Corrections by Andre C. Bisasor(Bisasor, Andre) (Entered: 11/28/2023) |
| 11/29/2023 | 128 | OBJECTION to 112 MOTION *PLAINTIFF'S MOTION TO DECLARE CHOICE OF LAW AND TO INSTRUCT THE PARTIES TO SEPARATELY BRIEF THIS MATTER* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 12/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/29/2023) |
| 11/29/2023 | 129 | OBJECTION to 115 MOTION *PLAINTIFFS MOTION FOR HEARING ON THE PLAINTIFFS MOTION FOR LIMITED DISCOVERY ON THE DONAIS DEFENDANTS ANTISLAPP MOTION AS REQUIRED BY THE ANTISLAPP STATUTE* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 12/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 11/29/2023) |
| 11/29/2023 | 130 | RESPONSE to Motion re 116 MOTION *PLAINTIFFS MOTION FOR HEARING ON THE DEFENDANTS MOTIONS TO DISMISS* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. (Smith, Linda) (Entered: 11/29/2023) |
| 11/29/2023 | 131 | Emergency MOTION [EXPEDITED] MOTION TO CONFIRM TIME ALLOTTED AND AGENDA FOR CASE MANAGEMENT CONFERENCE ON 11/30/23 filed by Andre C. Bisasor.Follow up on Objection on 12/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 11/29/2023) |
| 11/30/2023 | | Minute Entry for proceedings held before US Magistrate Judge Talesha L. Saint-Marc. CASE MANAGEMENT CONFERENCE held on 11/30/2023. Order to issue. (Court Reporter: Susan Bateman) (Pltfs Atty: Andre Bisasor, Pro Se) (Defts Atty: Linda Smith, Edwin Landers, Daniel Sonneborn)(Total Hearing Time: 1 hr. 1 min.) (kad) (Entered: 11/30/2023) |
| 12/01/2023 | 132 | NOTICE of [EMERGENCY] NOTICE OF CLARIFICATION AND NOTE REGARDING STAY ON THE PROCEEDINGS UNTIL AFTER DECISION ON MOTION TO AMEND COMPLAINT by Andre C. Bisasor.(Bisasor, Andre) (Entered: 12/01/2023) |

| 12/01/2023 | | **ENDORSED ORDER: On November 30, 2023, the court held a case management conference. During the conference, the court addressed several pending motions and its intended approach in ruling on them. As discussed during the conference, plaintiff Andre Bisasor's motion to amend his complaint (doc. no. <u>83</u>) is denied without prejudice to being refiled in a manner that complies with the court's local rules, e.g., LR 15.1, on or before January 18, 2024. The court granted Bisasor's request for the January 18 deadline because of his assurance that it gives him sufficient time given all his circumstances and the other deadlines he faces in this and other cases. As such, no further extensions will be provided. Because an accepted amended complaint would moot the pending motions to dismiss (doc. nos. <u>70</u>, <u>81</u>), LR 15.1(c), further briefing on defendants' motions to dismiss and Bisasor's related motions to "declare choice of law" and to strike (doc. nos. <u>112</u>, <u>113</u>, <u>117</u>) is stayed pending further order of the court. Bisasor's reply with respect to the motion to remand (doc. no. <u>84</u>) is due on or before December 11, and Bisasor shall comply with the page limits set forth in LR 7.1(e)(1). With Bisasor's agreement, there will be no extensions to that deadline. Additionally, the parties agreed that given the court's focus on Bisasor's motion to remand and his forthcoming motion to amend, no further motions will be filed except, to the extent necessary, a motion for jurisdictional discovery related to the pending motion to remand, which is due on or before December 11.**<br><br>**The court addressed Bisasor's motion to clarify (doc. no. <u>82</u>) during the conference, so that motion is granted in that the court explained the matter to Bisasor. The motion is otherwise denied. Bisasor's motion for reasonable accommodation (doc. no. <u>109</u>) is denied without prejudice. The accommodation Bisasor identified in the hearing, a standing extension of the court's filing deadlines, is not appropriate, but the court will consider reasonable extensions on a case-by-case basis when circumstances warrant, as it has done throughout this matter. Bisasor's motion to exceed the page limits (doc. no. <u>114</u>) for his objection to the Donais defendants' motion to dismiss is denied as stated on the record. Bisasor's motion to stay briefing deadlines (doc. no. <u>111</u>) is granted to the extent stated in this order and otherwise denied. Bisasor's motion to confirm the time allotted and agenda for the case management conference (doc. no. 131) is denied as moot.**<br><br>**So Ordered by Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 12/01/2023)** |
| 12/04/2023 | | **ENDORSED ORDER <u>132</u> Notice of [Emergency] Notice of Clarification and Note Regarding Stay on the Proceedings Until After Decision on Motion to Amend Complaint.** *Text of Order: Reviewed. The December 1, 2023 Endorsed Order adequately addresses the issues raised in Plaintiff's Emergency Notice of Clarification and Note Regarding Stay on the Proceedings Until After Decision on Motion to Amend Complaint (Doc 132).* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 12/04/2023)** |
| 12/05/2023 | <u>133</u> | Emergency MOTION to Clarify *Matters Stayed* filed by Andre C. Bisasor.Follow up on Objection on 12/19/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 12/05/2023) |
| 12/05/2023 | | **ENDORSED ORDER granting in part and denying in part re <u>133</u> Motion to Clarify.** *Text of Order: Plaintiff Andre Bisasor filed a "motion to clarify matters stayed," asking the court whether briefing on his two motions for hearings (doc. nos. 115, 116) is stayed. He asserts that the briefing on such motions should be stayed because these motions relate to the motion to dismiss. The motion is granted as follows. The deadline by which Bisasor must file a motion for leave to file replies to the responses to doc. nos.* |

| | | |
|---|---|---|
| | | *115 and 116, <u>see</u> Local Rule 7.1(e)(2) (governing replies on nondispositive motions), is stayed pending further order of the court. The court grants this further stay to ensure that Bisasor meets the deadlines stated in the court's December 1, 2023 endorsed order without extensions. To the extent Bisasor seeks other relief in his "motion to clarify" (doc. no. 133), it is denied.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 12/05/2023) |
| 12/12/2023 | <u>134</u> | DECLARATION OF TECHNICAL FAILURE OF THE COURTS ECF FILING SYSTEM by Andre C. Bisasor(Bisasor, Andre) (Entered: 12/12/2023) |
| 12/12/2023 | <u>135</u> | REPLY to Objection to Motion re <u>87</u> MOTION to Remand *First Motion to Remand with Memorandum Incorporated and Affidavit [Previously Filed on 7-17-23] that goes with Ref-Filed Renewed Motion to Remand Filed on 10-27-23,* <u>84</u> MOTION to Remand to State Court *Refiled/Renewed PLAINTIFFS REPLY TO THE HILLIARD DEFENDANTS OBJECTION TO THE PLAINTIFFS MOTION TO REMAND TO STATE COURT* filed by Andre C. Bisasor. Surreply due by 12/18/2023. (Bisasor, Andre) (Entered: 12/12/2023) |
| 12/12/2023 | <u>136</u> | REPLY to Objection to Motion re <u>87</u> MOTION to Remand *First Motion to Remand with Memorandum Incorporated and Affidavit [Previously Filed on 7-17-23] that goes with Ref-Filed Renewed Motion to Remand Filed on 10-27-23,* <u>84</u> MOTION to Remand to State Court *Refiled/Renewed PLAINTIFFS REPLY TO THE DONAIS DEFENDANTS OBJECTION TO THE PLAINTIFFS MOTION TO REMAND TO STATE COURT* filed by Andre C. Bisasor. Surreply due by 12/18/2023. (Attachments: # <u>1</u> Exhibit 1 - DECLARATION OF TECHNICAL FAILURE, # <u>2</u> Exhibit 2 - Document Showing MA operations of Donais Law Offices, # <u>3</u> Exhibit 3 - Document showing other obscured prior MA business of Craig Donais, # <u>4</u> Exhibit 4 - Refiled Motion to Remand with Memorandum Incorporated, # <u>5</u> Exhibit 5 - Other supporting documents with supplemental filing from MA federal court)(Bisasor, Andre) (Entered: 12/12/2023) |
| 12/12/2023 | <u>137</u> | *PLAINTIFFS MOTION FOR LIMITED JURISDICTIONAL DISCOVERY PERTAINING TO THE PLAINTIFFS MOTION TO REMAND TO STATE COURT* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 12/26/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Memorandum of Law Memorandum In Support of Motion for Limited Jurisdictional Discovery For Remand with Exhibits incorporated) (Bisasor, Andre) Modified on 4/19/2024 to remove duplicative docket text "MOTION for Discovery" (ko). (Entered: 12/12/2023) |
| 12/12/2023 | | NOTICE of ECF Filing Error re: <u>137</u> MOTION for Discovery *PLAINTIFF'S MOTION FOR LIMITED JURISDICTIONAL DISCOVERY PERTAINING TO THE PLAINTIFFS MOTION TO REMAND TO STATE COURT* filed by Andre C. Bisasor, <u>135</u> Reply to Objection to Motion filed by Andre C. Bisasor. Exhibits should have been filed as separate attachments to the main document (AP 2.5(a)). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 12/12/2023) |
| 12/13/2023 | <u>138</u> | CORRECTED REPLY to Objection to Motion re <u>87</u> MOTION to Remand *First Motion to Remand with Memorandum Incorporated and Affidavit [Previously Filed on 7-17-23] that goes with Ref-Filed Renewed Motion to Remand Filed on 10-27-23,* <u>84</u> MOTION to Remand to State Court *Refiled/Renewed [CORRECTED] PLAINTIFFS REPLY TO THE HILLIARD DEFENDANTS OBJECTION TO THE PLAINTIFFS MOTION TO REMAND TO STATE COURT* filed by Andre C. Bisasor. Surreply due by 12/18/2023. (Attachments: # <u>1</u> Exhibit 1 - Email from Bristol County Sheriff, # <u>2</u> Exhibit 2 - Affidavits and Returns of Service By Bristol County Sheriff with USPS tracking, # <u>3</u> Exhibit 3 - Email From |

| | | |
|---|---|---|
| | | United States Post Office Supervisor, # <u>4</u> Exhibit 4 - Email Exchange with the Defendants Regarding Jurisdictional Discovery, # <u>5</u> Exhibit 5 - Case Printout of Gaus v. Miles, Inc., 980 F.2d 564 (1992))(Bisasor, Andre) Modified on 5/14/2024 to add: Corrected to the docket text(ko). (Entered: 12/13/2023) |
| 12/21/2023 | <u>139</u> | OBJECTION to 137 MOTION for Discovery *PLAINTIFFS MOTION FOR LIMITED JURISDICTIONAL DISCOVERY PERTAINING TO THE PLAINTIFFS MOTION TO REMAND TO STATE COURT* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 12/28/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Exhibit Ex. 1 Google Search)(Smith, Linda) (Entered: 12/21/2023) |
| 12/26/2023 | <u>140</u> | OBJECTION to 137 MOTION for Discovery *PLAINTIFFS MOTION FOR LIMITED JURISDICTIONAL DISCOVERY PERTAINING TO THE PLAINTIFFS MOTION TO REMAND TO STATE COURT* filed by Russell Hilliard, Upton & Hatfield LLP. Follow up on Reply on 1/2/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sonneborn, Daniel) (Entered: 12/26/2023) |
| 12/28/2023 | <u>141</u> | REPLY to 137 MOTION/ MOTION for Leave to File PLAINTIFFS REPLY OR MOTION FOR LEAVE TO FILE A REPLY TO DONAIS DEFENDANTS OBJECTION TO THE MOTION FOR LIMITED JURISDICTIONAL DISCOVERY PERTAINING TO THE MOTION TO REMAND TO STATE COURT filed by Andre C. Bisasor.Follow up on Objection on 1/11/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 1/4/2024 to add: Reply re 137 Motion to docket text re 1/4/2024 Order(ko). Modified on 4/19/2024 to modify link to motion (ko). (Entered: 12/28/2023) |
| 01/02/2024 | <u>142</u> | REPLY TO 137 MOTION/ MOTION for Leave to File PLAINTIFFS REPLY OR MOTION FOR LEAVE TO FILE A REPLY TO THE HILLIARD DEFENDANTS OBJECTION TO THE MOTION FOR LIMITED JURISDICTIONAL DISCOVERY PERTAINING TO THE MOTION TO REMAND TO STATE COURT filed by Andre C. Bisasor.Follow up on Objection on 1/16/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Exhibit 1 - Federal Case Printout)(Bisasor, Andre) Modified on 1/4/2024 to add: Reply to docket text re 1/4/2024 Order(ko). Modified on 4/19/2024 to modify link to motion (ko). (Entered: 01/02/2024) |
| 01/04/2024 | | **ENDORSED ORDER granting re <u>141</u> Motion for Leave to Plaintiff's Reply or Motion for Leave to File a Reply to Donais Defendant's Objection to the Motion for Limited Jurisdictional Discovery Pertaining to the Motion to Remand to State Court.** *Text of Order: Granted. LR 7.1(e)(2) provides that a proposed reply, which shall be limited to five (5) pages, shall be attached as an exhibit to any motion for leave to file a reply to an objection to a nondispositive motion. Although Plaintiff's proposed reply exceeds the page restrictions and is not attached to the motion as an exhibit, the court will grant the motion and accept the pleading as Plaintiff's reply to the Donais Defendants' Objection to the Motion for Limited Jurisdictional Discovery Pertaining to the Motion to Remand to State Court. Future reply memoranda to nondispositive motions shall adhere to the procedure and page restrictions detailed in LR 7.1(e).* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 01/04/2024)** |
| 01/04/2024 | | **ENDORSED ORDER granting re <u>142</u> Motion for Leave to File Plaintiff's Reply or Motion for Leave to File Reply to the Hilliard Defendants Objection to the Motion for Limited Jurisdictional Discovery Pertaining to the Motion to Remand to State Court.** *Text of Order: Granted. LR 7.1(e)(2) provides that a proposed reply, which shall be limited to five (5) pages, shall be attached as an exhibit to any motion for leave to* |

|  |  | *file a reply to an objection to a nondispositive motion. Although Plaintiff's proposed reply exceeds the page restrictions and is not attached to the motion as an exhibit, the court will grant the motion and accept the pleading as Plaintiff's reply to the Hilliard Defendants' Objection to the Motion for Limited Jurisdictional Discovery Pertaining to the Motion to Remand to State Court. Future reply memoranda to nondispositive motions shall adhere to the procedure and page restrictions detailed in LR 7.1(e).* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 01/04/2024)** |
|---|---|---|
| 01/30/2024 |  | Reset Deadline: Amended Pleadings due by 2/20/2024. (ko) (Entered: 01/30/2024) |
| 02/15/2024 | 145 | SEALED Second/Final Emergency Motion to Extend Deadline to File Motion to Amend Complaint (With Amended Complaint) filed by Andre C. Bisasor.(ko) Modified on 2/16/2024 re Level I Seal per order dated 2/16/2024 (ko). (Entered: 02/15/2024) |
| 02/15/2024 | 146 | SEALED Emergency Motion to Seal, Level II re 145 SEALED Second/Final Emergency Motion to Extend Deadline to File Motion to Amend Complaint (With Amended Complaint) filed by Andre C. Bisasor.(ko) Modified on 2/16/2024 to seal at level I per order dated 2/16/2024 (jwb). (Additional attachment(s) added on 4/25/2024: # 1 Redacted Emergency Motion to Seal) (ko). (Entered: 02/15/2024) |
| 02/29/2024 | 147 | MOTION Request Leave to Review Sealed Documents filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC.Follow up on Objection on 3/14/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit A - Docket: 2020-J-0515, # 2 Exhibit B - Docket: 2022-0349, # 3 Exhibit C - Docket: 2022-0609)(Smith, Linda) (Entered: 02/29/2024) |
| 03/01/2024 | 151 | SEALED Emergency Motion to Seal (Level II) re 150 SEALED Amended/Corrected Plaintiff's Emergency Motion for Reconsideration of Second/Final Plaintiff's Emergency Motion to Extend Deadline to File Motion to Amend Complaint [With Amended Complaint] filed by Andre C. Bisasor.(ko) (Additional attachment(s) added on 5/7/2024 per 4/26/2024 Order: # 1 Plaintiff's Emergency Motion to Seal (redacted)) (jb). (Entered: 03/01/2024) |
| 03/01/2024 | 152 | NOTICE of PLAINTIFFS NOTICE OF INTENT TO FILE RESPONSE TO CRAIG DONAIS, MARY DONAIS AND DONAIS LAW OFFICES PLLCS MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2) by Andre C. Bisasor.(Bisasor, Andre) (Entered: 03/01/2024) |
| 03/06/2024 |  | **ENDORSED ORDER allowing in part and denying in part 151 Plaintiff's Emergency Motion to Seal [Level II]. Text of Order: Plaintiff Andre Bisasor filed an emergency motion to seal both the motion to seal (Doc. No. 151) and an accompanying motion titled "Amended/Corrected [Confidential] Plaintiff's Emergency Motion for Reconsideration of the [Confidential] Second/Final Plaintiff's Emergency Motion to Extend Deadline to File Motion to Amend Complaint [with Amended Complaint]" (Doc. No. 150). Because the motion to seal contains no confidential or sensitive information, the plaintiff's request to seal it (Doc. No. 151) is hereby denied. While the motion for reconsideration does contain some confidential material, much of that motion consists of argument that includes no sensitive or confidential information. Consequently, there is no basis for withholding the entire motion from the defendants or removing it from the public docket. Mr. Bisasor is directed to file a new version of that motion with redactions to remove only confidential/sensitive information, and to serve the defendants with a copy of the redacted motion, by Thursday, March 7, 2024. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 03/06/2024)** |
| 03/06/2024 |  | **ENDORSED ORDER:** *Denying as moot 148 [Confidential] Plaintiff's Emergency Motion for Reconsideration of the [Confidential] Second/Final Plaintiff's Emergency* |

| | | |
|---|---|---|
| | | *Motion to Extend Deadline to File Motion to Amend Complaint [with Amended Complaint] and 149 Plaintiff's Emergency Motion to Seal [Level II]. Text of Order: In light of the plaintiff's filing of an Amended/Corrected version of the Emergency Motion for Reconsideration (Doc. No. 150) and an updated Emergency Motion to Seal (Doc. No. 151), the original versions of those motions (Doc. Nos. 148 and 149) are denied as moot.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 03/06/2024)** |
| 03/07/2024 | <u>153</u> | Emergency MOTION to Clarify filed by Andre C. Bisasor.Follow up on Objection on 3/21/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/07/2024) |
| 03/07/2024 | <u>154</u> | Emergency MOTION for Reconsideration *RE-FILED REDACTED - AMENDED/CORRECTED [CONFIDENTIAL] PLAINTIFFS EMERGENCY MOTION FOR RECONSIDERATION OF THE [CONFIDENTIAL] SECOND/FINAL PLAINTIFFS EMERGENCY MOTION TO EXTEND DEADLINE TO FILE MOTION TO AMEND COMPLAINT [WITH AMENDED COMPLAINT]* filed by Andre C. Bisasor.Follow up on Objection on 3/21/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/07/2024) |
| 03/08/2024 | <u>155</u> | NOTICE of Joinder *to Donais Defendants Motion for Leave (doc. no. 147)* by Russell Hilliard, Upton & Hatfield LLP.(Sonneborn, Daniel) (Entered: 03/08/2024) |
| 03/08/2024 | | **ENDORSED ORDER granting in part and denying in part re <u>153</u> Motion to Clarify.** *Text of Order: Granting in part and denying in part <u>153</u> plaintiff's Emergency Motion to Clarify. Mr. Bisasor filed an emergency motion seeking clarification regarding the court's decision to unseal his motion to seal (Doc. No. 151). The motion is granted to the extent it seeks clarification as to why the motion is no longer sealed but is otherwise denied.* |
| | | *As Mr. Bisasor points out in his emergency motion, when a party files a motion to seal certain filings, the court ordinarily accepts the filings (here, the motion to seal and the accompanying motion for reconsideration seeking to extend deadlines) provisionally under seal, subject to the court's subsequent ruling on the motion. LR 83.12(d). In the event the court denies the motion to seal, any materials submitted under provisional seal are then stricken from the docket and returned to the moving party. Id. At that point, the moving party may refile the materials or seek reconsideration. In this case, however, the materials Mr. Bisasor filed provisionally under seal seek to extend a deadline of March 12, 2024, only 4 days from now. Consequently, this court determined that the process set forth in the Local Rules would have left Mr. Bisasor with very little time to refile his motions and obtain a ruling on his request for an extension. In other words, this court determined that it was in Mr. Bisasor's best interests to circumvent the process described in LR 83.12(d). See Fed. Deposit Ins. Corp. v. Ogden Corp., 202 F.3d 454, 460 (1st Cir. 2000) ("Trial judges enjoy broad discretion in the handling of interstitial matters"). Thus, after finding that the motion to seal contained no information that justified the plaintiff's request to keep it sealed, this court directed the clerk's office to unseal the motion rather than returning it to the plaintiff. Because this court found that the accompanying motion for reconsideration did contain some confidential information that should remain under seal, this court directed Mr. Bisasor to file a new version of that motion with redactions to remove only the confidential/sensitive information. Notably, in the interest of reaching Mr. Bisasor's motion for reconsideration on the merits before March 12, 2024, this court fashioned its rulings to eliminate Mr. Bisasor's obligation to comply with the process set forth in the Local Rules for sealing only a portion of a document. See LR 83.12(d) (requiring a party requesting to seal only a portion of a document to file both (1) a redacted copy,* |

|  |  |  |
|---|---|---|
|  |  | *and (2) an unredacted copy of the document highlighting in a translucent color the portion(s) of the document sought to be sealed.).*<br><br>*To the extent Mr. Bisasor disagrees with the court's denial of his motion to keep the motion to seal (Doc. No. 151) under seal, he may file a motion for reconsideration that identifies with specificity which portions of the motion should remain under seal, along with the factual and legal justification for doing so. This court will rule on any such motion expeditiously. In the meantime, this court notes that if the plaintiff had directed his efforts toward refiling his motion to amend in accordance with the Local Rules rather than filing lengthy motions for extensions and to seal, he would have enabled the court to focus on the merits of his claims.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 03/08/2024) |
| 03/08/2024 |  | **ENDORSED ORDER re 154 Amended/Corrected [Confidential] Plaintiff's Emergency Motion for Reconsideration of the [Confidential] Second/Final Plaintiff's Emergency Motion to Extend Deadline to File Motion to Amend Complaint. Text of Order:** This matter is before the court on the plaintiff's motion for reconsideration of this court's order granting in part and denying in part his motion to extend the deadline for filing a motion to amend the complaint in accordance with the applicable rules, and directing Mr. Bisasor to file any such motion by March 12, 2024. Mr. Bisasor asks the court to reconsider its ruling and extend the deadline to April 1, 2024, as he originally requested, due to certain personal circumstances and as a reasonable accommodation. The motion, however, does not "demonstrate that the order was based on a manifest error of fact or law." LR 7.2(d). The court considered Mr. Bisasor's request for a reasonable accommodation when it extended the deadline to March 12, 2024.<br><br>Throughout the course of this case, this court has granted the plaintiff's repeated requests for extensions. At times it has done so even after advising the plaintiff that no further extensions would be granted. This has caused delay in the court's ability to resolve a number of outstanding motions and move this case forward. At this stage, it also prejudices the defendants' ability to have the plaintiff's claims decided in a timely manner. Moreover, this court finds that the plaintiff's assertion that his personal circumstances and/or his need for an accommodation prevent him from meeting the current deadline is entirely undermined by the length and volume of his motions for an extension, for reconsideration and to seal. For all of these reasons, the plaintiff's motion for reconsideration is DENIED. Mr. Bisasor shall file any motion to amend his complaint by March 12, 2024. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 03/11/2024) |
| 03/11/2024 | 156 | Objection to Magistrate Judge's Decision (Rule 72(a)) re Order on Motion for Reconsideration,,,,,,,,,, *PLAINTIFFS EMERGENCY OBJECTION TO THE MAGISTRATE JUDGES RULING ON 3/11/24 AND REQUEST FOR EXPEDITED RULING* filed by Andre C. Bisasor.Follow up on Objection on 3/25/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 03/11/2024) |
| 03/11/2024 | 157 | Emergency MOTION to Stay *EMERGENCY MOTION TO STAY THE DEADLINE FOR THE MOTION TO AMEND THE COMPLAINT WITH AMENDED COMPLAINT UNTIL THE PENDING ACTIVE MOTIONS THAT ARE NOT STAYED [INCLUDING FOR REMAND, FOR REMAND DISCOVERY AND FOR APPOINTMENT OF COUNSEL] ARE FULLY RESOLVED WITH REQUEST FOR EXPEDITED RULING* filed by Andre C. Bisasor.Follow up on Objection on 3/25/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/11/2024) |

| 03/11/2024 | 158 | Emergency MOTION EMERGENCY MOTION TO WAIVE PACER FEES AND ALLOW FREE ACCESS TO PACER WITH REQUEST FOR EXPEDITED RULING AND STAY ALL PROCEEDINGS PENDING RESOLUTION OF THIS MOTION filed by Andre C. Bisasor.Follow up on Objection on 3/25/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 03/11/2024) |
|---|---|---|
| 03/12/2024 | | **ENDORSED ORDER denying 156 Objection to Magistrate Judge's Decision (Rule 72(a)) re Order on Motion for Reconsideration, PLAINTIFFS EMERGENCY OBJECTION TO THE MAGISTRATE JUDGES RULING ON 3/11/24 AND REQUEST FOR EXPEDITED RULING** *Text of Order: Denied. The court construes the objection as an appeal of the order in question. Judge St-Marc's order is affirmed.* **So Ordered by Judge Joseph N. Laplante.(jb) (Entered: 03/12/2024)** |
| 03/12/2024 | 159 | MOTION to Amend *State Court Complaint* | *PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINY WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 3/26/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Proposed Second Amended Prior State Court Complaint)(Bisasor, Andre) (Entered: 03/12/2024) |
| 03/13/2024 | | **ENDORSED ORDER denying as moot 157 Emergency MOTION to Stay EMERGENCY MOTION TO STAY THE DEADLINE FOR THE MOTION TO AMEND THE COMPLAINT WITH AMENDED COMPLAINT UNTIL THE PENDING ACTIVE MOTIONS THAT ARE NOT STAYED [INCLUDING FOR REMAND, FOR REMAND DISCOVERY AND FOR APPOINTMENT OF COUNSEL] ARE FULLY RESOLVED WITH REQUEST FOR EXPEDITED RULING f.** *Text of Order: Denied as moot. In light of Plaintiff's timely filing of his Motion to Amend (Doc. No. 159 ), Plaintiff's request to stay the deadline for filing the motion to amend is denied as moot.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(jb) (Entered: 03/13/2024)** |
| 03/13/2024 | 160 | **ORDER denying 158 Emergency MOTION EMERGENCY MOTION TO WAIVE PACER FEES AND ALLOW FREE ACCESS TO PACER WITH REQUEST FOR EXPEDITED RULING AND STAY ALL PROCEEDINGS PENDING RESOLUTION OF THIS MOTION. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(jb) (Entered: 03/13/2024)** |
| 03/13/2024 | 161 | Amended MOTION to Amend *State Court Complaint* | *[CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 3/27/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Proposed Second Amended Complaint Per The Prior State Court Complaint)(Bisasor, Andre) (Entered: 03/13/2024) |
| 03/14/2024 | 162 | Emergency MOTION to Extend Time to Object/Respond to April 17, 2024 *PLAINTIFFS EMERGENCY MOTION TO EXTEND TIME TO FILE RESPONSE/OBJECTION TO THE DEFENDANTS' MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)* filed by Andre C. Bisasor.Follow up on Objection on 3/28/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/14/2024) |

| 03/14/2024 | | ACTION REQUIRED - NOTICE Nonconforming Document re 162 Emergency MOTION to Extend Time to Object/Respond to April 17, 2024 *PLAINTIFFS EMERGENCY MOTION TO EXTEND TIME TO FILE RESPONSE/OBJECTION TO THE DEFENDANTS' MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)* filed by Andre C. Bisasor. The document fails to comply with LR 7.1-No statement of concurrence was included. File statement as addendum using the Other Documents/Addendum event and link filing(s) to document no. 162. The document will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.Compliance Deadline set for 3/15/2024.(ko) (Entered: 03/14/2024) |
| 03/14/2024 | 163 | Addendum/ *NOTICE OF STATEMENT OF CONCURRENCE* by Andre C. Bisasor. (Bisasor, Andre) (Entered: 03/14/2024) |
| 03/14/2024 | | **ENDORSED ORDER granting in part and denying in part 162 Emergency MOTION to Extend Time to Object/Respond to April 17, 2024 PLAINTIFFS EMERGENCY MOTION TO EXTEND TIME TO FILE RESPONSE/OBJECTION TO THE DEFENDANTS' MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2) re 147 MOTION Request Leave to Review Sealed Documents.** *Text of Order: Given the voluminous motion practice related to the recently filed motion to amend, the court finds good cause to grant Plaintiff a brief extension to respond to Defendants' motion to review sealed documents (Doc. No. 147). Although Plaintiff requests a month-long extension, none of his arguments in support of his request justify such a lengthy extension. Defendants' motion is not complex - the sole issue is whether Defendants are entitled to review the sealed documents. Accordingly, Plaintiff's new objection deadline is March 22, 2024.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc. Follow up on Objection on 3/22/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jb)** (Entered: 03/14/2024) |
| 03/15/2024 | 164 | Emergency MOTION to Clarify \| *EMERGENCY MOTION TO CLARIFY THE COURTS 3-8-24 ORDER AND EMERGENCY MOTION TO EXTEND TIME TO FILE A MOTION FOR RECONSIDERATION OF THE COURTS 3-6-24 ORDER TO UNSEAL THE PLAINTIFFS 3-1-24 MOTION TO SEAL [PURSUANT TO AND AS INSTRUCTED IN THE COURTS 3-8-24 ORDER] AND EMERGENCY MOTION TO TEMPORARILY RESEAL THE PLAINTIFFS 3-1-24 MOTION TO SEAL FROM THE PUBLIC UNTIL RESOLUTION OF MOTION FOR RECONSIDERATION* filed by Andre C. Bisasor.Follow up on Objection on 3/29/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/15/2024) |
| 03/15/2024 | | **ENDORSED ORDER granting 164 Emergency MOTION to Clarify \| EMERGENCY MOTION TO CLARIFY THE COURTS 3-8-24 ORDER AND EMERGENCY MOTION TO EXTEND TIME TO FILE A MOTION FOR RECONSIDERATION OF THE COURTS 3-6-24 ORDER TO UNSEAL THE PLAINTIFFS 3-1-24 MOTION TO SEAL [PURSUANT TO AND AS INSTRUCTED IN THE COURTS 3-8-24 ORDER] AND EMERGENCY MOTION TO TEMPORARILY RESEAL THE PLAINTIFFS 3-1-24 MOTION TO SEAL FROM THE PUBLIC UNTIL RESOLUTION OF MOTION FOR RECONSIDERATION.** *Text of Order: On March 6, 2024, the Court denied Plaintiff's two-page motion to seal (Doc. No. 151) and directed Plaintiff to resubmit a redacted version of his motion for reconsideration (Doc. No. 150). Subsequently, on March 7,* |

| | | |
|---|---|---|
| | | *Plaintiff filed a motion to clarify the Court's March 6 Order, and on March 8, the Court issued an Endorsed Order clarifying the same. As a result of the Court's March 6 and March 8 Orders, Doc. No. 151 is now unsealed, Doc. No. 150 remains sealed. Plaintiff now seeks further clarification of the Court's Orders and an extension of time to file a motion to reconsider the Court's March 6 Order. Ordinarily, Plaintiff's motion to reconsider the Court's March 6 Order would be due on March 20. For the reasons stated in Plaintiff's motion, however, the Court finds good cause to extend Plaintiff's deadline to April 1, 2024. Plaintiff's request that the Court temporarily reseal the motion to seal (Doc. No. 151 ) is denied. Should Plaintiff desire to file his motion to reconsider under seal, he should comply with L.R. 83.12(c). So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(jb) (Entered: 03/15/2024)* |
| 03/21/2024 | 165 | **REPORT AND RECOMMENDATION re 84 Motion to Remand to State Court, 85 Motion for Default, 87 Motion to Remand, 137 Motion for Discovery: For the reasons therein, the district judge should deny Bisasor's motion to remand (doc. nos. 84, 87) and his motion to enter default against Hilliard (doc. no. 85). Bisasor's motion for jurisdictional discovery (doc. no. 137) is denied. Any objection to this Report and Recommendation on Bisasor's motion to remand or his motion to enter default against Hilliard must be filed within 14 days of receipt of this notice. So Ordered by US Magistrate Judge Talesha L. Saint-Marc. Follow up on Objections to R&R on 4/4/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (ko) (Entered: 03/21/2024)** |
| 03/25/2024 | 166 | Emergency MOTION to Extend Time to Object/Respond to 4-1-24 \| *PLAINTIFFS RENEWED EMERGENCY MOTION TO EXTEND TIME UNTIL 4-1-24 TO FILE RESPONSE/OBJECTION TO THE DEFENDANTS MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)* filed by Andre C. Bisasor.Follow up on Objection on 4/8/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/25/2024) |
| 03/25/2024 | | **ENDORSED ORDER granting 166 Emergency MOTION to Extend Time to Object/Respond to 4-1-24 \| PLAINTIFFS RENEWED EMERGENCY MOTION TO EXTEND TIME UNTIL 4-1-24 TO FILE RESPONSE/OBJECTION TO THE DEFENDANTS MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)** *Text of Order: Granted. Plaintiff's new deadline is April 1, 2024. The Court is not inclined to consider further extensions given this is Plaintiffs second request.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.Follow up on Objection on 4/1/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jb) (Entered: 03/25/2024)** |
| 03/25/2024 | 167 | MOTION to Exceed Page Limit on Objection to Motion to Amend filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC.Follow up on Objection on 4/8/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Smith, Linda) (Entered: 03/25/2024) |
| 03/25/2024 | 168 | OBJECTION to 161 Amended MOTION to Amend *State Court Complaint \| [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING \| with [CORRECTED ] SECOND AME, 159 MOTION to Amend State Court Complaint \| PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 4/1/2024. The court only follow up date DOES NOT include 3 additional* |

| | | |
|---|---|---|
| | | *days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit MA State Court Docket Middlesex 6-22-2023)(Smith, Linda) (Entered: 03/25/2024)* |
| 03/26/2024 | 169 | OBJECTION to 161 Amended MOTION to Amend *State Court Complaint | [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AME, 159 MOTION to Amend State Court Complaint | PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING filed by Russell Hilliard, Upton & Hatfield LLP. Follow up on Reply on 4/2/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sonneborn, Daniel) (Entered: 03/26/2024)* |
| 03/27/2024 | 170 | Emergency MOTION to Extend Time to 4-3-24 *EMERGENCY MOTION TO EXTEND TIME OF 7 DAYS TO FILE A MOTION FOR RECONSIDERATION THE COURTS ORDERS ON 3/13/24 filed by Andre C. Bisasor.*Follow up on Objection on 4/10/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/27/2024) |
| 03/27/2024 | | FILED IN ERROR. ACTION REQUIRED - NOTICE Nonconforming Document re 170 Emergency MOTION to Extend Time to 4-3-24 *EMERGENCY MOTION TO EXTEND TIME OF 7 DAYS TO FILE A MOTION FOR RECONSIDERATION THE COURTS ORDERS ON 3/13/24 filed by Andre C. Bisasor.* The document fails to comply with LR 7.1-No statement of concurrence was included. File statement as addendum using the Other Documents/Addendum event and link filing(s) to document no. 170. The document will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.Compliance Deadline set for 3/28/2024.(ko) Modified on 3/28/2024 to add: Filed in Error(ko). (Entered: 03/27/2024) |
| 03/28/2024 | | **ENDORSED ORDER granting re 170 Emergency MOTION to Extend Time to 4-3-24 EMERGENCY MOTION TO EXTEND TIME OF 7 DAYS TO FILE A MOTION FOR RECONSIDERATION THE COURTS ORDERS ON 3/13/24. *Text of Order: Granted. The new deadline is April 3, 2024. No further extensions.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 03/28/2024)** |
| 03/29/2024 | 171 | Emergency MOTION to Extend Time to Object/Respond | *EMERGENCY MOTION TO EXTEND TIME TO FILE REPLIES OR MOTION TO FILE REPLIES TO THE DEFENDANTS OBJECTIONS TO THE MOTION TO AMEND COMPLAINT AND EMERGENCY MOTION TO EXTEND TIME TO FILE OBJECTION TO DONAIS DEFENDANTS MOTION TO EXCEED PAGE LIMITS filed by Andre C. Bisasor.* HEARING REQUESTED.Follow up on Objection on 4/12/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/29/2024) |
| 03/29/2024 | | NOTICE of ECF Filing Error Pursuant to AP 2.5(a) re: 171 Emergency MOTION to Extend Time to Object/Respond | *EMERGENCY MOTION TO EXTEND TIME TO FILE REPLIES OR MOTION TO FILE REPLIES TO THE DEFENDANTS OBJECTIONS TO THE MOTION TO AMEND COMPLAINT AND EMERGENCY MOTION TO EXTEND TIME TO FILE OBJECTION filed by Andre C. Bisasor. Exhibits added as one PDF document. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 03/29/2024)* |

| 04/01/2024 | | **ENDORSED ORDER granting re 167 Motion to Exceed Page Limit on Objection to Motion to Amend.** *Text of Order: Granted.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.** (ko) (Entered: 04/01/2024) |
|---|---|---|
| 04/01/2024 | 172 | OBJECTION to 171 Emergency MOTION to Extend Time to Object/Respond \| *EMERGENCY MOTION TO EXTEND TIME TO FILE REPLIES OR MOTION TO FILE REPLIES TO THE DEFENDANTS OBJECTIONS TO THE MOTION TO AMEND COMPLAINT AND EMERGENCY MOTION TO EXTEND TIME TO FILE OBJECTION* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 4/8/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 04/01/2024) |
| 04/01/2024 | | **ENDORSED ORDER granting in part re 171 Emergency MOTION to Extend Time to Object/Respond \| EMERGENCY MOTION TO EXTEND TIME TO FILE REPLIES OR MOTION TO FILE REPLIES TO THE DEFENDANTS OBJECTIONS TO THE MOTION TO AMEND COMPLAINT AND EMERGENCY MOTION TO EXTEND TIME TO FILE OBJECTION TO DONAIS DEFENDANTS MOTION TO EXCEED PAGE LIMITS.** *Text of Order: Plaintiff Andre Bisasor seeks an extension of his deadline to: 1- object to the Donais defendants' motion to exceed the page limit with respect to their objection to plaintiff's motion to amend (Doc. No. 167), and 2- file a reply to defendants' objections (Doc. Nos. 168, 169) to plaintiff's motion and amended motion to amend (Doc. Nos. 159, 161). The court granted the Donais defendants' motion to exceed page limits, and therefore, plaintiff's request for an extension to object to that motion is denied as moot. Plaintiff's motion to extend his deadline to file a reply to defendants' objections to his motions to amend is granted in part. The new deadline is April 15, and the reply shall comply with LR 7.1(e)(2).* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.** Follow up on Reply on 4/15/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko) (Entered: 04/01/2024) |
| 04/01/2024 | 173 | OBJECTION to 147 MOTION Request Leave to Review Sealed Documents \| *PLAINTIFFS RESPONSE /OBJECTION TO DEFENDANTS MOTION FOR LEAVE OF COURT TO REVIEW SEALED DOCUMENTS PURSUANT TO L.R. 83.12(B)(2)* filed by Andre C. Bisasor. Follow up on Reply on 4/8/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 04/01/2024) |
| 04/01/2024 | 174 | MOTION to Seal Document at Level II filed by Andre C. Bisasor.Follow up on Objection on 4/15/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 04/01/2024) |
| 04/02/2024 | | NOTICE of ECF Filing Error re: 174 MOTION to Seal Document at Level II filed by Andre C. Bisasor. Motion should have been filed pursuant to LR 83.12(d). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 04/02/2024) |
| 04/02/2024 | 176 | Emergency MOTION to Extend Time to Object/Respond to May 6, 2024 \| *EMERGENCY MOTION TO EXTEND TIME TO FILE MOTION FOR RECONSIDERATION OR OBJECTION TO THE MAGISTRATES RULING ON 3-21-24* filed by Andre C. Bisasor.Follow up on Objection on 4/16/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/4/2024 to add link to R&R(ko). (Entered: 04/02/2024) |

| 04/03/2024 | 177 | Emergency MOTION for Reconsideration *[EMERGENCY] MOTION FOR RECONSIDERATION OF EMERGENCY MOTION TO STAY THE DEADLINE FOR THE MOTION TO AMEND THE COMPLAINT WITH AMENDED COMPLAINT UNTIL THE PENDING ACTIVE MOTIONS THAT ARE NOT STAYED [INCLUDING FOR REMAND, FOR REMAND DISCOVERY AND FOR APPOINTMENT OF COUNSEL] ARE FULLY RESOLVED WITH REQUEST FOR EXPEDITED RULING* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 4/17/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/4/2024 to add link to motion/order(ko). (Entered: 04/03/2024) |
| 04/03/2024 | 178 | Emergency MOTION for Reconsideration \| *[EMERGENCY] MOTION FOR RECONSIDERATION OF EMERGENCY MOTION TO WAIVE PACER FEES AND ALLOW FREE ACCESS TO PACER WITH REQUEST FOR EXPEDITED RULING AND STAY ALL PROCEEDINGS PENDING RESOLUTION OF THIS MOTION* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 4/17/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Exhibit 1 of Pacer Billing Statement 1, # 2 Exhibit Exhibit 2 of Pacer Billing Statement 2)(Bisasor, Andre) Modified on 4/4/2024 to add link 160 to motion/order(ko). (ko). (Entered: 04/03/2024) |
| 04/04/2024 | | **ENDORSED ORDER denying as outlined re 174 Motion to Seal Document at Level II.** *Text of Order: Plaintiff Andre Bisasor moves to seal at Level II (doc. no. 174) his motion for reconsideration (doc. no. 175) of the court's March 6, 2024 endorsed order, which denied a separate motion to seal. Bisasor's motion to seal Doc. No. 175 at Level II is denied. A Level II seal is unjustified considering the nature of the information for which Bisasor asserts confidentiality. On or before Monday, April 8, 2024, Bisasor may refile his motions with a redacted copy of the motion for reconsideration that removes the information he asserts is confidential, and the court will consider whether a seal at Level I is justified. The clerk of court is directed to strike Bisasor's motion for reconsideration (doc. no. 175) from the electronic docket and to return any conventionally filed materials, to the extent any were filed, as consistent with Local Rule 83.12(d) and the clerk's standard operating procedures. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.* (ko) (Entered: 04/05/2024) |
| 04/04/2024 | | **ENDORSED ORDER granting in part re 176 Emergency Motion to Extend Time to Object/Respond to May 6, 2024 re 165 Report and Recommendation.** *Text of Order: Granted in part. The deadline is extended to April 26, 2024.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc. Follow up on Objection on 4/26/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).**(ko) (Entered: 04/05/2024) |
| 04/05/2024 | 179 | Emergency MOTION to Exceed Page Limits for Reply \| *EMERGENCY MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLIES TO THE DEFENDANTS OBJECTIONS TO PLAINTIFFS CORRECTED RE-SUBMITTED MOTION TO AMEND THE STATE COMPLAINT* filed by Andre C. Bisasor.Follow up on Objection on 4/19/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 04/05/2024) |
| 04/05/2024 | 180 | Emergency MOTION \| *EMERGENCY MOTION TO OBTAIN TRANSCRIPT OF 11-30-23 HEARING* filed by Andre C. Bisasor.Follow up on Objection on 4/19/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 04/05/2024) |
| 04/05/2024 | | **ENDORSED ORDER granting in part and denying in part re 179 Motion to Exceed Page Limits.** *Text of Order: Plaintiff Andre Bisasor moves for leave to file oversized* |

| | | |
|---|---|---|
| | | *reply briefs of 25 pages each (doc. no. 179). The motion is granted to the extent that Bisasor may file reply briefs to defendants' objections (doc. nos. 168, 169) not to exceed 10 pages. The motion is otherwise denied. Reply briefs are restricted to rebuttal of factual and legal arguments that were raised in an objection. As such, the length that Bisasor proposes is unwarranted. In addition, Bisasor's motion fails to comply with Local Rule 5.1, which, among other requirements, dictates that all filings made in this court be double spaced. See also Nov. 17, 2023 Endorsed Order ("[T]he court has several times since directed Bisasor to Local Rule 5.1(a)...."); Oct. 30, 2023 Notice of ECF Filing Error (reminding Bisasor that "[f]ilings shall be double spaced except for quoted material"). All filings must comply with this court's local rules. Failure to do so may result in the court striking the filing without further warning and denying any relief requested. See LR 5.2. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 04/05/2024)* |
| 04/08/2024 | [181](#) | OBJECTION to [180](#) Emergency MOTION | *EMERGENCY MOTION TO OBTAIN TRANSCRIPT OF 11-30-23 HEARING* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 4/15/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 04/08/2024) |
| 04/08/2024 | [182](#) | REPLY to Objection to Motion re [180](#) Emergency MOTION | *EMERGENCY MOTION TO OBTAIN TRANSCRIPT OF 11-30-23 HEARING | PLAINTIFFS REPLY OR MOTION TO REPLY TO THE DONAIS DEFENDANTS OBJECTION TO THE MOTION TO OBTAIN TRANSCRIPT* filed by Andre C. Bisasor. Surreply due by 4/15/2024. (Bisasor, Andre) (Entered: 04/08/2024) |
| 04/08/2024 | [183](#) | Emergency MOTION to Exceed Page Limits for Reply [Renewed Motion] | *RENEWED EMERGENCY MOTION FOR LEAVE TO EXCEED PAGE LIMIT NOT TO EXCEED 15 PAGES FOR REPLIES TO DEFENDANTS OBJECTIONS TO PLAINTIFFS CORRECTED RE-SUBMITTED MOTION TO AMEND THE STATE COMPLAINT* filed by Andre C. Bisasor.Follow up on Objection on 4/22/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 04/08/2024) |
| 04/08/2024 | [184](#) | Emergency MOTION to Clarify | *EMERGENCY MOTION TO CLARIFY 4-4-24 ORDER* filed by Andre C. Bisasor.Follow up on Objection on 4/22/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 04/08/2024) |
| 04/09/2024 | | **ENDORSED ORDER denying re [180](#) Motion for EMERGENCY MOTION TO OBTAIN TRANSCRIPT OF 11-30-23 HEARING.** *Text of Order: Plaintiff Andre Bisasor filed an "Emergency Motion to Obtain Transcript" of the court's November 30, 2023 case management conference. Doc. no. 180. The Donais defendants filed an objection (doc. no. 181), and Bisasor filed a reply (doc. no. 182). Bisasor's motion is denied. First, Local Rule 80.1 provides the procedure for obtaining a written transcript of court proceedings from the court reporter. The court reporters' fee schedule is available on this court's website, https://www.nhd.uscourts.gov/court-reporters-transcripts. Bisasor may use that procedure to obtain a transcript. Second, Bisasor asks that the court waive the court reporter's fees for obtaining the transcript on the basis of indigency. A request for a transcript at public expense in a civil case is primarily governed by 28 U.S.C. § 753(f). See Strahan v. Holmes, 686 F. Supp. 2d 129, 130 (D. Mass. 2010). And while § 753(f) enumerates limited circumstances in which the court may direct reporter fees to be paid by the public treasury, none of them apply here. See § 753(f) (listing certain circumstances in criminal proceedings, habeas corpus proceedings, and nonfrivolous appeals in "other proceedings"); Barcelo v. Brown, 655 F.2d 458, 462 (1st Cir. 1981) (stating that district courts "rather clearly... lack power to* |

| | |
|---|---|
| | *direct such a payment in the absence of an appeal"); see also 28 U.S.C. § 1915(c) (noting that the court may direct reporter fees to be paid by the United States if a transcript of a proceeding before a magistrate judge is required by the district court). Therefore, even assuming Bisasor's indigent status (Bisasor has not filed any financial affidavit establishing such status in this court), he is not entitled to a transcript of the November 30, 2023 case management conference at the taxpayer's expense. Bisasor may request a transcript using the procedure under Local Rule 80.1.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 04/09/2024)** |
| 04/09/2024 | **ENDORSED ORDER denying re 183 Emergency Motion to Exceed Page Limits for Reply [Renewed Motion] | RENEWED EMERGENCY MOTION FOR LEAVE TO EXCEED PAGE LIMIT NOT TO EXCEED 15 PAGES FOR REPLIES TO DEFENDANTS OBJECTIONS TO PLAINTIFFS CORRECTED RE-SUBMITTED MOTION TO AMEND THE STATE COMPLAINT.** *Text of Order: Denied.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 04/09/2024)** |
| 04/10/2024 | **ENDORSED ORDER re 184 Emergency MOTION to Exceed Page Limits for Reply [Renewed Motion] | RENEWED EMERGENCY MOTION FOR LEAVE TO EXCEED PAGE LIMIT NOT TO EXCEED 15 PAGES FOR REPLIES TO DEFENDANTS OBJECTIONS TO PLAINTIFFS CORRECTED RE-SUBMITTED MOTION TO AMEND THE STATE COMPLAINT.** *Text of Order: Plaintiff Andre Bisasor moves for clarification (doc. no. 184) of the court's April 4, 2024 endorsed order, which denied his motion to seal (doc. no. 174) without prejudice. In his motion for clarification, Bisasor asks the court whether he should file both redacted and unredacted copies of his motion for reconsideration; whether a redacted copy would be sealed; whether he should file a redacted copy as an exhibit or separate filing; and what happens if a renewed motion to seal is denied. Doc. no. 184 at 1-2. The court's April 4, 2024 endorsed order, alongside the applicable rules for the procedure and the circumstances in which documents may be sealed, speak for themselves. The court cannot advise Bisasor on how it would rule if he refiles his motion. Bisasor also asks for an extension of time to refile his motion for reconsideration that was the subject of the April 4, 2024 endorsed order. The deadline in the April 4, 2024 endorsed order is extended to April 11, 2024.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 04/10/2024)** |
| 04/10/2024 | **ENDORSED ORDER denying re 177 Motion for Reconsideration Endorsed Order on Motion to Stay.** *Text of Order: Plaintiff Andre Bisasor moves for reconsideration of the court's March 13, 2023 endorsed order denying his motion to stay the deadline for him to file a motion to amend the complaint. Doc. no. 177. The motion is denied. A motion to reconsider must demonstrate that the court's order was based on a manifest error of fact or law. See LR 7.2(d); United States v. West, No. 22-cv-232-JL-TSM, 2023 WL 7181629, at \*2 (D.N.H. Oct. 11, 2023), R&R approved, 2023 WL 8455024 (Dec. 6, 2023). Bisasor does not demonstrate such error. The court's order correctly states that Bisasor filed his motion to amend the complaint, which rendered his request to stay the deadline for such filing as moot. Bisasor contends that he meant to file the motion to amend the complaint as a "placeholder," so it did not moot his request to stay the filing deadline. The court, however, does not allow such "placeholder" filings. Bisasor was required to file his motion to amend the complaint by the deadline set by the court, regardless of whether other motions were pending. Bisasor also contends that the court should have ruled on his motion to stay the deadlines before the deadline passed, but the circumstances for which Bisasor requested the stay were known to him well before he filed the motion to stay. Bisasor nonetheless delayed filing his motion to stay until the deadline's eve, asking the court to treat his belated request as an "emergency." A motion, however, does not require expedited treatment by the court when the emergency is nothing more than the filer's delay. Bisasor's motion to reconsider (doc.* |

| | | *no. 177) is denied.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.**(ko) (Entered: 04/10/2024) |
|---|---|---|
| 04/10/2024 | | **ENDORSED ORDER denying re 178 Emergency MOTION for Reconsideration \| [EMERGENCY] MOTION FOR RECONSIDERATION OF EMERGENCY MOTION TO WAIVE PACER FEES AND ALLOW FREE ACCESS TO PACER WITH REQUEST FOR EXPEDITED RULING AND STAY ALL PROCEEDINGS PENDING RESOLUTION OF THIS MOTION.** *Text of Order: Plaintiff Andre Bisasor moves for reconsideration (doc. no. 178) of the court's order denying his motion for a waiver of PACER fees. The motion is denied. A motion to reconsider must demonstrate that the court's order was based on a manifest error of fact or law. See LR 7.2(d); United States v. West, No. 22-cv-232-JL-TSM, 2023 WL 7181629, at \*2 (D.N.H. Oct. 11, 2023), R&R approved, 2023 WL 8455024 (Dec. 6, 2023). Bisasor asserts that the court provided no rationale for denying his motion to waive PACER fees. This is incorrect because the court issued an opinion explaining its reasons. Doc. no. 160. In short, the court observed that indigent status (which Bisasor has not established in this court in any event) alone does not support a request to waive PACER fees, noting, for example, that the automatic fee exemptions allow Bisasor to receive one free copy of documents and court orders filed in his case without charge and that the entire PACER database can be accessed for free using the public access terminals in any federal courthouse. That Bisasor accepted but failed to pay significant PACER fees notwithstanding PACER's automatic fee exemptions does not warrant awarding him a complete fee exemption. Bisasor's motion to reconsider (doc. no. 178) is denied.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko)** (Entered: 04/10/2024) |
| 04/11/2024 | 185 | NOTICE OF CLARIFICATION AND INTENT TO RENEW MOTION TO WAIVE PACER FEES by Andre C. Bisasor.(Bisasor, Andre) Modified on 4/11/2024 to remove duplicative docket text "NOTICE of" (ko). (Entered: 04/11/2024) |
| 04/11/2024 | | **ENDORSED ORDER re 185 Notice OF CLARIFICATION AND INTENT TO RENEW MOTION TO WAIVE PACER FEES.** *Text of Order: Reviewed.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.**(ko) (Entered: 04/12/2024) |
| 04/12/2024 | 187 | Motion to Seal filed by Andre C. Bisasor.(ko) (Entered: 04/15/2024) |
| 04/15/2024 | 188 | STRICKEN PER 4/29/2024 ENDORSED ORDER - SEALED [Confidential] Emergency Motion filed by Andre C. Bisasor. (Attachments: # 1 , # 2. # 3 (ko) Modified on 4/30/2024 to strike document and add docket text (jb). Modified on 5/7/2024 to strike additional docket text per 5/7/2024 Endorsed Order(ko). (Entered: 04/15/2024) |
| 04/15/2024 | | NOTICE of Hearing. Status Conference via Video set for 4/19/2024 10:00 AM before US Magistrate Judge Talesha L. Saint-Marc. All parties and counsel shall appear with their cameras on. (kad) (Entered: 04/15/2024) |
| 04/18/2024 | | RESCHEDULING NOTICE of Hearing. Status Conference via Video reset for 4/23/2024 02:00 PM before US Magistrate Judge Talesha L. Saint-Marc. The plaintiff and counsel shall appear with their cameras on. (kad) (Entered: 04/18/2024) |
| 04/22/2024 | 190 | *PLAINTIFFS EMERGENCY MOTION TO CLARIFY HEARING* filed by Andre C. Bisasor.Follow up on Objection on 5/6/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) Modified on 4/23/2024 to remove duplicative docket text "Emergency MOTION to Clarify" (ko). (Entered: 04/22/2024) |

| 04/23/2024 | [191](#) | Emergency MOTION *TO SEAL THE 4-23-24 HEARING* filed by Andre C. Bisasor.Follow up on Objection on 5/7/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 04/23/2024) |
|---|---|---|
| 04/23/2024 | [192](#) | Addendum/ *ADDENDUM TO PLAINTIFFS EMERGENCY MOTION TO CLARIFY HEARING* by Andre C. Bisasor. (Bisasor, Andre) (Entered: 04/23/2024) |
| 04/23/2024 | | Minute Entry for proceedings held before US Magistrate Judge Talesha L. Saint-Marc. STATUS CONFERENCE held on 4/23/2024. Order to issue. A hearing on the motion to amend is scheduled for 5/24/2024 at 2 p.m. via video. (Court Reporter: Susan Bateman) (Pltfs Atty: Andre Bisasor, Pro Se) (Defts Atty: Edwin Landers, Esq., Daniel Sonneborn) (Total Hearing Time: 50 min.) (kad) (Entered: 04/23/2024) |
| 04/23/2024 | | NOTICE re: [161](#) Amended MOTION to Amend State Court Complaint | [ CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL. MOTION HEARING VIA VIDEO set for 5/24/2024 02:00 PM before US Magistrate Judge Talesha L. Saint-Marc.(kad) (Entered: 04/23/2024) |
| 04/24/2024 | [193](#) | **ORDER denying re [110](#) Emergency Motion for Appointment of Pro Bono Counsel Pursuant to 28 U.S.C. § 1915(E)(1) and Based on Prior State Court Approval of Indigency. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 04/24/2024)** |
| 04/24/2024 | | **ENDORSED ORDER:** *Granting in part and denying in part re [147](#) Motion for Request Leave to Review Sealed Documents. On April 23, 2024, the court held a status conference in this case by Zoom. During the conference, the court granted Bisasor a final extension to May 13, 2024, to submit replies to Defendants' objections to the motion to amend and for an objection to the court's report and recommendation (doc. no. 165). No further extensions will be provided for these filings for any reason. The court set a hearing on Bisasor's motion to amend the complaint for May 24, 2024, at 2:00 PM. The court chose this date to accommodate Bisasor, who assured the court as to his availability on that date and time. The court granted in part and denied in part defendants' motion to review sealed documents (doc. no. 146). A copy of doc. no. 146 will be redacted by the court to remove references to third parties and sealed at Level I. The unredacted copy of doc. no. 146 will remain under seal at Level II. Doc. no. 145 likewise will remain sealed at Level II. Doc. nos. 190 and 191 are denied as moot in light of the discussion during the status conference. So Ordered by Magistrate Judge Talesha Saint-Marc. (ko)* (ko) (Entered: 04/25/2024) |
| 04/24/2024 | | **ENDORSED ORDER:** *Plaintiff Andre Bisasor moves to seal (doc. no. 189) his motion for reasonable accommodations (doc. no. 188) at Level II. Bisasor's motion to seal is granted in part and denied in part. The motion may be sealed at Level II provided that Bisasor files, on or before April 29, 2024, a copy of the motion, which will be sealed at Level I, that redacts only references to the health information of third parties. Specifically, these are the reference in the first sentence of paragraph 6(j) and the references in the first and fourth sentences of paragraph 8(b). With respect to the information concerning Bisasor's medical conditions, Bisasor averred that he previously sought defendants' concurrence "on this motion or matters related to this motion in more general terms," thus indicating that he already revealed at least some of the facts underlying his motion to the defendants. Accordingly, sealing this portion at Level I is appropriate. The docket entry for doc. no. 188 does not reveal any sensitive information, so the clerk of court is directed to unseal the docket text to the extent it* |

| | | |
|---|---|---|
| | | *presently remains under seal.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc. **(Compliance Deadline set for 4/29/2024.) (ko) (Entered: 04/25/2024)** |
| 04/24/2024 | | NOTICE re: 161 Amended MOTION to Amend *State Court Complaint | [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AME, 159 MOTION to Amend State Court Complaint | PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING Video Motion Hearing set for 5/24/2024 at 02:00 PM before US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 04/25/2024)* |
| 04/25/2024 | | **ENDORSED ORDER:** *Plaintiff Andre Bisasor has several times throughout the course of this case sent emails to the undersigned and the clerk's office requesting relief or legal advice. The court does not provide legal advice and requests for relief must be made by motion only. See LR 77.6 (Communications with the court shall be by appropriate application or by motion filed with the clerk's office in compliance with the rules.). Further, Bisasor is directed to cease emailing the undersigned directly. No action will be taken on any request for relief that is made by email.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.**(ko) (Entered: 04/25/2024) |
| 04/25/2024 | 194 | Emergency MOTION | *EMERGENCY MOTION OF URGENT CLARIFICATION AND REQUEST FOR CORRECTION filed by Andre C. Bisasor.Follow up on Objection on 5/9/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).*(Bisasor, Andre) (Entered: 04/25/2024) |
| 04/25/2024 | 195 | ADDENDUM TO EMERGENCY MOTION OF URGENT CLARIFICATION AND REQUEST FOR CORRECTION by Andre C. Bisasor(Bisasor, Andre) (Entered: 04/25/2024) |
| 04/26/2024 | | **ENDORSED ORDER granting 186 SEALED Redacted [Confidential] Motion for Reconsideration of the Court's 3/6/24 Order to Unseal the Plaintiff's 3/1/24 Motion to Seal; granting 187 Motion to Seal** *Text of Order: Plaintiff Andre Bisasor moves for reconsideration (doc. no. 186 ) of the court's prior order denying a motion to seal Doc. No. 151 , and moves to seal (doc. no. 187 ) his motion for reconsideration. The court construes Bisasor's motion for reconsideration as a motion to seal Doc. No. 151 , and that motion is granted. Bisasor filed a redacted copy of Doc. No. 151 (doc. no. 186 -2). The clerk of court is directed to seal Doc. No. 151 at Level I and to add the redacted copy as a public attachment to Doc. No. 151 . As to Bisasor's motion to seal his motion for reconsideration (doc. no. 187 ), the motion is granted in that Doc. No. 186 is sealed at Level I. The clerk of court shall unseal Doc. Nos. 186 -1 and 186 -2.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.**(jb) (Entered: 04/26/2024) |
| 04/29/2024 | | **ENDORSED ORDER granting in part and denying in part 194 Motion for Emergency MOTION | EMERGENCY MOTION OF URGENT CLARIFICATION AND REQUEST FOR CORRECTION.** *Text of Order: In his motion entitled Emergency Motion of Urgent Clarification and Request for Correction, (doc. no. 194 ) plaintiff Andre Bisasor asks the court to reconsider its ruling that his Motion for Reasonable Accommodations (doc. no. 188 ) may not be sealed at Level II. He asserts that he did not, in fact, seek concurrence from the defendants as to the motion for reasonable accommodations despite his contrary representation in that motion, so he did not reveal any of his medical information with the defendants. In the interest of justice, the court liberally construes Doc. No. 194 as a motion to strike Bisasor's motion for reasonable accommodations. See doc. no. 194 at 2 ("I would rather withdraw the motion...."). The motion is granted in that respect but otherwise denied. The clerk of* |

| | | |
|---|---|---|
| | | *court is directed to strike Bisasor's motion for reasonable accommodations, doc. no. 188. A motion that is sealed at Level II is held ex parte and in camera, meaning that the defendants would remain indefinitely blind to Bisasor's request for relief and the reasons supporting it. See LR 83.12(b)(2). This manner of litigation is highly disfavored because the defendants have due process interests in knowing what Bisasor is requesting from the court and why. See U.S. ex rel. Lafond v. L-3 Comms. SSG Tinsley, Inc., 2013 WL 1414235, at \*1 (D. Mass. Apr. 8, 2013); Parisi v. Rochester Cardiothoracic Assocs., No. 91-CV-6387T, 159 F.R.D. 406, 407 (W.D.N.Y. Jan. 10, 1995) ("The Supreme Court has questioned 'the possible due process implications of routine use of in camera proceedings.'") (quoting United States v. Zolin, 491 U.S. 554, 571 (1989)); Eli Lilly & Co. v. Genentech, Inc., Nos. IP 87-219-C, IP 88-1463-C, 1990 WL 305392, at \*5 n.1 (S.D. Ind. July 17, 1990) (refusing to consider documents not provided to opposing counsel in connection with motion to disqualify counsel). Bisasor failed to identify any persuasive reason to seal his motion for reasonable accommodations in its entirety at Level II at the expense of defendants' rights to due process. The information about Bisasor's personal conditions is not so sensitive that, in addition to being withheld from the public, it need also be permanently withheld from the defendants. Furthermore, the information forms a primary basis for Bisasor's recurrent requests for extensions and exemptions from the court's rules, which, as the court observed during the recent status conference, have delayed the timely movement of this case toward a final resolution on the merits. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(jb)* (Entered: 04/29/2024) |
| 05/06/2024 | 196 | Emergency MOTION *TO SEAL AND OTHER RELIEF* filed by Andre C. Bisasor.Follow up on Objection on 5/20/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/06/2024) |
| 05/07/2024 | | **ENDORSED ORDER granting in part re 196 Emergency MOTION TO SEAL AND OTHER RELIEF.** *Text of Order: Plaintiff Andre Bisasor moves to seal (doc. no. 196 ) the docket text relating to Doc. No. 188 , which was struck by the court. The court grants Bisasor's motion as follows. The clerk of court shall replace the docket text of Doc. No. 188 and its attachments with the text "stricken" or similar. In his motion, Bisasor also asserts that he did not see the court's order that relates to striking Doc. No. 188 , or the redacted copy of Doc. No. 146 because he lacks access to PACER due to his accrual of unpaid charges. See also doc. nos. 158 , 178 . As a one-time courtesy to Bisasor, the clerk of court shall mail to Bisasor's listed address a copy of the docket sheet in this case and a copy of Doc. No. 146-1. The clerk of court, however, will not provide Bisasor future courtesy copies of documents by mail or otherwise solely because of the cost of PACER fees. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko)* (Entered: 05/07/2024) |
| 05/09/2024 | 197 | MOTION *for Discovery* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 5/23/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/09/2024) |
| 05/09/2024 | 198 | MOTION for Sanctions *against Hilliard Defendants* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 5/23/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/09/2024) |
| 05/09/2024 | 199 | MOTION for Sanctions Against the Donais Defendants filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 5/23/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP |

| | | |
|---|---|---|
| | | 45(c).(Bisasor, Andre) Modified on 5/10/2024 to add: Against the Donais Defendants to docket text(ko). (Entered: 05/09/2024) |
| 05/10/2024 | 200 | NOTICE of STATEMENT OF CONCURRENCE ON RECENT MOTIONS by Andre C. Bisasor.(Bisasor, Andre) (Entered: 05/10/2024) |
| 05/10/2024 | 201 | Emergency MOTION | *EMERGENCY MOTION FOR CLARIFICATION ON ITEMS PERTAINING TO PLAINTIFFS INTENT TO RENEW MOTION TO WAIVE PACER FEES AND TO RENEW MOTION FOR APPOINT OF COUNSEL AND RENEW MOTION TO OBTAIN FREE TRANSCRIPT AND ON THE SEALING OF DOCUMENTS IN SUPPORT OF INDIGENCY* filed by Andre C. Bisasor.Follow up on Objection on 5/24/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Exhibit 1 - Notice of Intent to Renew Motion)(Bisasor, Andre) (Entered: 05/10/2024) |
| 05/13/2024 | 202 | OBJECTION to 197 MOTION *for Discovery* filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 5/20/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 05/13/2024) |
| 05/13/2024 | 203 | OBJECTION to 199 MOTION for Sanctions filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 5/20/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 05/13/2024) |
| 05/13/2024 | 204 | OBJECTION to 201 Emergency MOTION | *EMERGENCY MOTION FOR CLARIFICATION ON ITEMS PERTAINING TO PLAINTIFFS INTENT TO RENEW MOTION TO WAIVE PACER FEES AND TO RENEW MOTION FOR APPOINT OF COUNSEL AND RENEW MOTION TO OBTAIN FREE TRANSCRIPT AND ON THE SEALING OF DOCU filed by Craig Donais, Mary Donais, Donais Law Offices, PLLC. Follow up on Reply on 5/20/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Smith, Linda) (Entered: 05/13/2024)* |
| 05/13/2024 | | **ENDORSED ORDER:** *Plaintiff Andre Bisasor filed an "Emergency Motion for Clarification on Items Pertaining to Plaintiff's Intent to Renew Motion to Waive PACER Fees and to Renew Motion for Appoint of Counsel and Renew Motion to Obtain Free Transcript and on the Sealing of Documents in support of Indigency." Doc. no. 201 . In this motion, Bisasor states that he intends to renew several motions previously denied by the court, and he takes issue with the orders denying those motions. To the extent this motion is intended as a motion to reconsider those prior orders, it is denied. Bisasor also asks that the court inform him whether a renewed motion to appoint counsel will be granted if he files paperwork establishing indigency and whether the court would grant a motion to seal evidence about his indigency. The court cannot provide Bisasor legal advice on how to file motions, and, as the court previously explained to Bisasor, the court cannot advise Bisasor on how it might rule on an unfiled motion.* See *Endorsed Order of April 10, 2024 ("The court cannot advise Bisasor on how it would rule if he refiles his motions."). Finally, the court notes that today, May 13, 2024, is the deadline for Bisasor's objection to the court's report and recommendation (doc. no. 165) and his replies to defendants' objections to the motion to amend. The court has not modified that deadline and no "extensions will be provided for these filings for any reason." Endorsed Order of April 24, 2024.* **So Ordered by US Magistrate Judge Talesha L. Saint-Marc.**(ko) (Entered: 05/13/2024) |
| 05/13/2024 | 205 | NOTICE | *PLAINTIFFS NOTICE OF INTENT TO FILE A REPLY OR TO FILE MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS OBJECTION TO PLAINTIFFS MOTION FOR LIMITED DISCOVERY PERTAINING TO* |

| | | |
|---|---|---|
| | | *THE PLAINTIFFS MOTION TO AMEND THE COMPLAINT* by Andre C. Bisasor. (Bisasor, Andre) (Entered: 05/13/2024) |
| 05/13/2024 | 206 | NOTICE *PLAINTIFFS NOTICE OF INTENT TO FILE A REPLY OR TO FILE MOTION FOR LEAVE TO FILE A REPLY TO THE DONAIS DEFENDANTS OBJECTION TO PLAINTIFFS MOTION FOR SANCTIONS AGAINST DONAIS DEFENDANTS* by Andre C. Bisasor.(Bisasor, Andre) (Entered: 05/13/2024) |
| 05/13/2024 | 207 | OBJECTION to 165 Report and Recommendation | *PLAINTIFFS OBJECTION TO MAGISTRATES REPORT & RECOMMENDATION ON REMAND, REMAND DISCOVERY AND DEFAULT* filed by Andre C. Bisasor. (Bisasor, Andre) (Entered: 05/13/2024) |
| 05/13/2024 | 208 | REPLY to Objection to Motion re 161 Amended MOTION to Amend *State Court Complaint | [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AME | PLAINTIFFS REPLY TO THE HILLIARD DEFENDANTS OBJECTION TO PLAINTIFFS* filed by Andre C. Bisasor. Surreply due by 5/20/2024. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 3, # 6 Exhibit 5) (Bisasor, Andre) Modified on 5/15/2024 to add: Replaced docket text(ko). Modified on 5/16/2024 to remove: REPLACED BY DOC. NO. 210 . (ko). (Entered: 05/13/2024) |
| 05/13/2024 | 209 | REPLY to Objection to Motion re 161 Amended MOTION to Amend *State Court Complaint | [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AME* filed by Andre C. Bisasor. Surreply due by 5/20/2024. (Bisasor, Andre) *Modified on 5/15/2024 to add: Replaced docket text(ko). Modified on 5/16/2024 to remove: REPLACED BY DOC. NO. 211 . (ko) (Entered: 05/13/2024)* |
| 05/14/2024 | | NOTICE of ECF Filing Error re: 208 Reply to Objection to Motion filed by Andre C. Bisasor. No description of exhibit or attachment was included. Exhibit or attachment shall be followed by a short description of the document and shall not exceed five words. AP 2.5(a). See Properly Attach Exhibits to Pleadings in ECF. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 05/14/2024) |
| 05/14/2024 | 210 | STRICKEN PER 5/15/2024 ORDER. REPLY to Objection to Motion re 161 Amended MOTION to Amend *State Court Complaint | [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AME | [CORRECTED] PLAINTIFFS REPLY TO THE HILLIARD DEFENDANTS OBJECTION TO PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COMPLAINT* filed by Andre C. Bisasor. Surreply due by 5/20/2024. (Attachments: # 1 Exhibit 1 - EMAILS WITH COUNSEL FOR DEFENDANTS, # 2 Exhibit 2 - MOTION FOR LIMITED DISCOVERY FOR AMENDED COMPLAINT, # 3 Exhibit 3 - MOTION FOR SANCTIONS AGAINST DONAIS DEFENDANTS, # 4 Exhibit 4 - MOTION FOR SANCTIONS AGAINST HILLIARD DEFENDANTS, # 5 Exhibit 5 - REPLY TO DONAIS DEFS' OBJECTION TO AMEND COMPLAINT)(Bisasor, Andre) Modified on 5/16/2024 to add: STRICKEN PER 5/15/2024 ORDER.(ko). (Entered: 05/14/2024) |
| 05/14/2024 | 211 | STRICKEN PER 5/15/2024 ORDER. REPLY to Objection to Motion re 161 Amended MOTION to Amend *State Court Complaint | [CORRECTED ] PLAINTIFFS RE-* |

| | | |
|---|---|---|
| | | *SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AME | [CORRECTED] PLAINTIFFS REPLY TO THE DONAIS DEFENDANTS OBJECTION TO PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COMPLAINT filed by Andre C. Bisasor. Surreply due by 5/20/2024. (Attachments: # 1 Exhibit 1 - EMAILS WITH COUNSEL FOR DEFENDANTS, # 2 Exhibit 2 - MOTION FOR LIMITED DISCOVERY FOR AMENDED COMPLAINT, # 3 Exhibit 3 - MOTION FOR SANCTIONS AGAINST DONAIS DEFENDANTS, # 4 Exhibit 4 - MA APPEALS COURT DOCKET-EXCERPT, # 5 Exhibit 5 - MA MIDDLESEX SUPERIOR COURT DOCKET-EXCERPT, # 6 Exhibit 6 - REPLY TO HILLIARD DEFS OBJECTION TO AMEND COMPLAINT)(Bisasor, Andre) Modified on 5/16/2024 to add: STRICKEN PER 5/15/2024 ORDER.(ko). (Entered: 05/14/2024)* |
| 05/15/2024 | | **ENDORSED ORDER : On May 13, 2024, plaintiff Andre Bisasor timely filed two replies to defendants' objections to his motion to amend the complaint (doc. nos. 208 and 209 ). On May 14, the day after the court's deadline for Bisasor's filing of his replies, the court entered a notice informing Bisasor that he failed to include a description for certain exhibits to doc. no. 208 . The notice stated "NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE." Subsequently, Bisasor filed two additional documents, doc. nos. 210 and 211 , ostensibly as "corrected" versions of his replies (doc. nos. 208 , 209 ) to defendants' objections to his motion to amend the complaint. Bisasor asserts that he filed doc. nos. 210 and 211 "in light of the clerks' notice of filing error" and also "for errors found after further review, including typos, grammatical errors, missing words/sentences." Doc. no. 210 at 10 n.3. The clerks' error notice was not an invitation to Bisasor to file additional replies the day after the May 13 deadline. The notice contained no language extending the filing deadline or otherwise permitting Bisasor to file additional replies. To the contrary, the notice stated "NO ACTION REQUIRED" and that it was "FOR INFORMATIONAL PURPOSES ONLY." Moreover, Bisasor went beyond both the scope of the clerk's error notice and correcting mere typographical errors in his "corrected" replies. Doc. nos. 210 and 211 are untimely and improper. The clerk is directed to strike doc. nos. 210 and 211 from the docket. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 05/16/2024)** |
| 05/15/2024 | 212 | **ORDER approving 165 Report and Recommendation. So Ordered by Judge Joseph N. Laplante.(ko) (Entered: 05/16/2024)** |
| 05/16/2024 | 213 | NOTICE | *PLAINTIFFS NOTICE OF INTENT TO FILE A MOTION FOR RECONSIDERATION OF OR OBJECTION TO THE MAGISTRATE JUDGES 5-16-24 ORDERS STRKING PLAINTIFFS CORRECTED REPLIES TO THE DEFENDANTS OBJECTIONS TO PLAINTIFFS MOTION TO AMEND COMPLAINT* by Andre C. Bisasor.(Bisasor, Andre) (Entered: 05/16/2024) |
| 05/20/2024 | 214 | OBJECTION to 198 MOTION for Sanctions *against Hilliard Defendants* filed by Russell Hilliard, Upton & Hatfield LLP. Follow up on Reply on 5/28/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sonneborn, Daniel) (Entered: 05/20/2024) |
| 05/20/2024 | 215 | Emergency MOTION to Extend Time *TO FILE REPLIES OR MOTIONS TO REPLY TO THE DEFENDANTS OBJECTIONS TO THE MOTION TO AMEND COMPLAINT* filed by Andre C. Bisasor.Follow up on Objection on 6/3/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 05/20/2024) |

| 05/21/2024 | | **ENDORSED ORDER granting re** 215 **Emergency Motion to Extend Time to file Reply or Motion to Reply to the Defendants' Objections to the Motion to Amend Complaint.** *Text of Order: Granted.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 05/22/2024) |
|---|---|---|
| 05/23/2024 | 216 | Emergency MOTION for Reconsideration *OF THE COURTS 5-16-24 ORDER STRIKING PLAINTIFFS CORRECTED REPLIES TO THE DEFENDANTS OBJECTIONS TO PLAINTIFFS MOTION TO AMEND COMPLAINT* filed by Andre C. Bisasor.Follow up on Objection on 6/6/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/23/2024) |
| 05/23/2024 | 217 | NOTICE of Joinder *to Donais Defendants' Objection to Motion for Discovery (Doc. no. 202)* by Russell Hilliard, Upton & Hatfield LLP.(Sonneborn, Daniel) (Entered: 05/23/2024) |
| 05/23/2024 | 218 | Emergency MOTION | *RENEWED EMERGENCY MOTION FOR REASONABLE ACCOMMODATIONS* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 6/6/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/23/2024) |
| 05/23/2024 | 219 | MOTION | *PLAINTIFFS EXPEDITED MOTION TO STRIKE DEFENDANTS OBJECTION TO THE MOTION TO AMEND COMPLAINT AND REQUEST FOR HEARING* filed by Andre C. Bisasor.Follow up on Objection on 6/6/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit A - Supporting Attachments including Corrected Reply to Donais, Motion for Sanctions and Discovery, etc, # 2 Exhibit B - Supporting Attachments including Corrected Reply to Hilliard, Motion for Sanctions and Discovery, etc.)(Bisasor, Andre) (Entered: 05/23/2024) |
| 05/24/2024 | 220 | Emergency MOTION | *PLAINTIFFS EMERGENCY MOTION FOR MISCELLANEOUS RELIEF REGARDING CERTAIN PROCEDURAL MATTERS OF THE HEARING ON 5-24-24* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 6/7/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/24/2024) |
| 05/24/2024 | 221 | MOTION to Stay *PLAINTIFFS MOTION TO STAY THIS CASE DUE TO THE PENDENCY OF TWO OTHER SIMILAR OR RELATED PRIOR-FILED CASES IN THE STATE COURTS OF NEW HAMPSHIRE AND MASSACHUSETTS* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 6/7/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/24/2024) |
| 05/24/2024 | | Minute Entry for proceedings held before US Magistrate Judge Talesha L. Saint-Marc. MOTION HEARING held on 5/24/2024 re 220 Emergency MOTION | *PLAINTIFFS EMERGENCY MOTION FOR MISCELLANEOUS RELIEF REGARDING CERTAIN PROCEDURAL MATTERS OF THE HEARING ON 5-24-24*, 197 MOTION *for Discovery*, 198 MOTION for Sanctions *against Hilliard Defendants*, 216 Emergency MOTION for Reconsideration *OF THE COURTS 5-16-24 ORDER STRIKING PLAINTIFFS CORRECTED REPLIES TO THE DEFENDANTS OBJECTIONS TO PLAINTIFFS MOTION TO AMEND COMPLAINT*, 199 MOTION for Sanctions , 219 MOTION | *PLAINTIFFS EXPEDITED MOTION TO STRIKE DEFENDANTS OBJECTION TO THE MOTION TO AMEND COMPLAINT AND REQUEST FOR HEARING.*. Motion hearing re: Emergency MOTION | RENEWED EMERGENCY MOTION FOR REASONABLE ACCOMMODATIONS, and Motion to Amend |

| | | |
|---|---|---|
| | | continued to 5/31/2023 at 10:30 a.m. (Court Reporter: Susan Bateman) (Pltfs Atty: Andre Bisasor, Pro Se) (Defts Atty: Linda Smith, Edwin Landers, Daniel Sonneborn)(Total Hearing Time: 1 hr. 54 min.) (kad) (Entered: 05/24/2024) |
| 05/24/2024 | | NOTICE re: 161 Amended MOTION to Amend *State Court Complaint | [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING | with [CORRECTED ] SECOND AME, 159 MOTION to Amend State Court Complaint | PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING, 218 Emergency MOTION | RENEWED EMERGENCY MOTION FOR REASONABLE ACCOMMODATIONS*<br><br>*Motion Hearing via Video set for 5/31/2024 10:30 AM before US Magistrate Judge Talesha L. Saint-Marc.(kad) (Entered: 05/24/2024)* |
| 05/28/2024 | 222 | Emergency MOTION | *PLAINTIFFS EMERGENCY MOTION TO HOLD DECISIONS ON PENDING MOTIONS RELATED TO THE MOTION TO AMEND THE COMPLAINT UNTIL AFTER THE 5-31-24 HEARING OR OTHER RELIEF* filed by Andre C. Bisasor.Follow up on Objection on 6/11/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/28/2024) |
| 05/30/2024 | | **ENDORSED ORDER denying re 222 Motion for EMERGENCY MOTION TO HOLD DECISIONS ON PENDING MOTIONS RELATED TO THE MOTION TO AMEND THE COMPLAINT UNTIL AFTER THE 5-31-24 HEARING OR OTHER RELIEF.** *Text of Order: Denied for the reasons stated during the May 24, 2024 hearing.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 05/31/2024) |
| 05/30/2024 | | **ENDORSED ORDER re 220 PLAINTIFF'S EMERGENCY MOTION FOR MISCELLANEOUS RELIEF REGARDING CERTAIN PROCEDURAL MATTERS OF THE HEARING ON 5-24-24.** *Text of Order: Plaintiff Andre Bisasor filed a Motion for Miscellaneous Relief (Doc. No. 120) regarding certain procedural matters related to the May 24, 2024 hearing (the "Hearing") on his Motion to Amend (Doc. No. 159, 161). In his Motion, Bisasor asked the Court to: 1- allow him to address during the Hearing several pending motions that he contends relate to and/or impact the Motion to Amend; 2- allow him adequate time to present his arguments during the Hearing; 3- permit him to submit exhibits for the Hearing by email; and 4- refrain from issuing an order concerning the Motion to Amend until after June 3, 2024, which is Bisasor's deadline to file replies to his motions for discovery (Doc. No. 197) and for sanctions against the defendants (Doc. Nos. 198, 199). During the Hearing, the Court afforded Bisasor ample time to address the relevant pending motions, and thus, in this regard, his Motion is denied as moot. The Court also allowed Bisasor to file his Hearing exhibits on ECF following the hearing, which he has not yet done. If Bisasor still intends to file exhibits, they must be filed by the end of the day on May 31, 2024. Finally, as the Court noted during the Hearing, Bisasor's request that the Court refrain from ruling on the Motion to Amend or any other pending motion until Jun 3, 2024, is denied.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(ko) (Entered: 05/31/2024) |
| 05/31/2024 | 223 | Emergency MOTION | *PLAINTIFFS EMERGENCY MOTION FOR PERMISSION TO SEAL DOCUMENT AT LEVEL II* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 6/14/2024. The court only follow up date |

| | | |
|---|---|---|
| | | DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 05/31/2024) |
| 05/31/2024 | 224 | Emergency MOTION \| *EMERGENCY MOTION TO RENEW MOTION TO WAIVE PACER FEES* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 6/14/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/31/2024) |
| 05/31/2024 | 225 | Emergency MOTION \| *EMERGENCY MOTION TO RENEW MOTION FOR APPOINTMENT OF COUNSEL* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 6/14/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 05/31/2024) |
| 05/31/2024 | 226 | MOTION *MOTION TO RECUSE MAGISTRATE JUDGE AND/OR REASSIGN CASE TO JUDGE OUTSIDE OF THIS DISTRICT* filed by Andre C. Bisasor. **HEARING REQUESTED.**Follow up on Objection on 6/14/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 05/31/2024) |
| 05/31/2024 | | Minute Entry for proceedings held before US Magistrate Judge Talesha L. Saint-Marc. MOTION HEARING held on 5/31/2024 re: 218 Emergency MOTION \| RENEWED EMERGENCY MOTION FOR REASONABLE ACCOMMODATIONS, 161 Amended MOTION to Amend State Court Complaint \| [CORRECTED ] PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING \| with [CORRECTED ] SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL, 159 MOTION to Amend State Court Complaint \| PLAINTIFFS RE-SUBMITTED MOTION TO AMEND THE STATE COURT COMPLAINT WITH ATTACHED/ACCOMPANYING PROPOSED AMENDED COMPLAINT AND REQUEST FOR HEARING. Motions taken under advisement. Order to issue. (Court Reporter: Liza Dubois) (Pltfs Atty: Andre C. Bisasor) (Defts Atty: Edwin F. Landers, Jr., Linda M. Smith, Daniel R. Sonneborn)(Total Hearing Time: 2:28 Min) (bd) (Entered: 05/31/2024) |
| 06/03/2024 | 227 | NOTICE \| *DECLARATION OF FAILURE* \| *NOTICE OF E-FILING SYSTEM PROBLEM/ERROR FOR FILING EXHIBIT LIST ON 5-31-24* by Andre C. Bisasor. (Bisasor, Andre) (Entered: 06/03/2024) |
| 06/03/2024 | 228 | MOTION *MOTION TO RENEW MOTION TO OBTAIN FREE TRANSCRIPT* filed by Andre C. Bisasor.Follow up on Objection on 6/17/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Bisasor, Andre) (Entered: 06/03/2024) |
| 06/03/2024 | 229 | MOTION *MOTION FOR PROCEDURAL CLARIFICATION ON SEEKING INTERLOCUTORY APPEAL REGARDING MOTION TO REMAND* filed by Andre C. Bisasor.Follow up on Objection on 6/17/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 06/03/2024) |
| 06/03/2024 | 230 | REPLY to Objection to Motion re 198 MOTION for Sanctions *against Hilliard Defendants* \| *PLAINTIFFS REPLY TO THE HILLIARD DEFENDANTS OBJECTION TO PLAINTIFFS MOTION FOR SANCTIONS* filed by Andre C. Bisasor. Surreply due by 6/10/2024.(Bisasor, Andre) (Entered: 06/03/2024) |
| 06/03/2024 | 231 | MOTION *MOTION TO ENFORCE THE COURTS STAY ON ALL PENDING MOTIONS, INCLUDING PLAINTIFFS RESPONSES NOT YET FILED, THAT WERE STAYED* |

| | | *PURSUANT TO THE COURTS ORDER ON 12-1-23* filed by Andre C. Bisasor.Follow up on Objection on 6/17/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 06/03/2024) |
|---|---|---|
| 06/03/2024 | 232 | ADDENDUM/STATEMENT OF CLARIFICATION REGARDING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) by Andre C. Bisasor(Bisasor, Andre) (Entered: 06/03/2024) |
| 06/03/2024 | 233 | ///NOTICE of Voluntary Dismissal \| *PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(1)(A)(i)* by Andre C. Bisasor(Bisasor, Andre) (Entered: 06/03/2024) |
| 06/03/2024 | | NOTICE of ECF Filing Error re: 233 Notice of Voluntary Dismissal filed by Andre C. Bisasor. Filed wrong PDF document. Filer shall refile and add to docket text: *Replaces document no.* 233. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.Compliance Deadline set for 6/4/2024. (ko) (Entered: 06/03/2024) |
| 06/03/2024 | 234 | ///NOTICE of Voluntary Dismissal \| *PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)* by Andre C. Bisasor(Bisasor, Andre) (Entered: 06/03/2024) |
| 06/03/2024 | | **ENDORSED ORDER:** *Plaintiff Andre Bisasor filed a notice of voluntary dismissal of this case (doc. no. 234). See Fed. R. Civ. P. 41(a)(1). This case is dismissed. All pending motions (doc. nos. 70, 81, 112, 113, 115, 116, 117, 159, 161, 197, 198, 199, 216, 218, 219, 221, 223, 224, 225, 226, 228, 229, 231) are denied as moot. The clerk of court shall close the case.* So Ordered by US Magistrate Judge Talesha L. Saint-Marc. (ko) (Entered: 06/03/2024) |
| 06/03/2024 | | Civil Case Terminated. (ko) (Entered: 06/03/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/21/2025 14:03:27 | | | |
| PACER Login: | lindamsmith | Client Code: | 10097160 |
| Description: | Docket Report | Search Criteria: | 1:23-cv-00374-JL-TSM |
| Billable Pages: | 30 | Cost: | 3.00 |