UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR,
    Plaintiff

vs.   CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
And MARY K. DONAIS,
    Defendants

## DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND DONAIS LAW OFFICES PLLC'S MOTION TO DISMISS

NOW COME Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC (the "Donais Defendants") and hereby request that this Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 8 for the reasons outlined in the Donais Defendants' Memorandum in Support of this Motion to Dismiss, filed herewith, and the following exhibits:

Ex. A: 6/3/24 Notice of Voluntary Dismissal, 1:23-CV-00374-JL-TSM, D. 234
Ex. B: Docket summary Case No. 216-2020-CV-00027 (the "2020 Action")
Ex. C: 8/6/25 Amended Complaint, 2020 Action
Ex. D: 6/2/23 NH Supreme Court Advisory Committee minutes
Ex. E: 12/9/21 order in the matter of Stewart v. Ang et al, Docket No. 216-2019-CV-00305

WHEREFORE, Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC request that this Honorable Court dismiss all claims against them.

    Respectfully submitted,
    FOR THE DEFENDANTS,
    CRAIG DONAIS, DONAIS LAW OFFICES
    PLLC and MARY K. DONAIS

    */s/ Linda M. Smith*
    Edwin F. Landers, Jr., #17297
    elanders@morrisonmahoney.com
    Linda M. Smith, #265038
    lsmith@morrisonmahoney.com
    Center of New Hampshire Office Tower
    650 Elm Street, Suite 201

104628946.v1

Manchester, NH 03101  
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing to all parties in this action by serving same via electronic mail to:

| | |
|---|---|
| Andre Bisasor, Pro Se<br>679 Washington Street, Suite #8-206<br>Attleboro, MA 02703<br>quickquantum@aol.com | Daniel R. Sonneborn, Esq.<br>Preti Flaherty<br>60 State Street, Suite 1100<br>Boston, MA 02109<br>wsaturley@preti.com<br>dsonneborn@preti.com |
| Natalie Anderson, Pro Se<br>101 Middlesex Turnpike, #270<br>Burlington, MA 01801<br>liberty_6@msn.com | |

Date:   October 21, 2025            */s/ Linda M. Smith*
                                    Linda M. Smith

104628946.v1