UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE CIVIL ACTION NO: 1:25-cv-00251 |ANDRE BISASOR v. CRAIG DONAIS, et. al.

## PRO SE EMERGENCY MOTION FOR NATALIE ANDERSON TO PARTICIPATE IN ELECTRONIC FILING

Plaintiffs respectfully request that the court permit Natalie Anderson to participate in electronic filing and in support of this motion, states the following:

1. Natalie Anderson is pro se and is presently a named party in the above case.

2. Natalie Anderson is not presently incarcerated.

3. Natalie Anderson represents that she has the appropriate computer system requirements to participate in electronic filing.

4. Natalie Anderson requires electronic access in order to participate fully in the case and in a timely manner. Note: Natalie Anderson was added as a plaintiff after amendment of the complaint. She tried to efile documents thereafter but was told she cannot do so because she has not been permitted to efile documents. Thus, she cannot efile documents, and she cannot and has not received notices from the court electronically. This is therefore an emergency because without efiling access, she will be impeded in her ability to participate in this case, file documents, and receive documents.

5. Natalie Anderson does not reside in the state of NH and is located in another state, at a far physical distance from the court.

6. As this is a purely administrative access motion, plaintiffs assume concurrence is not necessary.

7. Please grant the relief requested.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
/s/Natalie Anderson
Natalie Anderson

October 28, 2025

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was/will be served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor