UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR and
NATALIE ANDERSON,
    Plaintiff

Vs.                                      CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
And MARY K. DONAIS, et al
    Defendants

## **CERTIFICATE OF SERVICE**

I, Linda M. Smith, hereby certify that I have this day served the following via regular mail and electronic mail:

- #17 – Emergency Motion to Extend Time to Answer to September 3, 2025, filed on August 11, 2025;

- #20 – Defendants' Opposition to Plaintiffs' Motion to Remand Case to New Hampshire Superior Court, filed on August 15, 2025;

- #25 – Defendants' Response to Plaintiffs' Emergency Motion to File Reply to Defendants' Oppositions to Motion to Remand, filed on August 22, 2025;

- #26-#26-4 - Defendants' Objection to Plaintiff's Emergency Motion to Stay Briefing and Filing of Motion to Dismiss Pending Decision on Remand, along with accompanying exhibits, filed on August 22, 2025;

- #34 – Defendants' Objection to Emergency Motion for Hearing on Remand and on Defendants' Objection to Remand, filed on September 24, 2025;

- #36-#36-6 – Defendants' Motion to Dismiss along with accompanying memorandum of law and exhibits, filed on October 21, 2025; and

- #38 – Objection to Motion for Reconsideration, filed on October 17, 2025.

To:    Natalie Anderson, pro se
        679 Washington Street, Suite #8-206
        Attleboro, MA 02703
        *liberty_6@msn.com*

2

Date:   November 7, 2025

                                                 */s/ Linda M. Smith*
Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing to all parties in this action by serving same via the court's ECF system or first-class mail to:

| | |
|---|---|
| Andre Bisasor, Pro Se<br>quickquantum@aol.com | Daniel R. Sonneborn, Esq.<br>dsonneborn@preti.com |
| Natalie Anderson, Pro Se<br>679 Washington Street, Suite #8-206<br>Attleboro, MA 02703<br>liberty_6@msn.com<br>(Ms. Anderson served via first-class mail and email) | |

Date:   November 7, 2025                    */s/ Linda M. Smith*
                                                     Linda M. Smith