UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

ANDRE BISASOR and
NATALIE ANDERSON,
     Plaintiff

Vs.                             CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
And MARY K. DONAIS, et al
     Defendants

_____

**DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND
DONAIS LAW OFFICES PLLC'S OPPOSITION TO
PLAINTIFF ANDRE BISASOR'S MOTION TO EXTEND TIME TO FILE A
RESPONSE TO DONAIS DEFENDANTS' MOTION TO DISMISS**

Defendants, Craig Donais, Donais Law Offices PLLC and Mary K. Donais (collectively "Donais Defendants"), by and through their counsel, Morrison Mahoney LLP, respectfully submit this Opposition to Plaintiff Andre Bisasor's ("Bisasor") Emergency/Expedited Motion to Extend Time to File Response to the Motion to Dismiss First Amended Complaint filed by the Donais Defendants, stating as follows:

1.     On 7/29/25, Bisasor filed an Amended Complaint. *Doc. 13.*

2.     On 8/11/25, the Donais Defendants filed a Motion to Extend Time to Answer. *Doc. 17.*

3.     On 8/15/25, Bisasor filed a Motion to Stay to Stay Briefing-Response to and/or Filing of Motion to Dismiss Pending the Court's Decision on Remand. *Doc. 21.*

4.     Also, on 8/15/25, Bisasor filed an Emergency Motion to Clarify Whether the August 22nd Deadline for Opposing Defendants' First Motions to Dismiss are Moot in Light of Amended Complaint.

1

5.      On 8/20/25, Bisasor filed a Motion to Extend Time to File Reply to Defendants'

Opposition to Motion to Remand.  *Doc. 24.*

6.      On 8/22/25, this Court ordered as follows:

> On July 29, 2025, the plaintiff filed an amended complaint as of right.   Therefore, in accordance with LR 15.1(c), the pending motions to dismiss for failure to state a claim (docs. nos. 2 and 8) are denied without prejudice.  The defendants shall respond to the amended complaint as may be appropriate under Fed. R. Civ. P. 12, within the time allowed under Fed. R. Civ. P. 15(a).

7.      On 8/22/25, Bisasor then filed two motions:

a.  Plaintiff Natale Anderson's Emergency Motion to Extend Time to File Reply

to Defendants' Oppositions to Motion to Remand and Assent to Plaintiff

Bisasor's Extension Motion, *Doc. 27*; and

b.  Plaintiff Andre Bisasor's Emergency Motion to File Reply to the Donais

Defendants Opposition to Plaintiffs emergency Motion to Stay Briefing and

Filing of Motion to Dismiss Pending Decision on Remand, *Doc. 28.*

8.      On 8/26/25, this Court issued two orders[1] as follows:

> Granted [Doc. 24 and Doc. 27] The Plaintiffs may reply to the defendants' objections (doc. Nos. 20 and 23) to the motion to remand on or before September 12, 2025.  No further extensions of time will be granted absent extraordinary circumstances.  Any reply is limited to five pages.  See LR 7.1(e).

> [Regarding Doc. 21 and Doc. 28] Granted to the extent that the defendants are not required to respond to the plaintiffs' first amended complaint until the court rules on the plaintiffs' motion to remand, which the court will do expeditiously upon receiving the plaintiffs' reply briefs.  Mr. Bisasor's request for an extension of time to a reply to the defendants' objection to his motion to stay (doc. No. 28) is denied as moot.

---

[1] The Court issued a third order related to Bisasor's motion to clarify issues related to service of process on newly added defendants.

104682754

9.      On 10/9/25, this Court denied the Motion to Remand.  *Doc. 35.*

10.     On 10/21/25, Donais Defendants filed a Motion to Dismiss.  *Doc. 36.*  This filing was proper, as the Motion to Remand had been ruled upon.

11.     On 10/31/25, Bisasor filed the instant Emergency Motion to Extend time to File a Response to Donais Defendants' Motion to Dismiss First Amended Complaint.  *Doc. 41.*

12.     The Donais Defendants object to the extension.

13.     First, to the extent Bisasor references the co-plaintiff, *Doc. 41, ¶ 23,* the Donais Defendants note that Bisasor has made filings on behalf of his wife, Natalie Anderson.  *See Doc. 27 and 31.*  Thus, it is reasonable to assume Anderson has received all filings.  Nonetheless, contemporaneously with the filing of this motion, the Donais Defendants have provided all of their post-7/29/25 filings to Anderson and separately file a Certificate of Service regarding further service of the filings.

14.     Next, Bisasor evidently seeks an indefinite extension, seeking a date "after final disposition of the motion to reconsider remand." *Doc. 41, ¶ 24.*  The Donais Defendants object to any open-ended extension, as it would be prejudicial to the Donais Defendants.

15.     The Donais Defendants also object, as Donais and/or the Donais Defendants have been defending claims by Bisasor and/or Anderson since 2020, and the Donais Defendants seek to move forward with this matter and have their motion resolved.  Briefly, this is not the only action filed by Plaintiff against Craig Donais.  Bisasor has filed other actions that have been dismissed. Anderson has also filed two grievances against Donais with the New Hampshire Attorney Discipline Office alleging the similar facts.  Plaintiffs also filed another civil action against Donais in New Hampshire in Hillsborough Superior Court North, Docket 226-2020-CV-00027.  This 2020 Action is referenced in their Motion to Dismiss.  *See generally Doc. 36-1.*  The Donais Defendants

104682754

continue to dispute any wrongdoing, and they have been disputing claims made by Bisasor and/or Anderson for several years in several venues.

16.    In this matter and the underlying matter[2], Bisasor has filed essentially five complaints against Donais. *See Doc. 36-1, fn 2*. He has filed other matters against the Donais Defendants as well. *See Doc. 36-1, fn 1*.

17.    Bisasor also seeks an extension as "the plaintiffs intend to file a motion to amend the complaint, after remand is fully resolved, which will moot the motion to dismiss if granted." *Doc. 41, ¶ 26*. The Donais Defendants will oppose any such motion. The serial filing of complaints and amended complaints, with no resolution, must end[3]. As relevant to the instant motion, this is not grounds for an extension.

Wherefore Craig Donais, Mary K. Donais and Donais Law Offices PLLC respectfully request that this Honorable Court:

A.    Deny Plaintiff's Emergency Motion to Extend Time to File Response to the Motion to Dismiss Filed by the Donais Defendants; and

B.    Grant such other and further relief as is equitable and just.

---

[2] Bisasor brought this action a year after dismissing a similar action. *See generally 1:23-CV-00374-JL.*

[3] Bisasor, in the underlying action, filed a complaint, an amended complaint and a motion to amend his complaint a second time. *See 1:23-CV-00374-JL, Doc. Nos. 1-3, 159, 161, 168.*

104682754

Respectfully submitted,
FOR THE DEFENDANTS,
CRAIG DONAIS, DONAIS LAW OFFICES
PLLC and MARY K. DONAIS

*/s/ Linda M. Smith*
Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing to all parties in this action by serving same via the court's ECF system or first-class mail to:

Andre Bisasor, Pro Se
quickquantum@aol.com

Daniel R. Sonneborn, Esq.
dsonneborn@preti.com

Natalie Anderson, Pro Se
679 Washington Street, Suite #8-206
Attleboro, MA 02703
liberty_6@msn.com
(Ms. Anderson served via first-class mail and email)

Date:   November 7, 2025

*/s/ Linda M. Smith*
Linda M. Smith

104682754