UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| ANDRE BISASOR and NATALIE ANDERSON,<br>    Plaintiffs,<br><br>vs.<br><br>CRAIG S. DONAIS, RUSSELL HILLIARD, DONAIS LAW OFFICES PLLC, MARY K. DONAIS, UPTON HATFIELD and AMY MESSER,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:25-CV-00251-SE-AJ |

**DEFENDANTS RUSSELL F. HILLIARD'S AND UPTON & HATFIELD, LLP'S NOTICE OF JOINDER TO CRAIG DONAIS, MARY DONAIS AND DONAIS LAW OFFICES PLLC'S AND OBJECTION TO MOTION FOR RECONSIDERATION ON DENIAL OF REMAND**

NOW COME Defendants Russell F. Hilliard ("Hilliard") and Upton & Hatfield, LLP ("Upton & Hatfield") (collectively "Defendants") and hereby submit this Notice of Joinder to Craig Donias, Mary Donais and Donais Law Offices, PLLC's Objection to Plaintiff's Motion for Reconsideration on Denial of Remand (the "Objection to the Motion for Reconsideration"). In support of its Notice of Joinder, Defendants state as follows:

1. Defendants adopt the arguments set forth in the Donais Defendants' Objection to the Motion for Reconsideration and for those reasons believe that the Court is within its discretion to deny the Motion for Reconsideration.

WHEREFORE, Defendants Russell F. Hilliard and Upton & Hatfield, LLP respectfully request this Court deny Plaintiff's Motion for Reconsideration (Doc. no. 37) and grant such other and further relief as is equitable and just.

25062388.1

2

                                        Respectfully submitted,

                                        The Defendants,
                                        RUSSELL F. HILLIARD and
                                        UPTON & HATFIELD, LLP,

                                        By their attorneys,

Dated: November 7, 2025           */s/ Daniel R. Sonneborn*
                                        Daniel R. Sonneborn, NH Bar #20947
                                        dsonneborn@preti.com
                                        Preti Flaherty Beliveau & Pachios, PLLP
                                        P.O. Box 1318
                                        57 North Main Street
                                        Concord, NH 03302-1318
                                        T: (603) 410-1500

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record and Andre Bisasor on November 7, 2025 and will be served on Plaintiff, Natalie Anderson by first-class mail or electronic mail as follows:

    Natalie Anderson, Pro Se
    101 Middlesex Turnpike, #270
    Burlington, MA 01801

    and

    679 Washington St, Ste # 8-206
    Attleboro, MA 02703
    liberty_6@msn.com

                                          */s/ Daniel R. Sonneborn*
                                          Daniel R. Sonneborn

25062388.1