UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| ANDRE BISASOR and <br> NATALIE ANDERSON, <br>     Plaintiffs, <br><br> v. <br><br> CRAIG S. DONAIS, RUSSELL F. HILLIARD, DONAIS LAW OFFICES PLLC, MARY K. DONAIS, UPTON & HATFIELD, LLP, and AMY MESSER, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:25-cv-00251-SE-AJ |

### DEFENDANTS RUSSELL F. HILLIARD'S OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT (Doc. no. 51)

NOW COMES Defendant Russell F. Hilliard and submits the following Objection to Plaintiff's Motion for Default (Doc. no. 51). In support, Hilliard states the following:

1. On July 10, 2025, Hilliard filed a Motion to Dismiss. *See* Doc. no. 8.

2. On July 29, 2025, Plaintiffs filed an Amended Complaint, which mooted the pending Motions to Dismiss. *See* Doc. no. 13 and Order entered August 22, 2025.

3. On August 1, 2025, Plaintiff Andre Bisasor filed a Motion to Remand.

4. On August 15, 2025, Plaintiffs filed an Emergency Motion to Stay Briefing or the Filing of a Motion to Dismiss Pending the Court's Decision on Remand. *See* Doc. no. 21.

5. On August 26, 2025, the Court granted the Emergency Motion to Stay (Doc. no. 21) in part, ordering that "Granted to the extent that the defendants are not required to respond to the plaintiffs' first amended complaint until the court rules on the plaintiffs' motion to remand, which the court will do expeditiously." *See* Order dated August 26, 2025.

6. On October 9, 2025, the Court denied Plaintiffs' Motion to Remand. *See* Doc. no. 35.

7. On October 23, 2025, Plaintiff Andre Bisasor filed a Motion for Reconsideration on Denial of Remand. *See* Doc. no. 37.

8. The Court has not yet ruled on the Motion for Reconsideration on Denial of Remand. As such, the undersigned counsel was of the understanding that because the remand issue was still pending due to the motion for reconsideration, no responsive pleading was required as stated in this Court's August 26, 2025 Order.

9. In his Emergency Motion to Extend Time to File a Response to Donais Defendants' Motion to Dismiss First Amended Complaint (Doc. no. 41), Plaintiff Bisasor indicated his view appeared to be the same of Hilliard's counsel (that a responsive pleading was not required due to the motion for reconsideration), when Bisasor stated, in Paragraph 21: "To this date, the Hilliard defendants have not filed a motion to dismiss the amended complaint (presumably because they are awaiting final disposition of the motion to reconsider remand, which is what the Donais defendants should have done)."[1]

10. To the extent that the undersigned counsel misinterpreted the August 26, 2025 Order, on behalf of Mr. Hilliard (and co-defendant Upton & Hatfield, LLP), it is respectfully requested that this Court allow a responsive pleading to be filed within ten days of this Court's decision on the Motion for Reconsideration on Denial of Remand, or in the alternative by Monday, November 17, 2025. Mr. Hilliard and Upton & Hatfield have several defenses they intend to raise (as evidenced by their earlier Motion to Dismiss) and there is good cause to extend their responsive pleading deadline if the deadline has in fact passed.

---

[1] Hilliard disagrees with Plaintiff to the extent he argues that the Donais Defendants had to wait to file a responsive pleading, as the order indicates the defendants are not required to respond to the Amended Complaint but did not otherwise prohibit any response.

WHEREFORE, Defendant Russell F. Hilliard respectfully requests this Court deny Plaintiff's request for default, and set his (and Upton & Hatfield's) responsive pleading deadline to to be filed within ten days of this Court's decision on the Motion for Reconsideration on Denial of Remand, or in the alternative by Monday, November 17, 2025, along with any other relief the Court deems proper.

|  |  |
|---|---|
|  | Respectfully submitted, <br> The Defendant, <br> RUSSELL F. HILLIARD, <br> By his attorney, |
| Dated: November 7, 2025 | */s/ Daniel R. Sonneborn* <br> Daniel R. Sonneborn, NH Bar #20947 <br> dsonneborn@preti.com <br> Preti Flaherty Beliveau & Pachios, PLLP <br> P.O. Box 1318 <br> 57 North Main Street <br> Concord, NH 03302-1318 <br> T: (603) 410-1500 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record and Andre Bisasor on November 7, 2025 and will be served on Plaintiff, Natalie Anderson by first-class mail and electronic mail as follows:

Natalie Anderson, Pro Se
101 Middlesex Turnpike, #270
Burlington, MA 01801

and

679 Washington St, Ste # 8-206
Attleboro, MA 02703
liberty_6@msn.com

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn

3

25061479.1