UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| ANDRE BISASOR and NATALIE ANDERSON, Plaintiffs, v. CRAIG S. DONAIS, RUSSELL F. HILLIARD, DONAIS LAW OFFICES PLLC, MARY K. DONAIS, UPTON & HATFIELD, LLP, and AMY MESSER, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:25-cv-00251-SE-AJ |

## **DEFENDANTS RUSSELL F. HILLIARD'S AND UPTON & HATFIELD, LLP'S  MOTION TO DISMISS**

Defendants Russell F. Hilliard and Upton & Hatfield, LLP, by their attorneys, Preti Flaherty Beliveau & Pachios, LLP, respectfully submit the within Motion to Dismiss, and in support thereof, represent as follows:

1. Plaintiffs' Amended Complaint alleges the following claims against Mr. Hilliard: Violations of the New Hampshire Consumer Protection Statute (Count 8); Interference with Contractual Relations (Count 13); Interference with Advantageous Relations (Count 14); and Interference with Settlement Contract (Count 15).

2. Plaintiffs' Amended Complaint alleges the following claims against Upton & Hatfield: Individual Misconduct Liability (Count 17); Firm Vicarious Liability under Respondeat Superior (Count 18); Direct Firm Negligence & Partnership Liability (Count 19); Partnership Liability under RSA 358-A (Count 20); and Professional Negligence (Count 21).

3. All of Plaintiff's claims are barred by the statute of limitations. Moreover, Mr. Hilliard's actions are protected by the absolute legal privilege. Even if the privilege does not apply, the Amended

Complaint fails to state a claim upon which relief may be granted against Mr. Hilliard or Upton & Hatfield on any of the counts directed at them.

4. A Memorandum of Law in support of this Motion to Dismiss is submitted herewith.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law submitted herewith, Defendants Russell F. Hilliard and Upton & Hatfield, LLP respectfully requests this Honorable Court to:

A. Grant this Motion to Dismiss;

B. Dismiss all of Plaintiffs' claims against Defendants Russell F. Hilliard and Upton & Hatfield, LLP with prejudice and enter judgment in their favor;

C. Award reasonable attorney's fees and costs; and

D. Grant such other relief as may be just and proper.

Respectfully submitted,
The Defendants,
RUSSELL F. HILLIARD and
UPTON & HATFIELD, LLP,
By their attorney,

Dated: December 1, 2025

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
Preti Flaherty Beliveau & Pachios, PLLP
P.O. Box 1318
57 North Main Street
Concord, NH 03302-1318
T: (603) 410-1500

25061479.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record and Andre Bisasor on December 1, 2025 and will be served on Plaintiff, Natalie Anderson by first-class mail and electronic mail as follows:

Natalie Anderson, Pro Se
101 Middlesex Turnpike, #270
Burlington, MA 01801

and

679 Washington St, Ste # 8-206
Attleboro, MA 02703
liberty_6@msn.com

                                        */s/ Daniel R. Sonneborn*
                                        Daniel R. Sonneborn