UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE CIVIL
ACTION NO: 1:25-cv-00251 |ANDRE BISASOR v. CRAIG DONAIS, et. al.

## ASSENTED-TO EMERGENCY MOTION TO EXTEND DEADLINE TO FILE OPPOSITIONS TO THE HILLIARD DEFENDANT'S MOTION TO DISMISS

Plaintiff moves this Court, on emergency basis, for a 30-day extension of the deadline for plaintiffs to file opposition to Defendant Hilliard and Upton & Hatfield's motion to dismiss, which is due 14 days from 12-1-25 on 12-15-25. The Hilliard defendants have assented to this motion. See attached. Plaintiff asks the Court to grant this motion and/or such other and further relief as this Court deems just and proper. Plaintiff asks the court to rule on this motion as soon as possible in advance of Monday's deadline.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor

12-12-25

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor

12/12/25, 12:54 PM

AOL Mail - RE: Activity in Case 1:25-cv-00251-SE-AJ Bisasor v. Donais et al Motion to Dismiss for Failure to State a Claim

Case 1:25-cv-00251-SE-AJ    Document 68    Filed 12/12/25    Page 2 of 3

## RE: Activity in Case 1:25-cv-00251-SE-AJ Bisasor v. Donais et al Motion to Dismiss for Failure to State a Claim

From:  Sonneborn, Daniel R. (dsonneborn@preti.com)

To:    quickquantum@aol.com; liberty_6@msn.com

Cc:    elanders@morrisonmahoney.com; lsmith@morrisonmahoney.com

Date:  Wednesday, December 3, 2025 at 09:23 AM EST

Andre,

No objection to your request for a 30-day extension.

Thank you,
Dan

Daniel R. Sonneborn
Director
PretiFlaherty

**From:** Andre Bisasor <quickquantum@aol.com>
**Sent:** Tuesday, December 2, 2025 1:57 PM
**To:** liberty_6@msn.com; Sonneborn, Daniel R. <DSonneborn@preti.com>
**Cc:** Landers, Edwin <elanders@morrisonmahoney.com>; Smith, Linda <lsmith@morrisonmahoney.com>
**Subject:** Re: Activity in Case 1:25-cv-00251-SE-AJ Bisasor v. Donais et al Motion to Dismiss for Failure to State a Claim

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

Dan, I see your email below. Will you agree to an extension to respond to your motion to dismiss, as you'd previously indicated you'd do in terms of a reasonable extension once you file your motion? A 30 day extension would be reasonable under the circumstances and with upcoming holiday period. Look forward to your reply. Andre

On Monday, December 1, 2025 at 08:54:48 PM EST, Sonneborn, Daniel R. <dsonneborn@preti.com> wrote:

Ms. Anderson,

Please see the attached filed moments ago. Hard copies will also be mailed to you.

Thank you,

Dan

Daniel R. Sonneborn
Director
PretiFlaherty