UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE CIVIL ACTION NO: 1:25-cv-00251 | ANDRE BISASOR v. CRAIG DONAIS, et. al.

### NOTICE OF CORRECTION OF ADDRESS

Plaintiff gives notice that the proper address to serve or notice the plaintiffs is 101 Middlesex Turnpike, #270, Burlington MA 01803.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor

12-12-25

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor