UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE CIVIL
ACTION NO: 1:25-cv-00251 |ANDRE BISASOR v. CRAIG DONAIS, et. al.

## PLAINTIFF EMERGENCY MOTION TO CLARIFY 12-16-25 ORDER

1. Plaintiff Bisasor moves this Court, on emergency basis, to clarify the court's order of 12-16-25 as follows. The court's order stated in relevant part:

   Mr. Bisasor notes in his motion that Ms. Anderson seeks access to e-filing. The court notes that she can request access by mailing to the court a pro se motion to participate in electronic filing. A form is available on the court's website. **As of yet, the court has not received from Ms. Anderson any "motion for e-filing access" by mail as indicated in Mr. Bisasor's motion.** Whether Ms. Anderson has obtained approval to e-file will not justify further extensions of time, including time to object to the pending motions to dismiss. So Ordered by Chief District Judge Samantha D. Elliott.(vln)

2. The court stated that "*As of yet, the court has not received from Ms. Anderson any "motion for e-filing access" by mail as indicated in Mr. Bisasor's motion*." But in the corresponding motion, Bisasor first stated:

   It should be noted that plaintiff Anderson has not yet been allowed e-filing access. **She has filed a motion for e-filing access by mail, and also via confidential option via the clerk's office**. There has been no ruling on her motion, nor has she been granted e-filing access.

3. The court did not address the assertion that Plaintiff Anderson also filed a motion for e-filing access via confidential option via the clerk's office[1].

4. Bisasor would like to clarify if the court received the motion for e-filing access via confidential option via the clerk's office. If so, Bisasor would like to clarify if there was a ruling on such motion[2], and if not, what is the reason for that? If the court has not received it, then why did the court not specify that it also did not receive such request by email? If it received the request and ruled on the request, then why did the court not say that it had done so? Bisasor is unclear as to what is the exact situation at hand and the cause of the problem. So is Anderson. Bisasor is the

---

[1] This was submitted on or about 11-6-25 to the clerk's office in accordance with applicable instructions and procedures.
[2] Note: Bisasor also previously requested via confidential option to email the access request at or near the outset of the case, but only was granted access after a long delay.

only one that can e-file in the case. Anderson is supposed to be able to e-file as well, but cannot do so. Bisasor needs his co-plaintiff to be able e-file into the case.

5. Bisasor would like to clarify the reason for the unusual delay or lack of response. As Anderson is a co-plaintiff, Bisasor is interested in whether Anderson will be able to gain access to e-filing.

6. Anderson has been seeking e-filing access for some time. She sent the e-filing access request both by email (via confidential option to the clerk) and subsequently by mail to the clerk. The court states the clerk has not received it. This is a concern because Anderson's mail is apparently not reaching the clerk's office.

7. Anderson recently again contacted the clerk staff for a status but there has been no response so far. Further, Anderson provided 3 prior emails to the clerk's office from the beginning of November 2025 (including on 11-3-25, 11-5-25 and 11-6-25), but she has received no response including on her request to extend time to file her own motion for reconsideration on the order of remand (and for which she would still need e-filing access[3] to file it if it had been granted).

8. Given the delay and apparent unresolved conundrum, Bisasor asks that the court allow Anderson a reasonable time to file her own motion for reconsideration on the order of remand, until this issue of her e-filing access is resolved (at least 7 days after her e-filing is granted). Bisasor further asks that the court allow Bisasor until 12-31-25 (7 days from the deadline tomorrow), to file his reply due tomorrow in order to be able coordinate his reply with Anderson's filing on the remand issue.

9. Please rule on this motion as soon as possible before tomorrow's deadline. Alternatively, if there is some unresolvable problem or the court has some intricate reason or there are confidential issues implicated, then Bisasor request a hearing on this motion.

---

[3] The plaintiffs are not able to absorb the burden of paper filing all of their documents including ones that are sizable due to attachments and what-not. Moreover, this situation should not be happening in the first place.

Respectfully submitted,  
/s/ Andre Bisasor  
Andre Bisasor

Date: 12-23-25

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor  
Andre Bisasor

_____