UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR, et al
    Plaintiff

Vs.                                                          CASE NO.: 1:25-CV-00251-JL

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
UPTON AND HATFIELD LLP and
MARY K. DONAIS,
    Defendants

### CRAIG DONAIS, DONAIS LAW OFFICES PLLC AND MARY K. DONAIS' OBJECTION TO PLAINTIFF'S EMERGENCY MOTION TO SYNCHRONIZE DEADLINES FOR BOTH PLAINTTFS' RESPONSES TO THE MOTIONS TO DISMISS (DOC 70)

Defendants, Craig Donais, Donais Law Offices PLLC and Mary K. Donais (collectively "Donais Defendants"), by and through their counsel, Morrison Mahoney LLP, respectfully submit this Objection to Plaintiff's Emergency Motion to Synchronize Deadlines for Both Plaintiffs' Responses to the Motions to Dismiss (Doc. 70), stating as follows:

1. On 7/8/25 the Donais Defendants filed their first Motion to Dismiss. *Doc. 2.*

2. On 7/28/25 Bisasor filed his first Motion to Extend deadlines in this action. *Doc. 12.*

3. On 7/29/25 Bisasor filed a First Amended Complaint. *Doc. 13.*

4. On 8/1/25 Bisasor filed his second Motion to Extend deadlines. *Doc. 16.*

5. On 8/22/25 the Court ruled on an Emergency Motion related to deadlines, effectively resetting deadlines.

6. On 10/21/25 Donais Defendants filed their second Motion to Dismiss, seeking a dismissal of the Amended Complaint. *Doc. 36.*

1

2

7. On 10/31/25 Bisasor filed another emergency motion to extend his deadline. *Doc. 41.*

8. On 11/7/25 Donais Defendants objected to this motion. *Doc. 49.*

9. The Court granted the 10/31/25 motion, *Doc. 41*, with a new deadline of 12/17/25.

10. On 12/16/25 Bisasor filed another Emergency Motion to Synchronize (Extend) Deadline to Respond to Donais Defendants' Motion to Dismiss. *Doc. 64.*

11. The same day, the Court granted this motion and set another new deadline of 1/14/26. The Court also stated: "**No further extensions of time will be permitted to object to the Donais Defendants' motion to dismiss (doc. no. 36) [ ] Whether Ms. Anderson has obtained approval to e-file will not justify further extensions of time, including time to object to the pending motions to dismiss**".

12. Despite this clear Order from the Court, Bisasor once again filed the instant "emergency" motion to extend the 1/14/26 deadline, requesting alignment with the objection due by the co-plaintiff. *Doc. 70.*

13. However, this Court's 12/16/25 order's clear import is that the co-plaintiff's status "will not justify" a further extension.

14. Bisasor further argues that this case "remains in its infancy." *Doc. 70, ¶11.* Defendants disagree. This is one of several cases Bisasor has initiated against Donais. *Doc. 36-1, p. 2 and footnotes 1 and 2.* Bisasor refiled this particular complaint under the savings statute. *Doc. 13, ¶¶36, 71.* Thus, this matter has been ongoing for several years with multiple motions to dismiss.

15. Also, Bisasor now has had the second motion to dismiss, which is substantially similar to the first motion to dismiss, for eighty days and has known of the current deadline since 12/16/25.

16. For all the reasons previously stated and since Bisasor has had ample time to prepare any objection, the Court should deny Bisasor's motion.

Wherefore Craig Donais, Mary K. Donais and Donais Law Offices PLLC respectfully request that this Honorable Court:

A. Deny Plaintiff's Emergency Motion to Extend Time to File an Objection to Donais Defendants' Motion Dismiss (*Doc.70*); and

B. Grant such other and further relief as is equitable and just.

Respectfully submitted,
FOR THE DEFENDANTS,
CRAIG DONAIS, DONAIS LAW OFFICES
PLLC and MARY K. DONAIS
By Their Attorneys,

*/s/ Linda M. Smith*
Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **OBJECTION** to all parties in this action by serving same via First Class U.S. mail, postage prepaid and/or electronic mail to:

Natalie Anderson, Pro Se
101 Middlesex Turnpike, #270
Burlington, MA 01803

Andre C. Bisasor     quickquantum@aol.com
Daniel R. Sonneborn     dsonneborn@preti.com

*/s/ Linda M. Smith*
Linda M. Smith

3

104818679