UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 | ANDRE BISASOR v. CRAIG DONAIS, et. al.

### PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the Plaintiff Natalie Anderson, appearing pro se (hereafter "Pro Se Litigant"), and respectfully request that the court permit said Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.
2. Pro Se Litigant is not presently incarcerated.
3. Pro Se Litigant represents that she has the appropriate computer system requirements to participate in electronic filing.
4. Pro Se Litigant requires electronic access in order to participate fully in the case and in a timely manner.
5. Pro Se Litigant does not reside in the state of NH and is located in another state, at a far physical distance from the court.
6. Please grant the relief requested.

Respectfully submitted,
/s/ Natalie Anderson
Natalie Anderson

November 6, 2025

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was/will be served to the defendants in this case.

/s/ Natalie Anderson
Natalie Anderson

19 Middlesex Turnpike #270
Burlington MA 01803

NH Federal Court
55 Pleasant Street
Concord NH 03301

03301-395499