UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 | BISASOR v. DONAIS, et. al.

## NOTICE REGARDING FILING BY EMAIL OF TWO MOTIONS TODAY AND ATTENDANT RE-FILING VIA ECF

1. Plaintiff Natalie Anderson respectfully notifies the Court that on January 22, 2026, she submitted two motions by email to the Court's intake address due to PACER activation issues that prevented her from filing electronically through ECF.

2. These two motions were a Motion for Discovery on Remand Issues and a Motion for Certification for Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b).

3. As of earlier today, Anderson still didn't have access to e-filing via ECF/PACER, as she was having activation issues with PACER, without which she was still unable to effect urgent filings with the court.

4. After submitting the two motions by email today, and not receiving notice that they have been docketed, she contacted the case clerk to confirm that she could still file by email today given the circumstances. But she did not receive a response, as yet.

5. The PACER issues have now been resolved. Therefore, out of an abundance of caution and to ensure proper filing, Plaintiff is now filing those motions through the Court's ECF system. The motions being re-filed are: Motion for Discovery on Remand Issues and a Motion for Certification for Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b).

Respectfully submitted,
/s/Natalie Anderson
Natalie Anderson

DATE: January 22, 2026

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all parties via the court's electronic filing system.
/s/Natalie Anderson
Natalie Anderson