UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 | BISASOR v. DONAIS, et. al.

**ANDERSON'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

1. Plaintiff Natalie Anderson submits this Motion for Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

## I. INTRODUCTION

2. The prior amendment was of right, not of permission. Amendment should be granted freely. Plaintiffs would like to amend and clarify claims to better meet federal standards. Plaintiffs will also streamline the complaint to remove argument and make a more definitive statement. As pro se plaintiffs, we are not expert pleaders and need an opportunity to revise claims to meet or be more in line with federal standards which are different from state court standards, especially since it now appears that the case will remain in federal court and given that the removal of federal claim has been rendered of none effect by the court's order on the remand motion.

## II. LEGAL STANDARD

3. Under Fed. R. Civ. P. 15(a)(2), amendment by motion is permitted when justice so requires. The Supreme Court held in Foman v. Davis, 371 U.S. 178, 182 (1962), that amendment should be "freely given" unless there is (1) undue delay, (2) bad faith, (3) dilatory motive, (4) repeated failure to cure deficiencies, (5) undue prejudice to the opposing party, or (6) futility of amendment. First Circuit courts apply this standard liberally, particularly in pro se cases. Erickson v. Pardus, 551 U.S. 89 (2007).

## III. GROUNDS FOR AMENDMENT

4. This is Plaintiffs' first motion to amend after filing the First Amended Complaint (FAC) on June 3, 2025. Anderson seeks to:

   a. Clarify and strengthen the claims;

   b. For example, Anderson intends to clarify and strengthen the race discrimination claim under New Hampshire law; and Add a Section 1981 federal civil rights claim for race discrimination; Section 1981 is a valid federal cause of action for race discrimination in contracting, directly applicable to Defendants' conduct denying Plaintiffs access to legal services among other things.

   c. Furthermore, amendment will cure alleged deficiencies raised in motion to dismiss where

     defendants argued that the discrimination claim was insufficiently pleaded. The Second Amended Complaint will provide explicit allegations of fact; removes argumentative language; will seek to better meet federal standards; will add the Section 1981 claim (now appropriate with federal jurisdiction established), and will add more definitive statement on damages resulting from race discrimination. Section 1981 is now appropriate to add back because the original removal raised questions about federal jurisdiction and plaintiffs conservatively omitted the Section 1981 claim to preserve state court options, but the Court's rulings have now confirmed federal court retention despite removal of federal claim. Thus, removal of federal claim was rendered of no effect by the court's retention of this case. Plaintiffs were blindsided by this as they fully expected the removal of the federal claim would result in remand. Since the presence or absence of the federal claim is no longer the basis for jurisdiction and it has been replaced by diversity, then Anderson would like to reinstate the federal claim.

  d. Add necessary parties; Anderson would like to add additional parties. Joinder is proper under Fed. R. Civ. P. 15, 19, and 20, as these parties' conduct arises from the same or similar operative facts and is integral to complete relief.

  e. Streamline the complaint to remove argumentative language and present claims more definitively in compliance with federal pleading standards. For example, the defendants argued that the complaint contained argumentative passages. The Second Amended Complaint will remove argumentative language. These amendments are requested so as ensure better compliance with Federal Standards, which are different that state court standards.

  f. Anderson would also like to reserve the right to add additional claims so as to preserve her rights as a second added plaintiff. Anderson was added as a second plaintiff upon the first amendment which Bisasor did as of right as the prior sole plaintiff. This is the first opportunity for Anderson to amend the claims in this case.

5. The amendment is timely. Now that it appears that the Court is not inclined to remand the case, it is the

first time that plaintiffs can seek to properly amend the complaint and not waste time laboring under the uncertainty that the case will remain in federal court.

6. Anderson moves promptly upon identifying the need to clarify allegations, and add the Section 1981 claim, which is appropriate now that the Court has confirmed federal court retention of this case.

7. This motion reflects commitment to comply with federal pleading standards and present claims clearly.

### III. CONCLUSION

8. Anderson respectfully requests that the Court grant the Motion for Leave to File a Second Amended Complaint. The amendments promote justice by clarifying claims, adding an applicable federal cause of action, and ensuring complaint and claims meet federal standards.

9. Anderson requests a hearing on this motion. Anderson was just allowed e-filing access to this court. Anderson is effectively just getting her start in this case. She could not seek relief or petition the court previously. In order to catch up, she has to provide limited arguments in her motions so as to not be prejudiced by the pace at which this case has advanced without being effectively present to access and petition the court. Thus, she has presented all her arguments or justification for amendment. In light of this, Anderson requests hearing on this motion in order to better explain her request for amendment and to address any questions by the court, if any. If the court is inclined to grant this motion without hearing, then she does not need a hearing in that instance.

10. She also asks for pro se liberal treatment of this pleading.

11. WHEREFORE, Anderson requests this Court: GRANT this Motion for Leave to File a Second Amended Complaint; ALLOW the Second Amended Complaint to be filed within a reasonable time after the order allowing amendment; GRANT such other relief as the Court deems just and proper.

Respectfully submitted,
/s/ Natalie Anderson
Natalie Anderson

January 23, 2026

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to the defendants in this case.

/s/ Natalie Anderson
Natalie Anderson