UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

ANDRE BISASOR and NATALIE
ANDERSON,
    Plaintiffs

Vs.                                      CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
MARY K. DONAIS, UPTON HATFIELD
and AMY MESSER,
    Defendants

_____

## DIVERSITY DISCLOSURE STATEMENT LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, Defendants, Craig Donais, Donais Law Offices PLLC and Mary K. Donais, submit the following Diversity Statement:

| PARTY OR INTERVENOR NAME | CITIZENSHIP |
|---|---|
| Craig Donais | New Hampshire |
| Mary Donais | New Hampshire |
| Donais Law Offices PLLC | New Hampshire |

*Complete only if Applicable*

| NAME OF ALL INDIVIDUALS OR ENTITIES ATTRIBUTED TO TO PARTY OR INTERVENOR | RELATIONSHIP TO PARTY OR INTERVENOR | CITIZENSHIP |
|---|---|---|
| Craig Donais | sole member of Donais Law Offices PLLC | New Hampshire |

Donais Law Offices PLLC is a professional limited liability company whose manager and member reside in New Hampshire.

104852275.v1

Respectfully submitted,

FOR THE DEFENDANTS,
CRAIG DONAIS, DONAIS LAW OFFICES
PLLC and MARY K. DONAIS

*/s/ Linda M. Smith*
Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded to all counsel via the Court's ECF system.

Date:  January 26, 2026              */s/ Linda M. Smith*
                                      Linda M. Smith

104852275.v1