UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ANDRE BISASOR and<br>NATALIE ANDERSON,<br>    Plaintiffs,<br><br>v.<br><br>CRAIG S. DONAIS, RUSSELL F.<br>HILLIARD, DONAIS LAW OFFICES<br>PLLC, MARY K. DONAIS, UPTON &<br>HATFIELD, LLP, and AMY MESSER,<br>    Defendants. | Case No. 1:25-cv-00251-SE-AJ |

**DIVERSITY DISCLOSURE STATEMENT**
**LOCAL RULE 7.1.1**

| PARTY OR INTERVENOR NAME | CITIZENSHIP |
|---|---|
| Defendant Russell F. Hilliard | New Hampshire |
| Defendant Upton & Hatfield, LLP | New Hampshire |

| NAMES OF ALL INDIVIDUALS OR ENTITIES ATTRIBUTED TO PARTY OR INTERVENOR | RELATIONSHIP TO PARTY OR INTERVENOR | CITIZENSHIP |
|---|---|---|
| Heather M. Burns | Partner, Upton & Hatfield, LLP | New Hampshire |
| Lauren S. Irwin | Partner, Upton & Hatfield, LLP | New Hampshire |
| Michael S. McGrath | Partner, Upton & Hatfield, LLP | New Hampshire |
| Jeanne S. Saffan | Partner, Upton & Hatfield, LLP | New Hampshire |
| Michael P. Courtney | Partner, Upton & Hatfield, LLP | New Hampshire |
| Susan A. Lowry | Partner, Upton & Hatfield, LLP | New Hampshire |
| Nathan C. Midolo | Partner, Upton & Hatfield, LLP | New Hampshire |
| Brooke Lovett Shilo | Partner, Upton & Hatfield, LLP | New Hampshire |
| Timothy Sullivan | Partner, Upton & Hatfield, LLP | New Hampshire |
| Stephanie Thomson | Partner, Upton & Hatfield, LLP | New Hampshire |

|  |  |
|---|---|
|  | Respectfully submitted,<br>The Defendants,<br>RUSSELL F. HILLIARD and<br>UPTON & HATFIELD, LLP,<br>By their attorney, |
| Dated: January 29, 2026 | */s/ Daniel R. Sonneborn*<br>Daniel R. Sonneborn, NH Bar #20947<br>dsonneborn@preti.com<br>Preti Flaherty Beliveau & Pachios, PLLP<br>P.O. Box 1318<br>57 North Main Street<br>Concord, NH 03302-1318<br>T: (603) 410-1500 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record, Andre Bisasor, and Natalie Anderson on January 29, 2026.

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn