UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR and
NATALIE ANDERSON,
    Plaintiff

Vs.                                CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
And MARY K. DONAIS, et al
    Defendants

### SWORN STATEMENT OF CRAIG DONAIS IN ACCORDANCE WITH COURT'S ORDER DATED FEBRUARY 9, 2026 (DOC. 92)

I, Craig Donais, being duly sworn, do depose and say that:

1. I am a defendant in the above-referenced matter.

2. Donais Law Offices PLLC is also a defendant in the above matter.

3. Donais Law Offices PLLC is a New Hampshire professional limited liability company.

4. I am the sole member of Donais Law Offices PLLC.

5. I am also the manager of Donais Law Offices PLLC.

6. I am a resident of New Hampshire and have been so continuously since October 1, 1999, to include during the period June 3, 2025 through July 29, 2025.

7. Donais Law Office PPLC has not operated in Massachusetts at any time since January 1, 2022 until the present, to include from June 3, 2025 through July 29, 2025.

                                          */s/ Craig Donais*
                                          Craig Donais, individually and as
                                          Manager of Donais Law Offices PLLC

1

Subscribed and sworn to me on this ___10___ day of February, 2026.



_____
Notary Public/Commissioner of the Superior Court
My Commission Expires on:

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing to all parties in this action by serving same via the court's ECF system:

_____
Linda M. Smith