UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR and
NATALIE ANDERSON,
    Plaintiff

Vs.                              CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD,
DONAIS LAW OFFICES PLLC,
And MARY K. DONAIS, et al
    Defendants

### SWORN STATEMENT OF MARY K. DONAIS IN ACCORDANCE WITH COURT'S ORDER DATED FEBRUARY 9, 2026 (DOC. 92)

I, Mary K. Donais, being duly sworn, do depose and say that:

1. I am a defendant in the above-referenced matter.

2. I am a resident of New Hampshire and have been so continuously since October 1, 1999, to include during the period June 3, 2025 through July 29, 2025.

_____
Mary K. Donais

Subscribed and sworn to me on this 12th day of February, 2026.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires on:

PAMELA ANN MULROY-PITMAN
Notary Public - New Hampshire
My Commission Expires May 13, 2027

1

104889110

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing to all parties in this action by serving same via the court's ECF system:

_/s/ Linda M. Smith_
Linda M. Smith

104889110