UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRE BISASOR and <br> NATALIE ANDERSON, <br>     Plaintiffs, <br><br> v. <br><br> CRAIG S. DONAIS, RUSSELL F. HILLIARD, DONAIS LAW OFFICES PLLC, MARY K. DONAIS, UPTON & HATFIELD, LLP, and AMY MESSER, <br>     Defendants. | Case No. 1:25-cv-00251-SE-AJ |

## SWORN STATEMENT OF RUSSELL F. HILLIARD ON HIS BEHALF AND ON BEHALF OF UPTON & HATFIELD, LLP IN ACCORDANCE WITH COURT'S ORDER DATED FEBRUARY 9, 2026 (DOC. NO. 92)

I, Russell F. Hilliard, on behalf of myself and duly authorized on behalf of Upton & Hatfield, LLP, being duly sworn, do depose, declare, and state as follows:

1. I am a Defendant in the above-referenced matter.

2. I have been a resident of the State of New Hampshire since 1951, including between June 3, 2025 through July 29, 2025 (and continuing through today).

3. Upton & Hatfield, LLP is also a defendant in the above-referenced matter.

4. I have been affiliated with Upton & Hatfield, LLP since 1980.

5. I am familiar with and authorized to speak on behalf of Upton & Hatfield, LLP regarding the partnership composition of Upton & Hatfield, LLP, between June 3, 2025 through July 29, 2025, as well as its office locations during that time period.

6. Between June 3, 2025 through July 29, 2025, Upton & Hatfield, LLP's partners were:

    - Heather M. Burns

    - Lauren S. Irwin

    - Michael S. McGrath

- Jeanne S. Saffan
- Michael P. Courtney
- Susan A. Lowry
- Nathan C. Midolo
- Brooke Lovett Shilo
- Timothy Sullivan
- Stephanie Thomson

7. Between June 3, 2025 through July 29, 2025, all of Upton & Hatfield's partners identified in Paragraph 6 were residents of the State of New Hampshire.

8. Between June 3, 2025 through July 29, 2025, Upton & Hatfield, LLP was registered as a New Hampshire domestic limited liability partnership, with its principal place of business in Concord, New Hampshire, and other satellite offices located solely in New Hampshire.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2026.

*Russell F. Hilliard* (signature)
Russell F. Hilliard, individually and duly authorized on behalf of Upton & Hatfield, LLP

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record, Andre Bisasor, and Natalie Anderson on February 23, 2026.

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn