UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ANDRE BISASOR and<br>NATALIE ANDERSON,<br>     Plaintiffs,<br><br>v.<br><br>CRAIG S. DONAIS, RUSSELL F.<br>HILLIARD, DONAIS LAW OFFICES<br>PLLC, MARY K. DONAIS, UPTON &<br>HATFIELD, LLP, and AMY MESSER,<br>     Defendants. | Case No. 1:25-cv-00251-SE-AJ |

**NOTICE OF DEFENDANTS, RUSSELL F. HILLIARD AND UPTON & HATFIELD, LLP REGARDING PLAINTIFFS' MOTIONS TO AMEND (Doc. nos. 103, 104, and 105)**

Defendants, Russell F. Hilliard and Upton & Hatfield, LLP respectfully inform the Court and other parties that pursuant to the February 9, 2026 Case Management Order, they do not intend to file any response to Plaintiffs' Motions to Amend (Doc. nos. 103, 104, and 105) unless directed to by the Court. *See* Case Management Order, February 9, 2026 (Doc. no. 91, at ¶ 7) ("The defendants need not object or respond to any of the plaintiffs' filings, motions or otherwise, unless directed to do so by the court.").

Respectfully submitted,
RUSSELL F. HILLIARD and
UPTON & HATFIELD, LLP,
By their attorneys,

Dated: April 10, 2026

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
Preti Flaherty Beliveau & Pachios, PLLP
P.O. Box 1318
57 North Main Street
Concord, NH 03302-1318
T: (603) 410-1500

1

25519012.1

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record, Andre Bisasor, and Natalie Anderson on April 10, 2026.

/s/ Daniel R. Sonneborn
Daniel R. Sonneborn

2

25519012.1