UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Andre C. Bisasor, et al

v. Case No. 25-cv-251-SE

Craig S. Donais, et al

JUDGMENT

Judgment is hereby entered in accordance with the Order by Chief Judge Samantha D. Elliott dated September 14, 2026.

By the Court:

Tracy Uhrin
Clerk of Court

Date: September 14, 2026

cc: Andre C. Bisasor, pro se
Natalie Anderson, pro se
Counsel of Record