UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 |BISAOR v. DONAIS, et. al.

**JOINT NOTICE OF APPEAL**

1. Notice is hereby given that plaintiffs Andre Bisasor and Natalie Anderson, pro se, appeal to the United States Court of Appeals for the First Circuit from the Order and Judgment entered in this action on September 14, 2026 (Doc. Nos. 109 and the attendant judgment, which (a) denied plaintiff Bisasor's motion for recusal (Doc. No. 107); (b) denied the plaintiffs' motions for leave to file a second amended complaint (Doc. Nos. 104 and 105); (c) granted the Donais Defendants' motion to dismiss (Doc. No. 36) and the Hilliard Defendants' motion to dismiss (Doc. No. 61); (d) sua sponte dismissed Count 31 against Amy Messer for lack of subject-matter jurisdiction; (e) denied plaintiff Anderson's motion for a hearing (Doc. No. 90); denied motion to reconsider remand to state court; and (f) denied all other pending motions as moot.
2. This appeal is taken from the final judgment disposing of all claims against all parties. See 28 U.S.C. Section 1291. The appeal encompasses the Order and Judgment identified above and all interlocutory orders that merged into the final judgment. All rights are preserved.
3. NB: Plaintiffs also submitted Rule 59E motions to the district court and expect that the district court will be ruling on those in due course. All rights are reserved for appeal.

Respectfully submitted,
/s/ Andre Bisasor

Andre Bisasor
101 Middlesex Turnpike, #270
Burlington, MA 01803
(781) 492-5675
quickquantum@aol.com

/s/ Natalie Anderson

Natalie Anderson
101 Middlesex Turnpike, #270
Burlington, MA 01803
(617) 710-7093
liberty_6@msn.com

October 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the date signed above, a copy of the foregoing Notice of Appeal was filed electronically through the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ Andre Bisasor
Andre Bisasor

October 14, 2026