UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

# APPEAL COVER SHEET

1. USDC/NH Case No. 25-cv-251-SE

2. TITLE OF CASE: Bisasor et al v. Craig S. Donais et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Samantha Elliott

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **September 14, 2026**

8. DATE OF NOTICE OF APPEAL: **October 14, 2026**

9. FEE PAID or IFP: NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S): and DATES: NO

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS:

14. MOTIONS PENDING: NO

15. GUIDELINES CASE:

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: No Appeal filing fee paid. No Application to Proceed IFP on Appeal filed.