UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR and NATALIE ANDERSON,
Plaintiffs

Vs. CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD, DONAIS LAW OFFICES PLLC, MARY K. DONAIS, UPTON HATFIELD and AMY MESSER,
Defendants

**DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND DONAIS LAW OFFICES PLLC'S OPPOSITION TO PLAINTIFF ANDRE BISASOR'S RULE 59(e) MOTION CONCERNING THE DENIAL OF THE MOTION TO AMEND COMPLAINT (Doc. 115)**

Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC (the "Donais Defendants"), by their attorneys, hereby oppose Plaintiff Andre Bisasor's ("Plaintiff" or "Bisasor") Rule 59(e) Motion Concerning the Denial of the Motion to Amend the Complaint ("Plaintiff's Motion"). See *Doc. 115*. The Donais Defendants request that this Honorable Court deny the Plaintiff's Motion as an untimely motion for reconsideration, untimely under Rule 59, and because if Rule 59 applies, which it does not, Plaintiff has not demonstrated sufficient grounds under Rule 59 to warrant any alteration to this Court's decision to deny the Motion to Amend Complaint. The Donais Defendants further state as follows:

1. On October 16, 2026, Bisasor filed a 10-page document. In Plaintiff's Motion, Plaintiff seems to request that this court: (a) reconsider its ruling and to "consider the confidentially disclosed limitations in exercising its procedural or amendment discretion," (b) provide an "opportunity to submit a more streamlined definitive pleading", (c) provide him with an opportunity to be heard, and (d) that the Court correct "errors and application of the correct standard to each decision." *Doc. 115, ¶¶30-33* The Donais Defendants object.



105487083.v1

2. First, the motion is untimely, since it was filed on October 16, 2026, 32 days after this Court issued its judgment on September 14, 2026. *See Fed.R.Civ.P. Rule 59(b)*; see also *Docs. 109 and 110*. Bisasor claims that he had technical difficulties filing his motion. However, Anderson filed, without technical issue, a Notice of Appeal on October 14, 2026. *See Doc. 111*. Yet the instant motion was not filed for two more days. The motion was not filed within 28 days, and is untimely.

3. Next, Plaintiff does not seek to alter or amend a judgment, such that Rule 59 is inapplicable. Rather, he effectively seeks reconsideration of the Court's denial of his request to amend his complaint. In doing so, he rehashes prior motion practice, e.g., arguing about remand, see *Doc. 115, ¶ 9*, rather than articulating grounds upon which he believes Rule 59 relief is warranted. To the extent that it is a motion to reconsider, it is untimely and should be denied. *See Local Rule 7.2(d).*

4. To the extent Plaintiffs seek Rule 59 relief, "it is very difficult to prevail on a Rule 59(e) motion. The general rule in this circuit is that the moving party must either establish a manifest error of law or must present newly discovered evidence." *Marie v. Allied Home Mortgage Corp.*, 402 F.3d 1, fn. 2, (2005) (internal citations and quotations omitted).

5. Here, Plaintiff's Motion fails to demonstrate any manifest error of law or that the Court's decision on the Motion to Amend should be altered (to the extent the denial of a motion can be altered) due to newly discovered evidence. Plaintiff's Motion, *Doc. 115*, should be denied.

6. For all the foregoing reasons, Craig S. Donais, Mary K. Donais and Donais Law Offices PLLC, respectfully request that this Court deny the Plaintiff Andre Bisasor's Motion Concerning the Denial of the Motion to Amend Complaint Under Federal Rule Civil Procedure Rule 59(e).

WHEREFORE, this Court should deny Plaintiff's Motion.

Respectfully submitted,

FOR THE DEFENDANTS,
CRAIG DONAIS, DONAIS LAW OFFICES PLLC and MARY K. DONAIS

Date: October 30, 2026

*/s/ Linda M. Smith*

Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day forwarded to all counsel via the Court's ECF system.

Andre Bisasor, Pro Se
101 Middlesex Turnpike, #270
Burlington, MA 01801
quickquantum@aol.com

Natalie Anderson, Pro Se
101 Middlesex Turnpike, #270
Burlington, MA 01801
liberty_6@msn.com

Daniel R. Sonneborn, Esq.
Preti Flaherty
60 State Street, Suite 1100
Boston, MA 02109
dsonneborn@preti.com

Date: October 30, 2026

*/s/ Linda M. Smith*
Linda M. Smith