UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ANDRE BISASOR and NATALIE ANDERSON,
Plaintiffs

Vs. CASE NO.: 1:25-CV-00251

CRAIG DONAIS, RUSSELL HILLIARD, DONAIS LAW OFFICES PLLC, MARY K. DONAIS, UPTON HATFIELD and AMY MESSER,
Defendants

**DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND DONAIS LAW OFFICES PLLC'S OPPOSITION TO PLAINTIFF ANDRE BISASOR'S RULE 59(e) MOTION CONCERNING RECUSAL (Doc. 117)**

Craig S. Donais, Mary K. Donais, and Donais Law Offices PLLC (the "Donais Defendants"), by their attorneys, hereby oppose Plaintiff Andre Bisasor's ("Plaintiff" or "Bisasor") Rule 59(e) Motion Concerning Recusal ("Plaintiff's Motion"). See *Doc. 117*. The Donais Defendants request that this Honorable Court deny the Plaintiff's Motion as an untimely motion for reconsideration, untimely under Rule 59, and because if Rule 59 applies, which it does not, Plaintiff has not demonstrated sufficient grounds under Rule 59 to warrant any alteration to this Court's decision to deny the Motion for Recusal. The Donais Defendants further state as follows:

1. On October 16, 2026, Bisasor filed a 35-page document. In Plaintiff's Motion, Plaintiff makes no clear request for relief. He requests a "remedy" that the Court "decide the corrected recusal issue" and "express" unspecified ruling on "the September communication, the significance of the previously pending action, and the distinct institutional relationships discussed here." *Doc. 117, ¶ ¶ 46, 47*. Plaintiff outlines his disagreement with the order, and concludes by stating that "the question is whether this particular evaluation of Judge Elliott, in this particular institutional setting, requires a different judge under the objective statutory standard. Bisasor thus challenges the



105487280.v1

underlying rulings on their own merits and the institutional circumstances under § 455(a)." *Doc. 117, ¶56*. The Donais Defendants object.

2. First, the motion is untimely, since it was filed on October 16, 2026, 32 days after this Court issued its judgment on September 14, 2026. *See Fed.R.Civ.P. Rule 59(b)*; see also *Docs. 109 and 110*. Bisasor claims that he had technical difficulties filing his motion. However, Anderson filed, without technical issue, a Notice of Appeal on October 14, 2026. *See Doc. 111*. Yet the instant motion was not filed for two more days. The motion was not filed within 28 days, and is untimely.

3. Next, Plaintiff does not seek to alter or amend a judgment, such that Rule 59 is inapplicable. Rather, he effectively seeks reconsideration of the Court's denial of his Motion for Recusal. Indeed, Plaintiff articulates in his motion what he believes to be the "reconsideration issue" and that he "seeks reconsideration of the recusal ruling." *Doc. 117, ¶¶ 31, 32*. To the extent that it is a motion to reconsider, it is untimely and should be denied. *See Local Rule 7.2(d*).

4. Plaintiff generally argues why he contends recusal is warranted and his disagreement with the court's reasoning, e.g., *Doc. 117, ¶ 21*, rather than articulating grounds upon which he believes Rule 59 relief is warranted.

5. To the extent Plaintiff seeks Rule 59 relief, "it is very difficult to prevail on a Rule 59(e) motion. The general rule in this circuit is that the moving party must either establish a manifest error of law or must present newly discovered evidence." *Marie v. Allied Home Mortgage Corp.*, 402 F.3d 1, fn. 2, (2005) (internal citations and quotations omitted).

6. Here, Plaintiff has not demonstrated a manifest error of law or that the judgment should be altered due to newly discovered evidence. Plaintiff's Motion, *Doc. 117*, should be denied.

7. For all the foregoing reasons, Craig S. Donais, Mary K. Donais and Donais Law Offices PLLC, respectfully request that this Court deny the Plaintiff Andre Bisasor's Motion Concerning Recusal Under Federal Rule Civil Procedure Rule 59(e).

WHEREFORE, this Court should deny Plaintiff's Motion.

Respectfully submitted,

FOR THE DEFENDANTS,
CRAIG DONAIS, DONAIS LAW OFFICES
PLLC and MARY K. DONAIS

Date: October 30, 2026

*/s/ Linda M. Smith*

Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day forwarded to all counsel via the Court's ECF system.

Andre Bisasor, Pro Se
101 Middlesex Turnpike, #270
Burlington, MA 01801
quickquantum@aol.com

Natalie Anderson, Pro Se
101 Middlesex Turnpike, #270
Burlington, MA 01801
liberty_6@msn.com

Daniel R. Sonneborn, Esq.
Preti Flaherty
60 State Street, Suite 1100
Boston, MA 02109
dsonneborn@preti.com

Date: October 30, 2026

*/s/ Linda M. Smith*
Linda M. Smith



105487280.v1