UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| ANDRE BISASOR and NATALIE ANDERSON,<br>Plaintiffs,<br><br>vs.<br><br>CRAIG S. DONAIS, RUSSELL HILLIARD, DONAIS LAW OFFICES PLLC, MARY K. DONAIS, UPTON HATFIELD and AMY MESSER,<br>Defendants. | ) | Case No. 1:25-CV-00251-SE-AJ |

**DEFENDANTS RUSSELL F. HILLIARD'S AND UPTON & HATFIELD, LLP'S NOTICE OF JOINDER TO CRAIG DONAIS, MARY DONAIS AND DONAIS LAW OFFICES PLLC'S AND OBJECTIONS TO MOTIONS TO ALTER OR AMEND JUDGMENT**

NOW COME Defendants Russell F. Hilliard ("Hilliard") and Upton & Hatfield, LLP ("Upton & Hatfield") (collectively "Defendants") and hereby submit this Notice of Joinder to Craig Donias, Mary Donais and Donais Law Offices, PLLC's Objections to Plaintiffs' Motions for to Alter or Amend Judgment. In support of their Notice of Joinder, Defendants state as follows:

1. Defendants adopt the arguments set forth in the Donais Defendants' Objections (doc. nos. 119-123) to the Motions to Alter or Amend Judgment (doc. nos. 114-118) and for those reasons believe that the Court is within its discretion to deny the Motions to Alter or Amend Judgment.

WHEREFORE, Defendants Russell F. Hilliard and Upton & Hatfield, LLP respectfully request this Court deny Plaintiffs' Motions to Alter or Amend Judgment (Doc. nos. 114-118) and grant such other and further relief as is equitable and just.

Respectfully submitted,

The Defendants,
RUSSELL F. HILLIARD and
UPTON & HATFIELD, LLP,

By their attorney,

Dated: October 30, 2026

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
Preti Flaherty Beliveau & Pachios, PLLP
P.O. Box 1318
57 North Main Street
Concord, NH 03302-1318
T: (603) 410-1500

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record, Andre Bisasor, and Natalie Anderson on October 30, 2026.

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn