UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 |BISASOR v. DONAIS, et. al.

**PLAINTIFFS' MOTION TO WAIVE FILING FEES FOR APPEAL**

1. Plaintiffs move to waive filing fees on their appeal to the United States Court of Appeals for the First Circuit, which has been docketed as No. 26-2170. The appeal is taken from the Judgment entered on 9-14-26 and from the Order of the same date granting defendants' motions to dismiss and denying plaintiffs' pending motions.
2. Plaintiffs filed a joint notice of appeal on 10-14-26. The Court of Appeals docketed the appeal on 10-19-26, and its case opening notice indicates that any motion to waive fees should be filed by 11-2-26. Plaintiffs are not able to prepay the appellate filing/docketing fee without negative consequences/undue hardship at this time, and plaintiffs ask the Court to permit the appeal to proceed without prepayment.
3. The plaintiffs submit this motion so that the appeal may go forward without prepayment.
4. The plaintiffs would like permission to submit the attachments separately but need time to do so and will need to do so under seal, which evidently requires a motion to seal. The plaintiffs also will move/have moved for an extension of time to complete filing of the motion to waive fees, in the First Circuit, which plaintiffs understand is the right place to seek an extension of this kind..
5. The plaintiffs respectfully request that the Court grant this motion.

/s/ Andre Bisasor
Andre Bisasor

s/ Natalie Anderson
Natalie Anderson

Dated: November 2, 2026

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor