# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name Andre C. Bisasor and Natalie Anderson v. Craig S. Donais, et al.

District Court Case No. 1:25-cv-00251-SE-AJ District of New Hampshire

Date Notice of Appeal filed October 14, 2026 Court of Appeals Case No. 26-2170

Form filed on behalf of Appellants Andre Bisasor and Natalie Anderson (pro se)

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ☑

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) There were no hearings in this case but there were hearings in a prior related iteration of this case where transscripts are needed because the case was refiled under the savings statute and the district court referenced or relied, in its dismissal order, on materials from the prior iteration of the case, which makes those transcripts relevant. Plaintiffs are not sure what to do in a situation like this.

## TRANSCRIPT ORDER

Name of Court Reporter ____________________

Phone Number of Reporter ____________________

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ________ | |
| ☐ Testimony (specify ) ________ | |
| ☐ Other (specify) ________ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Andre Bisasor and Natalie Anderson Filer's Signature /s/ Andre Bisasor /s/ Natalie Anderson

Firm/Address 101 Middlesex Tpke, #270, Burlington, MA 01803 Filer's Email address quickquantum@aol.com; liberty_6@msn.com

Telephone number (781) 492-5675; (617) 710-7093 Date mailed to court reporter N/A (no transcript ordered)

(Court Reporter Use ONLY) Date received ____________

Form CA1-10 (6/09/09) **SEE INSTRUCTIONS ON REVERSE**