UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CIVIL ACTION NO: 1:25-cv-00251 |BISASOR v. DONAIS, et. al.

# PLAINTIFF ANDRE BISASOR'S MOTION TO VACATE THE 11/2/26 ORDER

1. Plaintiff Andre Bisasor respectfully moves this Court to vacate the 11-2-26 order.

2. The grounds are the Court did not allow the 7-day timeframe for plaintiffs to move to reply to the 6 defendants' objections filed om Friday 10-30-26 including one filed at shortly before midnight.

3. The rules state clearly that a movant is entitled to move for leave to reply to an objection to a non-dispositive motion and is automatically entitled to reply to an objection to a dispositive motion. Ostensibly, the plaintiffs motion to undo the granting of the motion to dismiss concerns a dispositive motion and thus qualifies as a dispositive matter. However, even assuming arguendo that there is no dispute that the Rule 59E motions were non-dispositive, still even then the plaintiffs were entitled by rule to have 7 days to notify the court of a motion seeking leave to reply. None was given. The court responded the very next business day on Monday 11/2/26 with its order on the Rule 59E motions denying them. This is a violation of due process. The court should not taking away rights of the plaintiffs arbitrarily in contradiction to the rules. The plaintiffs, like every other party, rely on the rules in order to know how to proceed or operate. If the rules keep changing, especially without notice, then plaintiff cannot plan or count on anything as everything would just be up to the whim of the judge. This is not fair or right. It is puzzling why the court did not simply wait the 7 short days before ruling.

4. Further, the plaintiffs have viable responses to the issues the court raised in the order and of the court had simply waited, it would have been made clear. Moreover, there are several inaccurate statements made in the court's order that are just plain errors that need to be corrected.

5. Further, plaintiffs planned to file a motion to the first circuit asking for a stay so that the district court rule on the motions. The plaintiffs spoke to the case clerk in the first circuit and was told that plaintiffs are welcome to file a motion to stay appellate proceedings. If granted, then this court would be free to address the merits.

6. It is not right that this court did not address the merits even though the court evidently read the motions.

7. For these reasons, the 11-2-26 order should be vacated, the 7 days for filing a motion to reply should be

reinstated and observed and then the court should resolve the motions on the merits subject to pending approval by the first circuit.

8. The fact the judge appears to have rushed to issue an order denying the motions, the next6 business day further smacks of partiality and conflict in the court appears so eager to bury this case, it cannot even wait the 7 days required by rule. This is not to mention if the motion is actually dispositive which then allows automatic right to reply without leave.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor

Date: 11/2/26

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor